UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND JONNA, SIMON JONNA, and FARID JAMARDOV,<br><br>  Plaintiffs,<br><br>v.<br><br>KEVIN JONNA and GIBF GP, INC. d/b/a BITCOIN LATINUM,<br><br>  Defendants. | Case No. 22-10208<br>Honorable Laurie J. Michelson |

**ORDER DENYING AS MOOT
DEFENDANTS' MOTION TO DISMISS [7] AND
MOTION FOR LEAVE TO FILE EXCESS PAGES [6], AND
PLAINTIFFS' MOTION TO STRIKE [8]**

Raymond Jonna, Simon Jonna, and Farid Jamardov are suing GIBG GP, Inc. (doing business as Bitcoin Latinum) and Kevin Jonna for securities and wire fraud, and numerous other violations of state law, in connection with Plaintiffs' purchase of Bitcoin Latinum tokens. (ECF No. 11, PageID.229.)

In response to the original complaint, Defendants filed a motion to dismiss. (ECF No. 7.) Along with their motion to dismiss, they also filed a motion for leave to file excess pages in support of their motion to dismiss. (ECF No. 6.) Plaintiffs then filed a motion to strike Defendants' motion for leave to file excess pages because, say Plaintiffs, Defendants did not comply with the concurrence rule in E.D. Mich. Local Rule 7.1(a), and they filed the brief without getting permission from the Court first under E.D. Mich. Local Rule 7.1(d). (ECF No. 8.)

A few weeks later, Plaintiffs filed an amended complaint. (ECF No. 11.) The Court finds that the amended complaint moots Defendants' motion to dismiss, which was made in response to the first complaint. Therefore, Defendants' motion to dismiss and their motion to file excess pages in support of the motion are DENIED AS MOOT. Defendants will, of course, have an opportunity to respond to the amended complaint.

And because the motion for leave to file excess pages is moot, the motion to strike that same motion is DENIED AS MOOT.

SO ORDERED.

Dated: March 14, 2022

                                          s/Laurie J. Michelson
                                          LAURIE J. MICHELSON
                                          UNITED STATES DISTRICT JUDGE