IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(SOUTHERN DIVISION)

RAYMOND JONNA, SIMON JONNA, and
FARID JAMARDOV,

    Plaintiffs,

v.

GIBF GP, Inc. d/b/a BITCOIN LATINUM,
and KEVIN JONNA,

    Defendants

CASE NO.: 22-CV-10208

Hon. Laurie J. Michelson
Mag. Jonathan J.C. Grey

## DECLARATION OF KEVIN JONNA

I, Kevin Jonna, declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration and am competent to be called as a witness to testify as to these facts.

2. I am a resident of the State of California.

3. I have never transacted any business within the State of Michigan related to the allegations in Plaintiffs' First Amended Complaint.

4. I have not done or caused an act to be done, or consequences to occur, in the State of Michigan resulting in an action for tort, related to the allegations in Plaintiffs' First Amended Complaint.

5. I do not own, use, or possess real or tangible personal property situated within the State of Michigan related to the allegations in Plaintiffs' First Amended Complaint.

6. I have not contracted to insure a person, property, or risk located within the State of Michigan related to the allegations in Plaintiffs' First Amended Complaint.

7. I have not entered into a contract for services to be rendered or for materials to be furnished in the State of Michigan by me, related to the allegations in Plaintiffs' First Amended Complaint.

8. I have never acted as a director, manager, trustee, or other officer of a corporation incorporated under the laws of, or having its principal place of business within the State of Michigan related to the allegations contained in Plaintiffs' First Amended Complaint.

9. My only connection to the State of Michigan, related to the allegations in Plaintiffs' First Amended Complaint, is texting with Plaintiffs while Plaintiffs were in Michigan.

10. I am not and have never been an agent of Latinum.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 20, 2022.

_____
Kevin Jonna

2