## INDEX OF EXHIBITS

**Exhibit A:** Excerpts of Telephonic Conversation I of Ray Jonna and Kevin Jonna

**Exhibit B:** Excerpts of Telephonic Conversation II of Ray Jonna and Kevin Jonna