# Exhibit A

Case 2:22-cv-10208-LJM-JJCG   ECF No. 61-2, PageID.1506   Filed 11/04/22   Page 2 of 20

USDC, Eastern District of MI    Jonna, et al. v. Jonna & GIBF, GP, Inc., et al.    Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 1

```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF MICHIGAN
                      CASE NO. 22-cv-10208

 RAYMOND JONNA, SIMON JONNA
 & FARID JAMARDOV,
          Plaintiffs,

          vs.

 KEVIN JONNA AND GIBF GP, INC.
 d/b/a BITCOIN LATINUM,
          Defendants



 IN RE:  TELEPHONIC CONVERSATION BETWEEN RAY JONNA
         AND KEVIN JONNA




 Requested By:  Cooper Levenson
                William P. Rubley, Esquire




                     Tate & Tate, Inc.
                 Certified Court Reporters
                520 Stokes Road, Suite C-1
                 Medford, New Jersey 08055
                      (856) 983-8484
                    www.tate-tate.com
```

Case 2:22-cv-10208-LJM-JJCG   ECF No. 61-2, PageID.1507   Filed 11/04/22   Page 3 of 20

USDC, Eastern District of MI      Jonna, et al. v. Jonna & GIBF, GP, Inc., et al.      Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

### Page 2

I N D E X

PROCEEDING                                                    PAGE
Conversation Between Ray Jonna and Kevin Jonna     3

### Page 3

(Audio Recording Commenced.)

**MR. R. JONNA:** So, you were just saying Don Basile (phonetic) has a track record --

**MR. K. JONNA:** Oh.

**MR. R. JONNA:** -- and --

**MR. K. JONNA:** Yes. Don is a registered chairman on NASDAQ. So, I mean --

**MR. R. JONNA:** That's good. That's great.

**MR. K. JONNA:** Yes. So, it's just, like, that -- this Squid Games shit, that has nothing to do with this, man. That was a thing that popped up out of nowhere. Anyone that's in the know on crypto knew it was a scam, by the way. Everyone was saying it's a scam, be careful, be careful, but there was no face behind it. There was nobody talking about it. Like, that's just completely different. The Squid Games thing and this are just two completely different things, man. So, I wouldn't -- yes. That just has nothing to do with this. The only similarity is it's in the same space.

**MR. R. JONNA:** I got you.

**MR. K. JONNA:** Other than that, there's nothing.

**MR. R. JONNA:** I got you. I mean, look. At the end of the day, I mean, first of all, I was

### Page 4

talking to my boy. His name is Jay My (phonetic) -- well, we call him Jay Meyer (phonetic), but we call him Jay My. He invested -- he's invested in a bunch of crypto. He's actually made a lot of money. He's probably made, like, a million bucks in the crypto space.

**MR. K. JONNA:** Mm-hm.

**MR. R. JONNA:** He invested in, you know, all this -- every -- he literally made money on all the -- all the cryptos because he was doing it back in, you know, 2018 or whatever --

**MR. K. JONNA:** Mm-hm.

**MR. R. JONNA:** -- and he made money on Bitcoin Theorems, Swanon, fucking, a bunch of them, but he didn't make a lot of money because he wasn't investing in a lot of money. If he was a bigger gambler, this guy would be -- you know, this guy would be pretty rich because he knows his shit, but anyway, I basically told him, I said, "Yes. I invested in this Bitcoin Latinum presale," and he's, like, "I am not sure, I don't know what Bitcoin Latinum is." There's a lot of, you know, Bitcoin -- Bitcoin tokens or whatever and he's, like, just be careful -- this is exactly what he said to me, "Just be careful. There's a lot of fake shit going around."

### Page 5

**MR. K. JONNA:** Yes.

**MR. R. JONNA:** -- and I am, like -- and I am, like -- like, "fake shit? Like, what? That's, kind of, concerning." He's, like -- he started sending me SEC filings of scams, rug pulls, fakes ICOs where they raise money and then they go to zero and then this -- this yesterday -- this was on -- on Saturday when he was sending me this stuff. This thing I saw yesterday, this squid thing, and I am, like, dude, this is, fucking, scary because a lot of this shit that's in that article, it's just -- there's a lot, like -- for example, I went to the Latinum website. There's, like, 20 misspelled errors. Like, how do they have misspellings? Like, who is doing their shit for them, you know what I mean? Like, I almost want to --

**MR. K. JONNA:** Yes.

**MR. R. JONNA:** Like, I don't understand why you would have misspellings and then -- and then of course, Kev, you know, at the end of the day, bro, look. You know, me -- me bringing this stuff up is just concerning. It's not, like, "Hey, Kevin, what are you doing?"

**MR. K. JONNA:** Yes.

**MR. R. JONNA:** I am not blaming you, bro.

Case 2:22-cv-10208-LJM-JJCG ECF No. 61-2, PageID.1508 Filed 11/04/22 Page 4 of 20

USDC, Eastern District of MI       Jonna, et al. v. Jonna & GIBF, GP, Inc., et al.       Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 6

1  I'm just –- it's concerning. I mean –-
2      **MR. K. JONNA:** Yes.
3      **MR. R. JONNA:** -- it's 200 G's. It's a lot
4  of money for me, bro. I am not –- I am not a –- I am
5  not a multi-millionaire.
6      **MR. K. JONNA:** Yes.
7      **MR. R. JONNA:** You know what I mean?
8      **MR. K. JONNA:** Yes. I get it.
9      **MR. R. JONNA:** So, it's just concern, bro.
10 It's not –- I'm not, fucking, pointing the finger at
11 you or anything like that. If anything, I am sending
12 to you, so you can say, "Ray. This is bullshit, don't
13 worry about it. This is real. I know for a fact."
14 That's what I want to hear –-
15     **MR. K. JONNA:** Uh-huh.
16     **MR. R. JONNA:** -- but instead, you're, like
17 –- and instead, you, like, get mad –- like, get mad at
18 me –-
19     **MR. K. JONNA:** No. I am not mad.
20     **MR. R. JONNA:** -- for it.
21     **MR. K. JONNA:** It's just –- I am not getting
22 mad. It's just that the things — well, at first,
23 this wasn't your concern. Your concern was you
24 weren't telling me about scams and stuff. You were
25 talking about getting the tokens –-

Page 7

1      **MR. R. JONNA:** Right. Yes.
2      **MR. K. JONNA:** -- and you kept asking me and
3  I just –- the answer just hadn't –- I just didn't have
4  another solution --
5      **MR. R. JONNA:** I got you.
6      **MR. K. JONNA:** -- you know?
7      **MR. R. JONNA:** I mean, that's another thing
8  though too.
9      **MR. K. JONNA:** That's what it was.
10     **MR. R. JONNA:** That –-
11     **MR. K. JONNA:** This was all brought to me
12 yesterday, this scam talk.
13     **MR. R. JONNA:** Right, right. But that was
14 -- but that is a concern too, Kev, because it's, like,
15 when you go on the website, it's, like, yes, you
16 should see all your tokens and your portal. Like, we
17 don't have no portal, we don't have no –- I don't even
18 have a wallet. I don't have — I don't have anything
19 –-
20     **MR. K. JONNA:** Yes.
21     **MR. R. JONNA:** -- you know what I mean?
22     **MR. K. JONNA:** Yes, because you guys — you
23 guys are going through me because I got the preferred
24 pricing.
25     **MR. R. JONNA:** Right, right. I know, I

Page 8

1  know. And that's –-
2      **MR. K. JONNA:** So –-
3      **MR. R. JONNA:** -- and that's cool and that's
4  fine and that's awesome that we got that preferred
5  pricing, but, like, you know, what is, like, the game
6  plan here, you know? I just –- obviously and I keep
7  asking you –- I bring up the scam thing is because,
8  like, I know you're a lot smarter than me in the
9  space, you know exactly what you're doing and I am
10 sure you vetted all of this shit. Like, you
11 understand it's not a scam and I know I've –- I've
12 seen a lot of shit that makes me think it's not a scam
13 too, but then in this world, it's crazy because when
14 you Google –- like, if you just Google Bitcoin Latinum
15 for example, there's, like, 50 websites, but they're
16 all, like, not –- they're just, like, weird random
17 websites that anybody could create, you know what I
18 mean, and, then, like, just a bunch of –- just a bunch
19 of shit, bro. Like, they're, like, "Yes. If you
20 don't," –- "If you don't get your" –- "If you can't
21 sell your tokens, that's a big red flag." Did you see
22 the thing I sent you? My boy sent me that.
23     **MR. K. JONNA:** It's just being very general.
24 It's not that big of a red flag as they claim. A lot
25 — this isn't the first time it's been done. They do

Page 9

1  this mainly to protect the token, to protect the big
2  dump from everybody. You know what would happen if
3  everybody got the tokens right now? Everybody would
4  sell.
5      **MR. R. JONNA:** Right.
6      **MR. K. JONNA:** Everybody would sell the
7  tokens and you know what would happen to the price?
8  It would plummet.
9      **MR. R. JONNA:** But how are they going to
10 release some then?
11     **MR. K. JONNA:** Well, they're going to
12 release some structurally. They're not going to
13 release them all at once. Like, this amount, 20
14 percent, 20 percent. It — but, like, that.
15     **MR. R. JONNA:** Got you.
16     **MR. K. JONNA:** Then it's just --
17     **MR. R. JONNA:** Yes. And that's fine, that's
18 fine. Like, I am not looking –- I am not going to go
19 sell my coins, bro. I am hoping — I am hoping this
20 shoots up and goes to, fucking, the moon, you know –-
21     **MR. K. JONNA:** Yes.
22     **MR. R. JONNA:** -- but it's just nice that,
23 like I — I asked you before, like, what happens, Kev,
24 if something happened to you, God forbid, a million
25 times? like, does anybody know who Raymond –- Raymond

Case 2:22-cv-10208-LJM-JJCG   ECF No. 61-2, PageID.1509   Filed 11/04/22   Page 5 of 20

USDC, Eastern District of MI      Jonna, et al. v. Jonna & GIBF, GP, Inc., et al.      Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

### Page 10

1  is or Simon (phonetic), you don't know?
2     **MR. K. JONNA:** Yes. I told them my brother
3  has a whole sheet.
4     **MR. R. JONNA:** Claude (phonetic) does?
5     **MR. K. JONNA:** Yes, yes. My brother has
6  everything. He has all of the money sent to me. I
7  had everything written on a –- on a, like, Excel
8  sheet.
9     **MR. R. JONNA:** Okay. Okay.
10    **MR. K. JONNA:** So, you don't have anything
11 to worry about on that end –- that end, bro. I mean,
12 yes. That –- that –- yes. That end, you're good on.
13 The -- I mean, the more -- the by far more –- I mean,
14 that's the by far more likely –- when it's not even
15 likely, but just the scam doc is more relevant, but I
16 am telling you, it's just not –- it doesn't apply here
17 and on top of all this, they're insured by –- by
18 Marsh.
19    **MR. R. JONNA:** By who?
20    **MR. K. JONNA:** Marsh and McLennan. I don't
21 know how to say the –- Marsh and McLennan?
22    **MR. R. JONNA:** I think it is Marsh and
23 McLennan.
24    **MR. K. JONNA:** I am sure you've seen it.
25 Yes. It's, like, the second biggest insurance company

### Page 11

1  in the world that has a billion-dollar insurance on
2  all of the tokens.
3     **MR. R. JONNA:** What's insured –- how is it
4  --
5     **MR. K. JONNA:** Even if it's a scam, they'll
6  –- they'll have to pay out.
7     **MR. R. JONNA:** How is it insured though?
8  Like, what's –- what's insured about it? Like, is our
9  –- like, what do you mean?
10    **MR. K. JONNA:** The tokens are all insured
11 through them.
12    **MR. R. JONNA:** I don't know how –- I don't
13 know any idea how that works, but –-
14    **MR. K. JONNA:** I am not 100 percent either
15 because this is the first time that they've ever
16 insured a token.
17    **MR. R. JONNA:** I saw that. I saw that there
18 was –-
19    **MR. K. JONNA:** No (indiscernible) token has
20 ever been insured before.
21    **MR. R. JONNA:** That's pretty crazy.
22    **MR. K. JONNA:** So, I am not very familiar,
23 but I do know for one hundred percent certainly it is
24 insured. I've seen the paperwork, I've seen emails,
25 I've seen everything on that.

### Page 12

1     **MR. R. JONNA:** Well, yes. I –-
2     **MR. K. JONNA:** They insured it.
3     **MR. R. JONNA:** I did see on –- I did see, I
4  think it was on NASDAQ.com that they talked about the
5  world's largest insured digital currency.
6     **MR. K. JONNA:** Yes. And NASDAQ is not a
7  joke website.
8     **MR. R. JONNA:** Yes, true. True.
9     **MR. K. JONNA:** So –-
10    **MR. R. JONNA:** That's true.
11    **MR. K. JONNA:** -- you have to remember, Ray,
12 one thing you're not completely understanding and it's
13 not your fault, you're just not very familiar with
14 this is a lot of people like to hate in this space,
15 man. Like, they're in something else and you bring up
16 something else to them, they like to start knocking it
17 down.
18    **MR. R. JONNA:** You're 100 –- I agree one
19 percent.
20    **MR. K. JONNA:** Everyone loves doing that
21 just because they're not involved.
22    **MR. R. JONNA:** One hundred percent.
23    **MR. K. JONNA:** -- and then they'll pitch you
24 their one.
25    **MR. R. JONNA:** Yes.

### Page 13

1     **MR. K. JONNA:** So, it's just –- you know –-
2     **MR. R. JONNA:** Well, this kid –- this kid
3  didn't say that. He actually said –-
4     **MR. K. JONNA:** No, no. I am not saying –-
5     **MR. R. JONNA:** Yes.
6     **MR. K. JONNA:** No, no. I am not even
7  talking about –- I swear –- I don't know your kid. I
8  am just saying in general, that's one thing I –- I've,
9  kind of, seen happen a lot, not even with this token,
10 with a different token.
11    **MR. R. JONNA:** Yes. For --
12    **MR. K. JONNA:** When I was telling people
13 about other stuff, they're, like, oh, I don't know,
14 this looks weird. The supply is too high, blah, blah,
15 blah. You know, this and that and then it shot up 100
16 x.
17    **MR. R. JONNA:** Well, where's the white paper
18 or whatever?
19    **MR. K. JONNA:** Which white paper?
20    **MR. R. JONNA:** The white paper for Latinum.
21 Is there a white paper?
22    **MR. K. JONNA:** I think so. I think it's on
23 the website.
24    **MR. R. JONNA:** Okay.
25    **MR. K. JONNA:** I'll find it for you.

Page 14

1   **MR. R. JONNA:**  Because I am just looking.
2   He –- he said –- that's exactly what he said.  A lot
3   of fake shit going around.  There's SEC filings.
4   Check the white –- make sure you –- make sure you
5   check the white paper.  I don't even know what the
6   hell the white paper is.  I am guessing it's, like,
7   the structure of the coin or whatever.
8   **MR. K. JONNA:**  Yes.  It's on –- let me see.
9   I'll send it to you.  I have it –-
10  **MR. R. JONNA:**  Oh nice.
11  **MR. K. JONNA:**  -- somewhere.
12  **MR. R. JONNA:**  Okay, cool.  Yes, man, look.
13  I just want to feel comfortable, man.  You know?  It's
14  a big –- it's a huge investment for me.
15  **MR. K. JONNA:**  Yes, no.  I get it, Ray.
16  **MR. R. JONNA:**  I know –-
17  **MR. K. JONNA:**  You –-
18  **MR. R. JONNA:**  I know the –- I know the
19  risks of investing in anything, I get that.  There's
20  risks, but obviously, you know, I want to take
21  measured risks.  I don't want it to be something, you
22  know — I hope that the value stays and I hope that
23  the value rises, so we can all makes millions of
24  dollars here.  That would be –- that would be amazing
25  and I hope that's the case, man.  I mean –-

Page 15

1   **MR. K. JONNA:**  Yes.
2   **MR. R. JONNA:**  It looks like it's in the
3   200s already.  I hope it –- I hope it shoots up and
4   then we can potentially sell, you know, at least part
5   of it, get our money back, leave –- leave our –- leave
6   our chips in the –- in the bag, but make some money
7   back.
8   **MR. K. JONNA:**  Yes.
9   **MR. R. JONNA:**  That's what I would –- I mean
10  –-
11  **MR. K. JONNA:**  (indiscernible).
12  **MR. R. JONNA:**  If it shot up —
13  **MR. K. JONNA:**  (indiscernible).
14  **MR. R. JONNA:**  Yes.  If it shot up to four,
15  500 bucks, I would –- I would pull out my money, you
16  know what I mean, leave the rest in –-
17  **MR. K. JONNA:**  Yes.
18  **MR. R. JONNA:**  -- and then you're playing
19  with the house's money, right?
20  **MR. K. JONNA:**  Yes.
21  **MR. R. JONNA:**  I mean –-
22  **MR. K. JONNA:**  That's the strategy a lot of
23  people are going to take.
24  **MR. R. JONNA:**  Yes, yes, man.  So –- but –-
25  **MR. K. JONNA:**  No, my bad, bro.  I don't

Page 16

1   mean to be, like –- I am not trying to be, like, that,
2   but I've just been bothered by a few people every –-
3   and they're asking me the same stupid things over and
4   over and over again and I keep repeating the same
5   answers over and over again and it's just –- it's,
6   like, dejavu for me.
7   **MR. R. JONNA:**  I got you.
8   **MR. K. JONNA:**  -- and it's literally --
9   **MR. R. JONNA:**  Yes.  And I get it.
10  **MR. K. JONNA:**  -- the same stuff and I am,
11  like, is this guy –- I don't understand this guy.  Is
12  he –- not you.  I am saying, like, a few others.  I
13  am, like, is he going crazy?  I am saying the same
14  stuff –- they are repeating the same stuff and then we
15  repeat the process the next day –-
16  **MR. R. JONNA:**  Right.
17  **MR. K. JONNA:**  -- and it's coming to a point
18  where I am just telling him, like, "Hey, man.  This
19  is, like, stressing me out bad now.  I, like, can't do
20  this with you."
21  **MR. R. JONNA:**  Mm-hm.
22  **MR. K. JONNA:**  "If you don't like it, I'll
23  only give you a juice on top of your money.  I don't
24  even.  This is hurting me.  I don't want to deal with
25  your crap," I had to tell somebody.  They're, like,

Page 17

1   "No, no," da da da da da.  It's funny, nobody –-
2   everybody has concerns, but nobody wants to get out.
3   **MR. R. JONNA:**  Well, of course.  Of course,
4   they don't, Kev.  I mean, if –- if we were –- if we
5   were in the presale stages that I am sure –- maybe
6   people would want to get out because they would have
7   -- they would have –- you know, they would have second
8   thoughts, but right now, they're looking at their
9   investment just timed by ten, you know what I mean?
10  **MR. K. JONNA:**  Yes.
11  **MR. R. JONNA:**  So –-
12  **MR. K. JONNA:**  Yes.
13  **MR. R. JONNA:**  -- of course, people don't
14  want to get out now, but –-
15  **MR. K. JONNA:**  Yes.
16  **MR. R. JONNA:**  -- but of course, people want
17  — people want some surety, you know, especially if –-
18  if they –- if you have –- like, for –- for me, for
19  example, like, if you have the coins, I have no –- no
20  -- there's nothing –-
21  **MR. K. JONNA:**  But I don't have them, Ray.
22  That's the thing.
23  **MR. R. JONNA:**  I know, I know.
24  **MR. K. JONNA:**  If I had them, I would've
25  given them to you.

5 (Pages 14 to 17)

Case 2:22-cv-10208-LJM-JJCG   ECF No. 61-2, PageID.1511   Filed 11/04/22   Page 7 of 20

USDC, Eastern District of MI        Jonna, et al. v. Jonna & GIBF, GP, Inc., et al.        Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 18

1   **MR. R. JONNA:** But there is no –- there is
2   no –-
3   **MR. K. JONNA:** I am not withholding the
4   coins.
5   **MR. R. JONNA:** I know you're not. There's
6   no official board, there's no official place. There's
7   no official website that says, "Raymond Jonna has this
8   much invested and this many coins." Like, I worry
9   about that, but naturally, bro.
10  **MR. K. JONNA:** So, that's –- that's a worry
11  that you have to have with me –-
12  **MR. R. JONNA:** Right, right.
13  **MR. K. JONNA:** -- not with anything else.
14  That –- that –- that would –- that would be your trust
15  in me.
16  **MR. R. JONNA:** It is –- it is my trust in
17  you and I get the trust and I do trust you one hundred
18  percent. What I do worry –- what I do worry about,
19  though, is again, God forbid, bro, you never know what
20  happens. Like, does anybody know who I am? You know
21  what I mean? I –- I worry about that. Like, hey
22  guys, yes, I know –- I know -- you know, again, I
23  don't even like saying this because it's such worst
24  case scenario, you know, but –-
25  **MR. K. JONNA:** Yes.

Page 19

1   **MR. R. JONNA:** -- if God forbid something
2   happened to you, who knows me, bro?
3   **MR. K. JONNA:** Yes.
4   **MR. R. JONNA:** Like, it's –-
5   **MR. K. JONNA:** But I told them my brother.
6   **MR. R. JONNA:** Okay. What if something
7   happened to Claude? You know what I mean? Like –-
8   **MR. K. JONNA:** No, I know, but Ray, now you
9   want something to happen to me (indiscernible). Like,
10  come on, bro.
11  **MR. R. JONNA:** I understand –- I understand
12  that, but –-
13  **MR. K. JONNA:** What is this, Final
14  Destination?
15  **MR. R. JONNA:** I know, I know. I know that,
16  but it's –-
17  **MR. K. JONNA:** If that happens, bro, we'll
18  have bigger problems --
19  **MR. R. JONNA:** Of course. I know.
20  **MR. K. JONNA:** Like –-
21  **MR. R. JONNA:** Of course. I know that, but
22  -- but it's just nice to see that, like –-
23  **MR. K. JONNA:** Yes.
24  **MR. R. JONNA:** -- okay. It's secure. I –- I
25  know –-

Page 20

1   **MR. K. JONNA:** Yes.
2   **MR. R. JONNA:** I know I am going to get, you
3   know, the coins when they come. I realize what
4   they're doing, all that good. It's just peace of
5   mind, bro, you know?
6   **MR. K. JONNA:** Yes.
7   **MR. R. JONNA:** It's just peace of mind.
8   That's all it is.
9   **MR. K. JONNA:** No, I get it.
10  **MR. R. JONNA:** It's not –- you know? I
11  mean, put –- put yourself in my shoes. Like, I know
12  you probably have a lot more money than I do, Kev.
13  So, put yourself in my shoes, but call it two million
14  dollars, not $200,000.
15  **MR. K. JONNA:** Yes. Yes.
16  **MR. R. JONNA:** Do you know what I mean?
17  Like, "Oh, they're with my cousin Ray. My cousin Ray
18  is promising me that this and this and this might
19  happen, but, like, okay. How do I know that the
20  person I sent my wire to is legit even though Ray says
21  he is? I mean, I trust Ray, but I don't –- I don't
22  trust him because I don't know him and" –-
23  **MR. K. JONNA:** Well, Ray, I wouldn't have
24  you send money somewhere to somebody — somebody I
25  wasn't very comfortable with.

Page 21

1   **MR. R. JONNA:** Right, right. No. I get it.
2   **MR. K. JONNA:** You know what I mean?
3   **MR. R. JONNA:** I get it.
4   **MR. K. JONNA:** I am not going to just have
5   you send money out to somebody. You sent it to the –-
6   like, the final landing spot for –- on the second one.
7   **MR. R. JONNA:** Okay.
8   **MR. K. JONNA:** You didn't even send it one
9   removed. You sent it directly –- you sent it very
10  direct. So, it's just –- I mean, just Ray –- just –-
11  I am telling you, man. It's all good.
12  **MR. R. JONNA:** Good.
13  **MR. K. JONNA:** I'll have --
14  **MR. R. JONNA:** That's what I like –- that's
15  what I like to hear. Tell me –- please tell me it's
16  all good, Kev.
17  **MR. K. JONNA:** Yes.
18  **MR. R. JONNA:** That's all I want, bro.
19  **MR. K. JONNA:** It is though, bro.
20  **MR. R. JONNA:** All right.
21  **MR. K. JONNA:** It is all good. I mean,
22  there's no -- there's no problems. If there was
23  problems, I would be all over them, bro. I am
24  invested for a gigantic amount of money, you know, and
25  I've –- I've called, and I've done this and that, but

Case 2:22-cv-10208-LJM-JJCG  ECF No. 61-2, PageID.1512  Filed 11/04/22  Page 8 of 20

USDC, Eastern District of MI    Jonna, et al. v. Jonna & GIBF, GP, Inc., et al.    Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 22

1  I'm –- I'm comfortable with where it's at. I am okay
2  with it.
3      **MR. R. JONNA:** Do you think it's going to
4  stay? Do you think it's going to go down a bit? Do
5  you think it's going to rise?
6      **MR. K. JONNA:** Honestly –-
7      **MR. R. JONNA:** What do you think?
8      **MR. K. JONNA:** -- I think it will go down a
9  bit, but it won't go down that much –-
10      **MR. R. JONNA:** Yes.
11      **MR. K. JONNA:** -- but I think it'll go down
12  a bit --
13      **MR. R. JONNA:** I mean –-
14      **MR. K. JONNA:** -- but it doesn't matter.
15  It's at two something.
16      **MR. R. JONNA:** That's fine. Yes. There's
17  -- that's the thing. There's –-
18      **MR. K. JONNA:** I don't care if it goes down
19  --
20      **MR. R. JONNA:** -- a huge –-
21      **MR. K. JONNA:** -- (indiscernible) goes to
22  150.
23      **MR. R. JONNA:** There's a huge –- there's a
24  huge cushion right now. So, even if it went down a
25  bit -- I mean, I hope it goes up, but even if it went

Page 23

1  down a bit, who cares? I mean, I agree.
2      **MR. K. JONNA:** Yes, but long term, no. I
3  think it'll go up. I think it will definitely go up.
4      **MR. R. JONNA:** You think it — you think
5  it's the truth?
6      **MR. K. JONNA:** Yes. I think they got a lot
7  of good things in play, a lot of big deals going on.
8  They're hitting, like, the gaming market. Draft
9  Kings, a bunch of other stuff, man.
10      **MR. R. JONNA:** Is –- is the functionality of
11  the coin -- like, is the algorithm, is it –- is it bad
12  ass? Like, is it a gamechanger?
13      **MR. K. JONNA:** It is because of two main
14  reasons, transaction speeds and costs and a lot –-
15  like, the -- the part of the fees go back into the
16  token.
17      **MR. R. JONNA:** Yes, yes. I did read that.
18      **MR. K. JONNA:** So, it's just — there's a
19  lot –- a lot going on that's more innovative than a
20  lot of these coins that are just copycats of other
21  coins --
22      **MR. R. JONNA:** Right.
23      **MR. K. JONNA:** -- you know?
24      **MR. R. JONNA:** Yes. I mean, a lot of this
25  shit –-

Page 24

1      **MR. K. JONNA:** It's been a long time in the
2  making, man. Like, if you –- if you've been looking
3  it up, like, you're telling me, I am sure you are
4  seeing articles that date back to 2019.
5      **MR. R. JONNA:** Uh-huh.
6      **MR. K. JONNA:** So, it would have to be a
7  scam that's been going on for 20 — for two years.
8      **MR. R. JONNA:** Right.
9      **MR. K. JONNA:** Scams never last that long,
10  right? It's usually in and out. You can't go out
11  there, put your name on the line, use this, his name's
12  on the line, this, that. If it's a scam, there's
13  going to be a million people coming after these guys.
14      **MR. R. JONNA:** Right.
15      **MR. K. JONNA:** Everybody knows who know it
16  is.
17      **MR. R. JONNA:** Right.
18      **MR. K. JONNA:** So –-
19      **MR. R. JONNA:** Right.
20      **MR. K. JONNA:** -- the scam part is just so
21  far removed from this. I do see why some people would
22  say a few of these things, but yes, man.
23      **MR. R. JONNA:** Well, I mean, look. I'll be
24  honest. I'll tell you straight up, it's real simple.
25  When you look at, like, what the scams are on the SEC,

Page 25

1  it's, like –- it's, like, they go down a list of
2  things that –- that seem similar. I mean, probably
3  because the scams are –- are similar to what the real
4  ones are, you know what I mean? So, that's probably
5  why, but if you look at it, it's, like, misspell —
6  like, look for misspellings all over the website.
7  There's a bunch, by the way, on Bitcoin Latinum, which
8  I don't even understand how they could have
9  misspellings, bro. Like, aren't –- don't you have
10  people reviewing this? Don't you have editors?
11      **MR. K. JONNA:** I was going to address that
12  today.
13      **MR. R. JONNA:** Yes, let them know. I mean,
14  I'll — I'll show you where there's –- where there's
15  misspellings and I am, like, what –- why –- it's so
16  crazy.
17      **MR. K. JONNA:** Yes. If you want to show me
18  some, I'll send them direct and say, "Hey, what is
19  this?"
20      **MR. R. JONNA:** Right. I will. I will send
21  them to you --
22      **MR. K. JONNA:** I'll see --
23      **MR. R. JONNA:** -- and then –- and then
24  they're, like, yes, "Just be aware if you don't get
25  your coins." Like, the –- the owners of the coins can

Page 26

1  just pull out, they can do a rug pull. That's, like,
2  one of the big scams. The fake –- the big fake ICO
3  and then there's a bunch of others that I was just,
4  like, man, this is crazy. I mean, I was –- I was even
5  thinking, like, is this –- does Kevin not even know
6  about this potential big scam? Like –- and then I
7  thought to myself –-
8      **MR. K. JONNA:** No.
9      **MR. R. JONNA:** -- there's no –-
10     **MR. K. JONNA:** I am in on it.
11     **MR. R. JONNA:** Yes. And then I thought to
12 myself, there's no way he doesn't know about it
13 because he knows the industry and he knows –- he
14 probably heard of the scams and he knows what to look
15 for and –-
16     **MR. K. JONNA:** No. I am in on the scam I
17 mean, right?
18     **MR. R. JONNA:** Well, that's –- I mean, I
19 guess that's, you know, a one in a million
20 possibility, but it's still a possibility, right, you
21 know? People –-
22     **MR. K. JONNA:** You're sick, Ray.
23     **MR. R. JONNA:** -- people –- yes, there's
24 some sick people out there, bro --
25     **MR. K. JONNA:** Yes.

Page 27

1      **MR. R. JONNA:** -- but, no, man. I mean,
2  look. I hope this is a good thing, bro. I mean, I –-
3  I can –- I can definitely use –- with a new house and
4  a new baby and everything else, I can definitely use a
5  –- a -- you know, a little boost to the bank account.
6      **MR. K. JONNA:** What's going on with that?
7  Simon said some lawsuit or something?
8      **MR. R. JONNA:** Yes. I am in a lawsuit right
9  now because the builder actually tried to get out –-
10     **MR. K. JONNA:** Who is in the lawsuit?
11 You're getting sued or you're suing?
12     **MR. R. JONNA:** Well, I mean, I am suing, but
13 I also am getting sued because they're saying that I
14 slandered their title because basically, they can't
15 sell the house because I have a claim on the house.
16 So, they're calling that –-
17     **MR. K. JONNA:** Okay.
18     **MR. R. JONNA:** They're calling that a
19 slander of title. Get it --
20     **MR. K. JONNA:** Mm-hm.
21     **MR. R. JONNA:** -- because they can't sell it
22 and they're pissed off they can't sell it. Well, why
23 can't you sell it? Because you're under contract with
24 me. You can't go sell your house when you're under
25 contract, dumbass.

Page 28

1      **MR. K. JONNA:** Yes.
2      **MR. R. JONNA:** That's what they're trying to
3  do. So, my attorney is laughing, Chase Bank is
4  laughing, Huntington Bank is laughing. They're, like,
5  who is this guy think he is? Is he retarded? So, the
6  point is I am going to win the case easily, but the
7  problem is I am in Court and Court is always time and
8  money and stress.
9      **MR. K. JONNA:** Yes. I know.
10     **MR. R. JONNA:** It sucks, man. It really
11 sucks –-
12     **MR. K. JONNA:** Yes.
13     **MR. R. JONNA:** -- because I am going to
14 spend probably 50 Gs, maybe even 100 Gs to get the
15 house and I am going to get in the end, but after
16 what, you know?
17     **MR. K. JONNA:** Yes.
18     **MR. R. JONNA:** So, it's a stressful time,
19 man, but what are you going to do? It is what it is,
20 but I'll get it eventually and it's a badass house on
21 the sand bar. Talk about finding girls, you know
22 what, kind of, house that is –-
23     **MR. K. JONNA:** Come on.
24     **MR. R. JONNA:** -- in the summertime? It's
25 ridiculous. From my porch, there's, like, every

Page 29

1  single Chaldean (phonetic) girls on the lake from my
2  –- from my porch and I have, like –-
3      **MR. K. JONNA:** Which lake? Cass Lake?
4      **MR. R. JONNA:** Cass Lake, yes.
5      **MR. K. JONNA:** Nice.
6      **MR. R. JONNA:** That's --
7      **MR. K. JONNA:** So, this isn't far from
8  Simon's house?
9      **MR. R. JONNA:** No. It's five houses down.
10     **MR. K. JONNA:** Oh. So, it's the same house?
11     **MR. R. JONNA:** It's the same –- it's the
12 same street.
13     **MR. K. JONNA:** No, no. The house that I
14 went to.
15     **MR. R. JONNA:** No, no. It's a different
16 house. It's the house next door to the house you went
17 to. Remember –-
18     **MR. K. JONNA:** Oh.
19     **MR. R. JONNA:** Remember when you came to my
20 house and you –- remember when you –- remember when
21 you went to the tanning salon and you bucked your
22 forehead?
23     **MR. K. JONNA:** Yes.
24     **MR. R. JONNA:** That was so funny. I think
25 about that sometimes.

8 (Pages 26 to 29)

Case 2:22-cv-10208-LJM-JJCG   ECF No. 61-2, PageID.1514   Filed 11/04/22   Page 10 of 20

USDC, Eastern District of MI      Jonna, et al. v. Jonna & GIBF, GP, Inc., et al.      Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 30

1  **MR. K. JONNA:** Wait, what did I do?
2  **MR. R. JONNA:** I saved your life. You came
3  –- you came over and you're, like, "Ray, I fucked up."
4  I am, like, what did you do, man? You're like, "I
5  left the" –- "the" –- you, like, left your head gear
6  when you were –- when you were spray tanning. You
7  left it low on your forehead.
8  **MR. K. JONNA:** Which headgear?
9  **MR. R. JONNA:** You know the head cap they
10 give you when you spray tan?
11 **MR. K. JONNA:** Yes.
12 **MR. R. JONNA:** You left it, like, low on
13 your forehead.
14 **MR. K. JONNA:** Oh, shit.
15 **MR. R. JONNA:** So –-
16 **MR. K. JONNA:** Oh, yes, yes.
17 **MR. R. JONNA:** Remember?
18 **MR. K. JONNA:** Oh, yes, yes, yes, yes.
19 **MR. R. JONNA:** And you had, like, a big
20 white –- half your forehead was white as hell, half of
21 it was tan.
22 **MR. K. JONNA:** Yes.
23 **MR. R. JONNA:** Funny.
24 **MR. K. JONNA:** That was funny.
25 **MR. R. JONNA:** But I don't even know how I

Page 31

1  fixed that, but I fixed it. It was crazy. At first,
2  I was, like, this guy is –-
3  **MR. K. JONNA:** It was you and Chev
4  (phonetic) that helped, I think.
5  **MR. R. JONNA:** Yes, yes. It was, it was.
6  **MR. K. JONNA:** She put makeup on me.
7  **MR. R. JONNA:** She makeup'd (sic) you up.
8  Yes. You had to, bro. At first I looked at you and I
9  was, like, oh my God, this guy is screwed.
10 **MR. K. JONNA:** You want to know the funny
11 thing? I have –- I was thinking about getting one
12 today or tomorrow for a wedding this week.
13 **MR. R. JONNA:** You should. They are the
14 best. Just make sure you –- obviously make sure you
15 do it right. Put a lot of –- at the sun –- at the
16 tanning salon, they'll give you, like, that barrier
17 cream.
18 **MR. K. JONNA:** Yes.
19 **MR. R. JONNA:** They'll give you this barrier
20 cream. Put all over your hands and feet.
21 **MR. K. JONNA:** Okay.
22 **MR. R. JONNA:** Like, your toenails will get
23 all –- will turn all orange and they'll stay orange
24 for, like, weeks. So, you have to put –- sometimes
25 they'll give you booties. You basically just have to

Page 32

1  cover you're, like –- your –- your knuckles and your
2  palms, your toes, your nails –- your knuckles, your
3  palms, your nails and sometimes your joints too.
4  Like, your knees and your elbows can get very, like,
5  blotchy –-
6  **MR. K. JONNA:** Mm-hm.
7  **MR. R. JONNA:** -- but –- but overall, I –-
8  spray tans are the best, especially for, like, big
9  events or big weekends.
10 **MR. K. JONNA:** Yes.
11 **MR. R. JONNA:** They –- they make your skin
12 look amazing because they hide –- they hide blemishes
13 because we're white. We have white skin –-
14 **MR. K. JONNA:** Yes.
15 **MR. R. JONNA:** -- and we have –- our
16 blemishes show, like, crazy. Like, every pimple,
17 every, like, you know, whatever, red mark shows, but
18 when you tan, it all goes away.
19 **MR. K. JONNA:** Yes.
20 **MR. R. JONNA:** So, yes. You should. If you
21 have a –- if you have a –- whenever I have, like,
22 events that weekend, like, two or three events or,
23 like, one or two events, I spray tan.
24 **MR. K. JONNA:** Yes.
25 **MR. R. JONNA:** Otherwise, to be honest, I

Page 33

1  have this stuff. It's basically, like, your own spray
2  tan. It's called –- it's called –- I think it's
3  called –- I'll text it to you, but I buy it –-
4  **MR. K. JONNA:** Is it the one Simon showed
5  me?
6  **MR. R. JONNA:** Maybe. I –- I put Simon up
7  on it too. It's the –-
8  **MR. K. JONNA:** I am pretty sure –-
9  **MR. R. JONNA:** It's probably the same stuff,
10 yes. It's called –- hold on one second. It's called
11 –- I am trying to just Google it. Oh yes. It's
12 called Flawless.
13 **MR. K. JONNA:** Okay.
14 **MR. R. JONNA:** Flawless Darker. I get the
15 darker one. Flawless Darker it's called. You get it,
16 you basically get a spray tan mitt and you can do it
17 yourself and you just wipe it all over your body and I
18 do that on, like, regular weekends when I just want to
19 be a little more tan –-
20 **MR. K. JONNA:** Yes.
21 **MR. R. JONNA:** -- but if I have a big event,
22 I'll go spray tan.
23 **MR. K. JONNA:** Oh, I see it. Flawless
24 Darker.
25 **MR. R. JONNA:** I buy it on Amazon. It's,

Case 2:22-cv-10208-LJM-JJCG ECF No. 61-2, PageID.1515 Filed 11/04/22 Page 11 of 20

USDC, Eastern District of MI      Jonna, et al. v. Jonna & GIBF, GP, Inc., et al.      Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 34

1  like --
2      **MR. K. JONNA:** You can get it on --
3      **MR. R. JONNA:** It's, like --
4      **MR. K. JONNA:** You can get it at the beauty
5  shop.
6      **MR. R. JONNA:** Yes. Beauty shop has it, any
7  beauty shop will have it, but I -- I get it right off
8  --
9      **MR. K. JONNA:** It's called Fake Bake.
10     **MR. R. JONNA:** Fake Bake. Exactly. That's
11 what it's called.
12     **MR. K. JONNA:** And it works?
13     **MR. R. JONNA:** Yes. Hell yes. It's the
14 best one. They get Fake Bake Flawless Darker.
15     **MR. K. JONNA:** Yes. It's exactly what I am
16 looking at. It's, like, the gray bottle is purple.
17     **MR. R. JONNA:** Yes, yes. There's -- there's
18 one on Amazon. It's, like, a white bottle, but I
19 think it's -- it's the exact same. I've used both --
20 here, I've just sent it to you, but --
21     **MR. K. JONNA:** You think this is better than
22 the spray tan or this?
23     **MR. R. JONNA:** Well, I mean, the spray tan
24 is better because spray tan will give you --
25 especially if you -- you know what? A lot of times I

Page 35

1  don't need to, like, tan my belly and my chest because
2  nobody is going to see it.
3      **MR. K. JONNA:** Mm-hm.
4      **MR. R. JONNA:** So, it's, kind of, pointless.
5  So, I use this stuff. I put it -- you know what I do?
6  If I am wearing --
7      **MR. K. JONNA:** (indiscernible).
8      **MR. R. JONNA:** If I am wearing a T-shirt,
9  I'll put it all over my arms, you know? I'll put it
10 on my neck. I'll put it, like, everywhere you can see
11 basically --
12     **MR. K. JONNA:** Yes.
13     **MR. R. JONNA:** -- and you can control it
14 better, you know? With a spray tan, it, kind of --
15 it, kind of, goes everywhere and sometimes, like --
16 you know, like, what happened to you, you get fucked
17 up.
18     **MR. K. JONNA:** Yes.
19     **MR. R. JONNA:** This is, like, you can
20 control it better. You get a tanning mitt. You can
21 buy them online too, just a tan mitt and then you just
22 put it on yourself everywhere.
23     **MR. K. JONNA:** Yes.
24     **MR. R. JONNA:** You wait -- you wait five,
25 six -- like, you put it on, like, before bed if you

Page 36

1  have, like, an event. Put it on before bed, wake up
2  the next morning, you're good to go.
3      **MR. K. JONNA:** And it doesn't stain?
4      **MR. R. JONNA:** It -- it -- it will stain. I
5  usually wear black, but even if you wear, like, white
6  or whatever, you can wear it and then wash your
7  clothes and it will all go away --
8      **MR. K. JONNA:** Yes.
9      **MR. R. JONNA:** -- but typically I wear -- I
10 wear, like, darker colors. Like, if I wear a black
11 shirt, I load that shit up, bro. Just, like, if you
12 think you're going to sweat a lot, then I would
13 probably take a shower. Like, take a shower, let it
14 wash off a little bit. It's not going to all come
15 off, you know? You're supposed to, like, let it wash
16 off a little bit and then -- then put your shirt on
17 and you're good to go.
18     **MR. K. JONNA:** Yes.
19     **MR. R. JONNA:** It just gives you color, man,
20 because I -- I can't stand how white I get and I don't
21 want to go -- I don't want to go -- I don't want to go
22 jump in no, fucking, cancerous tanning bed.
23     **MR. K. JONNA:** Yes.
24     **MR. R. JONNA:** So, like --
25     **MR. K. JONNA:** I am debating if I should

Page 37

1  just go to the place today or if I should buy this.
2      **MR. R. JONNA:** Well, when's your thing?
3  When do you want to -- when do you want to, like, be
4  tan for?
5      **MR. K. JONNA:** Saturday.
6      **MR. R. JONNA:** Saturday? Then, yes. Well,
7  you're going to get it -- how long is it going to take
8  you to get it? Can you go pick it up?
9      **MR. K. JONNA:** Yes. It says they have one
10 at Ulta Beauty.
11     **MR. R. JONNA:** Oh, yes. They do have it at
12 Ulta. You can go pick it up. I would go pick it up
13 if I were you and put it -- start putting it on, like
14 -- like, today, tomorrow and see -- and see how it
15 works.
16     **MR. K. JONNA:** Yes.
17     **MR. R. JONNA:** You know what I mean? Try --
18 like, test it out tonight, put it all over, but
19 realistically, again, you don't need it on, like, your
20 belly and your back and, like, your chest and shit,
21 unless you're taking your shirt off.
22     **MR. K. JONNA:** Yes.
23     **MR. R. JONNA:** Just put it -- that's why I
24 -- I like this stuff better than spray tanning because
25 I can just put this on my arms, on my neck and you

Case 2:22-cv-10208-LJM-JJCG ECF No. 61-2, PageID.1516 Filed 11/04/22 Page 12 of 20

USDC, Eastern District of MI        Jonna, et al. v. Jonna & GIBF, GP, Inc., et al.        Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 38

1  know what I do? I spray it into my hands. I put,
2  like -- I get, like, face lotion. I -- I literally
3  spray it into my hands, put the face lotion on my
4  hands and blend it with the face lotion.
5     **MR. K. JONNA:** Uh-huh.
6     **MR. R. JONNA:** Get what I mean?
7     **MR. K. JONNA:** Yes.
8     **MR. R. JONNA:** I blend it in my hands with
9  the face lotion and I rub it all over my face and it
10 -- and it gives you -- it gives you, like, a tint.
11    **MR. K. JONNA:** The only thing is I am scared
12 if I do this, I am not going to get everywhere.
13    **MR. R. JONNA:** No. You -- if anything, you
14 can control this better, you can. I -- you just have
15 to put it everywhere.
16    **MR. K. JONNA:** I'm not going to miss any
17 spots?
18    **MR. R. JONNA:** No, no. You're not because
19 you're going to wear that tan mitt, you're going to
20 put it all in the tan mitt and you're literally just
21 going to rub your body down and keep rubbing it down
22 until you get everywhere.
23    **MR. K. JONNA:** Got it.
24    **MR. R. JONNA:** There's also this other shit
25 I put on my face sometimes. It's, like, this, like,

Page 39

1  cream that gives me, like, a clear complexion.
2     **MR. K. JONNA:** Yes.
3     **MR. R. JONNA:** It's badass --
4     **MR. K. JONNA:** Nice.
5     **MR. R. JONNA:** -- but anyway, that stuff you
6  should definitely buy and just try -- start -- go pick
7  it up today and try it out and --
8     **MR. K. JONNA:** Yes.
9     **MR. R. JONNA:** -- and you'll be tan.
10    **MR. K. JONNA:** Nice. Like, very tan?
11    **MR. R. JONNA:** No, no, no. It's not, like,
12 fake looking at all. It's actually great color.
13 You're going to get badass color.
14    **MR. K. JONNA:** Nice. Another thing, Ray,
15 how -- how long will it last?
16    **MR. R. JONNA:** It's -- it's going to last --
17 well, you'll see. You'll see how it works. It lasts,
18 like, a couple of days, two, three days, but the thing
19 is you can reapply it as much as you want.
20    **MR. K. JONNA:** Yes.
21    **MR. R. JONNA:** You can, like, you know, go
22 one night and you're like, oh, like, I took a couple
23 of showers. It came off a little bit, let me reapply
24 it --
25    **MR. K. JONNA:** Yes.

Page 40

1     **MR. R. JONNA:** -- and then you're going to
2  -- and then you're going to, kind of, learn how to use
3  it. Like, come, like, Monday, Tuesday, you're -- it's
4  going to start coming off and when it starts coming
5  off, it's, kind of, annoying, I am not going to lie.
6  Just, like, a spray tan though. Same thing.
7     **MR. K. JONNA:** Yes.
8     **MR. R. JONNA:** When it starts coming off, it
9  starts to get blotchy --
10    **MR. K. JONNA:** Oh, shit.
11    **MR. R. JONNA:** -- and when it -- so, what I
12 do is, like, I'll use it Thursday, Friday and I'll be
13 tan for the weekend and then come, like, Monday,
14 Tuesday when I am back at work, I don't care, let it
15 get blotchy. I'll scrub it off, I'll take good
16 showers, I'll scrub it good and then by the weekend
17 again, my skin will be nice and fresh and white, put
18 it back on.
19    **MR. K. JONNA:** And if I use the shower, it
20 comes off?
21    **MR. R. JONNA:** Yes. It'll -- it'll come
22 off, but for it to fully come off, like, it'll
23 lighten. You know, every time you take a shower,
24 it'll lighten. You'll see it, like, drip off your
25 skin --

Page 41

1     **MR. K. JONNA:** Yes.
2     **MR. R. JONNA:** -- and then when it starts to
3  lighten too much, it can get a little blotchy, like I
4  said, but that's, like, four or five days later it
5  gets blotchy.
6     **MR. K. JONNA:** Got it.
7     **MR. R. JONNA:** So, just -- here's what I
8  would do. I would go pick it up today. I would use
9  it, like, starting tomorrow. Like, Thursday, Friday,
10 like, tan yourself up with it and then -- and then
11 Saturday, you'll be badass.
12    **MR. K. JONNA:** Yes. Saturday, Sunday?
13    **MR. R. JONNA:** Saturday, Sunday, you'll be
14 good to go. Yes.
15    **MR. K. JONNA:** And then Monday it will wear
16 off?
17    **MR. R. JONNA:** Monday, yes. Monday,
18 Tuesday, it's going to start to wear off. You'll see
19 it --
20    **MR. K. JONNA:** Yes.
21    **MR. R. JONNA:** -- but you can reapply it,
22 like, Thursday, Friday, Saturday. You can keep -- you
23 can keep reapplying it, but once you start, like,
24 again, four, five days in, you'll start to notice,
25 like -- it's, like -- it's coming off, it's getting a

Case 2:22-cv-10208-LJM-JJCG  ECF No. 61-2, PageID.1517  Filed 11/04/22  Page 13 of 20

USDC, Eastern District of MI    Jonna, et al. v. Jonna & GIBF, GP, Inc., et al.    Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 42

1  little blotchy.
2      MR. K. JONNA: Got it and then one thing,
3  Ray. Is it going to keep staining throughout or only,
4  like, the first day?
5      MR. R. JONNA: What do you mean staining?
6      MR. K. JONNA: Like, after I apply it and I
7  put on clothes, is it going to stain the clothes? If
8  I sit on my bed, is it going to stain the bed?
9      MR. R. JONNA: Yes. It will a little bit.
10     MR. K. JONNA: Even after the first day?
11     MR. R. JONNA: Oh, no, no. After you take
12 one shower, you're good.
13     MR. K. JONNA: Okay.
14     MR. R. JONNA: After you take your first
15 shower –- like, sometimes, I'll –- I'll put it on at
16 night.
17     MR. K. JONNA: Yes.
18     MR. R. JONNA: I'll wake up the next day.
19 If I want to just stay really tan, then I'll just keep
20 it. I'll just keep it on and I won't even shower.
21     MR. K. JONNA: Yes.
22     MR. R. JONNA: You get what I mean and –-
23     MR. K. JONNA: Yes.
24     MR. R. JONNA: –- and it'll come off a
25 little bit on my clothes, but if I am wearing dark

Page 43

1  clothes, you're fine. As long as you don't sweat,
2  like, after –- like, before you shower –-
3      MR. K. JONNA: Yes.
4      MR. R. JONNA: –- you know what I mean? As
5  long as you're not sweating that night a lot –- even
6  if you're sweating by the way, you can just –- you
7  just wipe it off, especially if you're wearing dark
8  clothes, but anyway, if I am not sweating –- if I know
9  I am not going to sweat, if I am not going anywhere
10 that's, like, hot or whatever, then I'll just leave it
11 on –-
12     MR. K. JONNA: Mm-hm.
13     MR. R. JONNA: –- and you're fine. It'll
14 come off very slightly. You'll notice if you take –-
15 when you take your clothes off and you look on the
16 inside, you'll notice, like, little –- a little bit of
17 tan stuff, but that all comes off in the washer
18 anyways.
19     MR. K. JONNA: I got you.
20     MR. R. JONNA: Yes. So –- but yes. I would
21 definitely go buy that. That's –- that's the badass
22 stuff. I've been using it for, like, five years.
23     MR. K. JONNA: Nice.
24     MR. R. JONNA: Yes.
25     MR. K. JONNA: So, you recommend that over a

Page 44

1  spray tan?
2      MR. R. JONNA: Yes. I mean, again, if
3  you're –- if you're –- if you –- I like that stuff
4  because you can control it. Spray tan –- what's nice
5  about spray tan is that it'll really tan your face
6  good and you'll –- and it'll –- it'll last better and
7  you don't have to do the work. So, I mean, if you
8  really –- if you –- if you have a big event on
9  Saturday, just go get a spray tan, but I would still
10 buy that stuff and use it, try it out –-
11     MR. K. JONNA: Yes.
12     MR. R. JONNA: –- because you're going to –-
13 you're going to see, like, this is –- you're going to
14 –- you're going to be, like, sometimes I don't even
15 need a spray tan. I am just going, you know, out with
16 a girl or whatever and I want to, like –- I want to be
17 –- I want my neck and my arms and my face to be tan,
18 I'll just put this shit on.
19     MR. K. JONNA: Oh, wow, look. They offer
20 only face and –- face, necks, and –- and arms, like,
21 you said.
22     MR. R. JONNA: Oh, who does?
23     MR. K. JONNA: Tan Banana.
24     MR. R. JONNA: Oh, that's badass actually
25 because you don't need to –- you don't need to tan,

Page 45

1  you know, your –- your entire body.
2      MR. K. JONNA: Yes, you know what? Maybe
3  I'll just do that, face, arms, and neck.
4      MR. R. JONNA: Yes.
5      MR. K. JONNA: Right?
6      MR. R. JONNA: That's what –- yes, that's
7  what I would do because you don't need –- you don't
8  need to do your whole body. It's annoying.
9      MR. K. JONNA: Yes. Yes, that's what I am
10 going to do.
11     MR. R. JONNA: Yes.
12     MR. K. JONNA: Okay.
13     MR. R. JONNA: All right, man. Keep me
14 posted if you can, please --
15     MR. K. JONNA: I will.
16     MR. R. JONNA: -- on Latinum.
17     MR. K. JONNA: I will for sure.
18     MR. R. JONNA: All right, cuz. Talk to you
19 soon.
20     MR. K. JONNA: All right. Thanks, Ray.
21 Talk to you.
22     MR. R. JONNA: All right, brother. Peace.
23     MR. K. JONNA: Bye.
24         (Audio Recording Concluded.)
25

Case 2:22-cv-10208-LJM-JJCG  ECF No. 61-2, PageID.1518  Filed 11/04/22  Page 14 of 20

USDC, Eastern District of MI     Jonna, et al. v. Jonna & GIBF, GP, Inc., et al.     Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 46

1
2
3      CERTIFICATION
4      I, KRISTIN CORRADO, the assigned transcriber, do
5   hereby certify the foregoing transcript of proceedings
6   is prepared to the best of my ability and is a true
7   and accurate transcript of the proceedings, as
8   recorded.
9
10      BY: /s/Kristin Corrado
11          Kristin Corrado
12          Tate & Tate, Inc.        11/4/2022
13          Agency Name              Date
14
15
16
17
18
19
20
21

Case 2:22-cv-10208-LJM-JJCG   ECF No. 61-2, PageID.1519   Filed 11/04/22   Page 15 of 20

USDC, Eastern District of MI     Jonna, et al. v. Jonna & GIBF, GP, Inc., et al.     Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 47

**A**
ability 46:6
account 27:5
accurate 46:7
address 25:11
Agency 46:13
agree 12:18 23:1
algorithm 23:11
amazing 14:24
   32:12
Amazon 33:25
   34:18
amount 9:13 21:24
annoying 40:5 45:8
answer 7:3
answers 16:5
anybody 8:17 9:25
   18:20
anyway 4:18 39:5
   43:8
anyways 43:18
apply 10:16 42:6
aren't 25:9
arms 35:9 37:25
   44:17,20 45:3
article 5:11
articles 24:4
asked 9:23
asking 7:2 8:7 16:3
ass 23:12
assigned 46:4
attorney 28:3
Audio 3:1 45:24
aware 25:24
awesome 8:4

**B**
baby 27:4
back 4:10 15:5,7
   23:15 24:4 37:20
   40:14,18
bad 15:25 16:19
   23:11
badass 28:20 39:3
   39:13 41:11 43:21
   44:24
bag 15:6
Bake 34:9,10,14
Banana 44:23
bank 27:5 28:3,4
bar 28:21
barrier 31:16,19
basically 4:19 27:14
   31:25 33:1,16
   35:11

Basile 3:3
beauty 34:4,6,7
   37:10
bed 35:25 36:1,22
   42:8,8
belly 35:1 37:20
best 31:14 32:8
   34:14 46:6
better 34:21,24
   35:14,20 37:24
   38:14 44:6
big 8:21,24 9:1
   14:14 23:7 26:2,2
   26:6 30:19 32:8,9
   33:21 44:8
bigger 4:16 19:18
biggest 10:25
billion-dollar 11:1
bit 22:4,9,12,25
   23:1 36:14,16
   39:23 42:9,25
   43:16
Bitcoin 1:7 4:14,20
   4:21,22,22 8:14
   25:7
black 36:5,10
blah 13:14,14,15
blaming 5:25
blemishes 32:12,16
blend 38:4,8
blotchy 32:5 40:9
   40:15 41:3,5 42:1
board 18:6
body 33:17 38:21
   45:1,8
boost 27:5
booties 31:25
bothered 16:2
bottle 34:16,18
boy 4:1 8:22
bring 8:7 12:15
bringing 5:21
bro 5:20,25 6:4,9
   8:19 9:19 10:11
   15:25 18:9,19
   19:2,10,17 20:5
   21:18,19,23 25:9
   26:24 27:2 31:8
   36:11
brother 10:2,5 19:5
   45:22
brought 7:11
bucked 29:21
bucks 4:5 15:15
builder 27:9

bullshit 6:12
bunch 4:3,14 8:18
   8:18 23:9 25:7
   26:3
buy 33:3,25 35:21
   37:1 39:6 43:21
   44:10
Bye 45:23

**C**
C-1 1:22
call 4:2,2 20:13
called 21:25 33:2,2
   33:3,10,10,12,15
   34:9,11
calling 27:16,18
can't 8:20 16:19
   24:10 27:14,21,22
   27:23,24 36:20
cancerous 36:22
cap 30:9
care 22:18 40:14
careful 3:14,14 4:23
   4:24
cares 23:1
case 1:3 14:25
   18:24 28:6
Cass 29:3,4
certainly 11:23
CERTIFICATION
   46:3
Certified 1:21
certify 46:5
chairman 3:7
Chaldean 29:1
Chase 28:3
check 14:4,5
chest 35:1 37:20
Chev 31:3
chips 15:6
claim 8:24 27:15
Claude 10:4 19:7
clear 39:1
clothes 36:7 42:7,7
   42:25 43:1,8,15
coin 14:7 23:11
coins 9:19 17:19
   18:4,8 20:3 23:20
   23:21 25:25,25
color 36:19 39:12
   39:13
colors 36:10
come 19:10 20:3
   28:23 36:14 40:3
   40:13,21,22 42:24

43:14
comes 40:20 43:17
comfortable 14:13
   20:25 22:1
coming 16:17 24:13
   40:4,4,8 41:25
Commenced 3:1
company 10:25
completely 3:16,17
   12:12
complexion 39:1
concern 6:9,23,23
   7:14
concerning 5:4,22
   6:1
concerns 17:2
Concluded 45:24
contract 27:23,25
control 35:13,20
   38:14 44:4
Conversation 1:10
   2:4
cool 8:3 14:12
Cooper 1:15
copycats 23:20
Corrado 46:4,10,11
costs 23:14
couple 39:18,22
course 5:20 17:3,3
   17:13,16 19:19,21
Court 1:2,21 28:7,7
cousin 20:17,17
cover 32:1
crap 16:25
crazy 8:13 11:21
   16:13 25:16 26:4
   31:1 32:16
cream 31:17,20
   39:1
create 8:17
crypto 3:12 4:4,5
cryptos 4:10
currency 12:5
cushion 22:24
cuz 45:18

**D**
D 2:2
d/b/a 1:7
da 17:1,1,1,1,1
dark 42:25 43:7
darker 33:14,15,15
   33:24 34:14 36:10
date 24:4 46:13
day 3:25 5:20 16:15

42:4,10,18
days 39:18,18 41:4
   41:24
deal 16:24
deals 23:7
debating 36:25
Defendants 1:8
definitely 23:3 27:3
   27:4 39:6 43:21
dejavu 16:6
Destination 19:14
didn't 4:15 7:3 13:3
   21:8
different 3:16,17
   13:10 29:15
digital 12:5
direct 21:10 25:18
directly 21:9
DISTRICT 1:2,2
doc 10:15
doesn't 10:16 22:14
   26:12 36:3
doing 4:10 5:14,23
   8:9 12:20 20:4
dollars 14:24 20:14
Don 3:2,6
don't 4:21 5:18
   6:12 7:17,17,17
   7:18,18 8:20,20
   10:1,10,20 11:12
   11:12 13:7,13
   14:5,21 15:25
   16:11,22,23,24
   17:4,13,21 18:23
   20:21,21,22 22:18
   25:8,9,10,24
   30:25 35:1 36:20
   36:21,21 37:19
   40:14 43:1 44:7
   44:14,25,25 45:7
   45:7
door 29:16
Draft 23:8
drip 40:24
dude 5:10
dumbass 27:25
dump 9:2

**E**
E 2:2
easily 28:6
EASTERN 1:2
editors 25:10
either 11:14
elbows 32:4

USDC, Eastern District of MI        Jonna, et al. v. Jonna & GIBF, GP, Inc., et al.        Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 48

**emails** 11:24
**entire** 45:1
**errors** 5:13
**especially** 17:17
    32:8 34:25 43:7
**Esquire** 1:16
**event** 33:21 36:1
    44:8
**events** 32:9,22,22
    32:23
**eventually** 28:20
**everybody** 9:2,3,3,6
    17:2 24:15
**exact** 34:19
**exactly** 4:24 8:9
    14:2 34:10,15
**example** 5:12 8:15
    17:19
**Excel** 10:7

**F**

**face** 3:14 38:2,3,4,9
    38:9,25 44:5,17
    44:20,20 45:3
**fact** 6:13
**fake** 4:25 5:3 14:3
    26:2,2 34:9,10,14
    39:12
**fakes** 5:5
**familiar** 11:22
    12:13
**far** 10:13,14 24:21
    29:7
**FARID** 1:4
**fault** 12:13
**feel** 14:13
**fees** 23:15
**feet** 31:20
**filings** 5:5 14:3
**final** 19:13 21:6
**find** 13:25
**finding** 28:21
**fine** 8:4 9:17,18
    22:16 43:1,13
**finger** 6:10
**first** 3:25 6:22 8:25
    11:15 31:1,8 42:4
    42:10,14
**five** 29:9 35:24 41:4
    41:24 43:22
**fixed** 31:1,1
**flag** 8:21,24
**Flawless** 33:12,14
    33:15,23 34:14
**forbid** 9:24 18:19

    19:1
**foregoing** 46:5
**forehead** 29:22 30:7
    30:13,20
**four** 15:14 41:4,24
**fresh** 40:17
**Friday** 40:12 41:9
    41:22
**fucked** 30:3 35:16
**fucking** 4:14 5:10
    6:10 9:20 36:22
**fully** 40:22
**functionality** 23:10
**funny** 17:1 29:24
    30:23,24 31:10

**G**

**G's** 6:3
**gambler** 4:17
**game** 8:5
**gamechanger** 23:12
**Games** 3:10,16
**gaming** 23:8
**gear** 30:5
**general** 8:23 13:8
**getting** 6:21,25
    27:11,13 31:11
    41:25
**GIBF** 1:7
**gigantic** 21:24
**girl** 44:16
**girls** 28:21 29:1
**give** 16:23 30:10
    31:16,19,25 34:24
**given** 17:25
**gives** 36:19 38:10
    38:10 39:1
**go** 5:6 7:15 9:18
    22:4,8,9,11 23:3,3
    23:15 24:10 25:1
    27:24 33:22 36:2
    36:7,17,21,21 37:1,8,12,12 39:6
    39:21 41:8,14
    43:21 44:9
**God** 9:24 18:19
    19:1 31:9
**goes** 9:20 22:18,21
    22:25 32:18 35:15
**going** 4:25 7:23 9:9
    9:11,12,18 14:3
    15:23 16:13 20:2
    21:4 22:3,4,5 23:7
    23:19 24:7,13
    25:11 27:6 28:6

    28:13,15,19 35:2
    36:12,14 37:7,7
    38:12,16,19,19,21
    39:13,16 40:1,2,4
    40:5 41:18 42:3,7
    42:8 43:9,9 44:12
    44:13,13,14,15
    45:10
**good** 3:8 10:12 20:4
    21:11,12,16,21
    23:7 27:2 36:2,17
    40:15,16 41:14
    42:12 44:6
**Google** 8:14,14
    33:11
**GP** 1:7
**gray** 34:16
**great** 3:8 39:12
**Gs** 28:14,14
**guess** 26:19
**guessing** 14:6
**guy** 4:17,17 16:11
    16:11 28:5 31:2,9
**guys** 7:22,23 18:22
    24:13

**H**

**hadn't** 7:3
**half** 30:20,20
**hands** 31:20 38:1,3
    38:4,8
**happen** 9:2,7 13:9
    19:9 20:19
**happened** 9:24 19:2
    19:7 35:16
**happens** 9:23 18:20
    19:17
**hate** 12:14
**he's** 4:3,4,4,20,23
    5:4
**head** 30:5,9
**headgear** 30:8
**hear** 6:14 21:15
**heard** 26:14
**hell** 14:6 30:20
    34:13
**helped** 31:4
**here's** 41:7
**hey** 5:22 16:18
    18:21 25:18
**hide** 32:12,12
**high** 13:14
**hitting** 23:8
**hold** 33:10
**honest** 24:24 32:25

**Honestly** 22:6
**hope** 14:22,22,25
    15:3,3 22:25 27:2
**hoping** 9:19,19
**hot** 43:10
**house** 27:3,15,15,24
    28:15,20,22 29:8
    29:10,13,16,16,16
    29:20
**house's** 15:19
**houses** 29:9
**huge** 14:14 22:20
    22:23,24
**hundred** 11:23
    12:22 18:17
**Huntington** 28:4
**hurting** 16:24

**I**

**I'll** 13:25 14:9
    16:22 21:13 24:23
    24:24 25:14,14,18
    25:22 28:20 33:3
    33:22 35:9,9,10
    40:12,12,15,15,16
    42:15,15,18,19,20
    43:10 44:18 45:3
**I'm** 6:1,10 22:1,1
    38:16
**I've** 8:11,11 11:24
    11:24,25 13:8
    16:2 21:25,25,25
    34:19,20 43:22
**ICO** 26:2
**ICOs** 5:5
**idea** 11:13
**indiscernible** 11:19
    15:11,13 19:9
    22:21 35:7
**industry** 26:13
**innovative** 23:19
**inside** 43:16
**insurance** 10:25
    11:1
**insured** 10:17 11:3
    11:7,8,10,16,20
    11:24 12:2,5
**invested** 4:3,3,8,19
    18:8 21:24
**investing** 4:16
    14:19
**investment** 14:14
    17:9
**involved** 12:21
**isn't** 8:25 29:7

**it'll** 22:11 23:3
    40:21,21,22,24
    42:24 43:13 44:5
    44:6,6
**it's** 3:9,13,19 5:11
    5:22 6:1,3,3,9,10
    6:21,22 7:14,15
    8:12,13,23,24,25
    9:16,22 10:14,16
    10:25 11:5 12:12
    13:1,22 14:6,8,13
    14:14 15:2 16:5,5
    16:8,17 17:1
    18:23 19:4,16,22
    19:24 20:4,7,10
    21:10,11,15 22:1
    22:3,4,5,15 23:5
    23:18 24:1,10,12
    24:24 25:1,1,5,15
    26:20 28:18,20,24
    29:9,10,11,11,15
    29:16 33:1,2,2,2,7
    33:9,10,10,11,15
    33:25 34:3,9,11
    34:13,15,16,18,19
    34:19 35:4 36:14
    38:25 39:3,11,12
    39:16,16 40:3,5
    41:18,25,25,25
    45:8

**J**

**JAMARDOV** 1:4
**Jay** 4:1,2,3
**Jersey** 1:23
**joints** 32:3
**joke** 12:7
**Jonna** 1:4,4,7,10,11
    2:4,4 3:2,4,5,6,8,9
    3:21,22,24 4:7,8
    4:12,13 5:1,2,17
    5:18,24,25 6:2,3,6
    6:7,8,9,15,16,19
    6:20,21 7:1,2,5,6
    7:7,9,10,11,13,20
    7:21,22,25 8:2,3
    8:23 9:5,6,9,11,15
    9:16,17,21,22
    10:2,4,5,9,10,19
    10:20,22,24 11:3
    11:5,7,10,12,14
    11:17,19,21,22
    12:1,2,3,6,8,9,10
    12:11,18,20,22,23
    12:25 13:1,2,4,5,6

USDC, Eastern District of MI     Jonna, et al. v. Jonna & GIBF, GP, Inc., et al.     Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 49

| | | | | |
|---|---|---|---|---|
| 13:11,12,17,19,20 | 39:5,8,9,10,11,14 | 38:7,11,16,23 | **L** | **makeup'd** 31:7 |
| 13:22,24,25 14:1 | 39:16,20,21,25 | 39:2,4,8,10,14,20 | **lake** 29:1,3,3,4 | **making** 24:2 |
| 14:8,10,11,12,15 | 40:1,7,8,10,11,19 | 39:25 40:7,10,19 | **landing** 21:6 | **man** 3:11,18 12:15 |
| 14:16,17,18 15:1 | 40:21 41:1,2,6,7 | 41:1,6,12,15,20 | **largest** 12:5 | 14:12,13,25 15:24 |
| 15:2,8,9,11,12,13 | 41:12,13,15,17,20 | 42:2,6,10,13,17 | **lasts** 39:17 | 16:18 21:11 23:9 |
| 15:14,17,18,20,21 | 41:21 42:2,5,6,9 | 42:21,23 43:3,12 | **Latinum** 1:7 4:20 | 24:2,22 26:4 27:1 |
| 15:22,24,25 16:7 | 42:10,11,13,14,17 | 43:19,23,25 44:11 | 4:21 5:12 8:14 | 28:10,19 30:4 |
| 16:8,9,10,16,17 | 42:18,21,22,23,24 | 44:19,23 45:2,5,9 | 13:20 25:7 45:16 | 36:19 45:13 |
| 16:21,22 17:3,10 | 43:3,4,12,13,19 | 45:12,15,17,20,23 | **laughing** 28:3,4,4 | **mark** 32:17 |
| 17:11,12,13,15,16 | 43:20,23,24,25 | **keep** 8:6 16:4 38:21 | **lawsuit** 27:7,8,10 | **market** 23:8 |
| 17:21,23,24 18:1 | 44:2,11,12,19,22 | 41:22,23 42:3,19 | **learn** 40:2 | **Marsh** 10:18,20,21 |
| 18:3,5,7,10,12,13 | 44:23,24 45:2,4,5 | 42:20 45:13 | **leave** 15:5,5,5,16 | 10:22 |
| 18:16,25 19:1,3,4 | 45:6,9,11,12,13 | **kept** 7:2 | 43:10 | **matter** 22:14 |
| 19:5,6,8,11,13,15 | 45:15,16,17,18,20 | **Kev** 5:20 7:14 9:23 | **left** 30:5,5,7,12 | **McLennan** 10:20 |
| 19:17,19,20,21,23 | 45:22,23 | 17:4 20:12 21:16 | **legit** 20:20 | 10:21,23 |
| 19:24 20:1,2,6,7,9 | **juice** 16:23 | **Kevin** 1:7,11 2:4 | **Levenson** 1:15 | **mean** 3:7,24,25 |
| 20:10,15,16,23 | **jump** 36:22 | 5:22 26:5 | **lie** 40:5 | 5:15 6:1,7 7:7,21 |
| 21:1,2,3,4,7,8,12 | | **kid** 13:2,2,7 | **life** 30:2 | 8:18 10:11,13,13 |
| 21:13,14,17,18,19 | **K** | **kind** 5:4 13:9 28:22 | **lighten** 40:23,24 | 11:9 14:25 15:9 |
| 21:20,21 22:3,6,7 | **K** 3:4,6,9,22 4:7,12 | 35:4,14,15 40:2,5 | 41:3 | 15:16,21 16:1 |
| 22:8,10,11,13,14 | 5:1,17,24 6:2,6,8 | **Kings** 23:9 | **line** 24:11,12 | 17:4,9 18:21 19:7 |
| 22:16,18,20,21,23 | 6:15,19,21 7:2,6,9 | **knees** 32:4 | **list** 25:1 | 20:11,16,21 21:2 |
| 23:2,4,6,10,13,17 | 7:11,20,22 8:2,23 | **knew** 3:12 | **literally** 4:9 16:8 | 21:10,21 22:13,25 |
| 23:18,22,23,24 | 9:6,11,16,21 10:2 | **knocking** 12:16 | 38:2,20 | 23:1,24 24:23 |
| 24:1,5,6,8,9,14,15 | 10:5,10,20,24 | **know** 3:12 4:8,11 | **little** 27:5 33:19 | 25:2,4,13 26:4,17 |
| 24:17,18,19,20,23 | 11:5,10,14,19,22 | 4:17,21,22 5:15 | 36:14,16 39:23 | 26:18 27:1,2,12 |
| 25:11,13,17,20,22 | 12:2,6,9,11,20,23 | 5:20,21 6:7,13 7:6 | 41:3 42:1,9,25 | 34:23 37:17 38:6 |
| 25:23 26:8,9,10 | 13:1,4,6,12,19,22 | 7:21,25 8:1,5,6,8 | 43:16,16 | 42:5,22 43:4 44:2 |
| 26:11,16,18,22,23 | 13:25 14:8,11,15 | 8:9,11,17 9:2,7,20 | **load** 36:11 | 44:7 |
| 26:25 27:1,6,8,10 | 14:17 15:1,8,11 | 9:25 10:1,21 | **long** 23:2 24:1,9 | **measured** 14:21 |
| 27:12,17,18,20,21 | 15:13,17,20,22,25 | 11:12,13,23 13:1 | 37:7 39:15 43:1,5 | **Medford** 1:23 |
| 28:1,2,9,10,12,13 | 16:8,10,17,22 | 13:7,13,15 14:5 | **look** 3:24 5:21 | **Meyer** 4:2 |
| 28:17,18,23,24 | 17:10,12,15,21,24 | 14:13,16,18,18,20 | 14:12 24:23,25 | **MICHIGAN** 1:2 |
| 29:3,4,5,6,7,9,10 | 18:3,10,13,25 | 14:22 15:4,16 | 25:5,6 26:14 27:2 | **million** 4:5 9:24 |
| 29:11,13,15,18,19 | 19:3,5,8,13,17,20 | 17:7,9,17,23,23 | 32:12 43:15 44:19 | 20:13 24:13 26:19 |
| 29:23,24 30:1,2,8 | 19:23 20:1,6,9,15 | 18:5,19,20,20,22 | **looked** 31:8 | **millions** 14:23 |
| 30:9,11,12,14,15 | 20:23 21:2,4,8,13 | 18:22,22,24 19:7 | **looking** 9:18 14:1 | **mind** 20:5,7 |
| 30:16,17,18,19,22 | 21:17,19,21 22:6 | 19:8,15,15,15,19 | 17:8 24:2 34:16 | **misspell** 25:5 |
| 30:23,24,25 31:3 | 22:8,11,14,18,21 | 19:21,25 20:2,3,5 | 39:12 | **misspelled** 5:13 |
| 31:5,6,7,10,13,18 | 23:2,6,13,18,23 | 20:10,11,16,19,22 | **looks** 13:14 15:2 | **misspellings** 5:14 |
| 31:19,21,22 32:6 | 24:1,6,9,15,18,20 | 21:2,24 23:23 | **lot** 4:4,15,16,22,25 | 5:19 25:6,9,15 |
| 32:7,10,11,14,15 | 25:11,17,22 26:8 | 24:15 25:4,13 | 5:10,12 6:3 8:8,12 | **mitt** 33:16 35:20,21 |
| 32:19,20,24,25 | 26:10,16,22,25 | 26:5,12,19,21 | 8:24 12:14 13:9 | 38:19,20 |
| 33:4,6,8,9,13,14 | 27:6,10,17,20 | 27:5 28:9,16,21 | 14:2 15:22 20:12 | **Mm-hm** 4:7,12 |
| 33:20,21,23,25 | 28:1,9,12,17,23 | 30:9,25 31:10 | 23:6,7,14,19,19 | 16:21 27:20 32:6 |
| 34:2,3,4,6,9,10,12 | 29:3,5,7,10,13,18 | 32:17 34:25 35:5 | 23:20,24 31:15 | 35:3 43:12 |
| 34:13,15,17,21,23 | 29:23 30:1,8,11 | 35:9,14,16 36:15 | 34:25 36:12 43:5 | **Monday** 40:3,13 |
| 35:3,4,7,8,12,13 | 30:14,16,18,22,24 | 37:17 38:1 39:21 | **lotion** 38:2,3,4,9 | 41:15,17,17 |
| 35:18,19,23,24 | 31:3,6,10,18,21 | 40:23 43:4,8 | **loves** 12:20 | **money** 4:4,9,13,15 |
| 36:3,4,8,9,18,19 | 32:6,10,14,19,24 | 44:15 45:1,2 | **low** 30:7,12 | 4:16 5:6 6:4 10:6 |
| 36:23,24,25 37:2 | 33:4,8,13,20,23 | **knows** 4:18 19:2 | | 15:5,6,15,19 |
| 37:5,6,9,11,16,17 | 34:2,4,9,12,15,21 | 24:15 26:13,13,14 | **M** | 16:23 20:12,24 |
| 37:22,23 38:5,6,7 | 35:3,7,12,18,23 | **knuckles** 32:1,2 | **mad** 6:17,17,19,22 | 21:5,24 28:8 |
| 38:8,11,13,16,18 | 36:3,8,18,23,25 | **Kristin** 46:4,11 | **main** 23:13 | **moon** 9:20 |
| 38:23,24 39:2,3,4 | 37:5,9,16,22 38:5 | | **makeup** 31:6 | **morning** 36:2 |

USDC, Eastern District of MI    Jonna, et al. v. Jonna & GIBF, GP, Inc., et al.    Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 50

**multi-millionaire** 6:5

**N**

**N** 2:2
**nails** 32:2,3
**name** 4:1 24:11 46:13
**name's** 24:11
**NASDAQ** 3:7 12:6
**NASDAQ.com** 12:4
**naturally** 18:9
**neck** 35:10 37:25 44:17 45:3
**necks** 44:20
**need** 35:1 37:19 44:15,25,25 45:7 45:8
**never** 18:19 24:9
**new** 1:23 27:3,4
**nice** 9:22 14:10 19:22 29:5 39:4 39:10,14 40:17 43:23 44:4
**night** 39:22 42:16 43:5
**notice** 41:24 43:14 43:16

**O**

**obviously** 8:6 14:20 31:14
**offer** 44:19
**official** 18:6,6,7
**oh** 3:4 13:13 14:10 20:17 29:10,18 30:14,16,18 31:9 33:11,23 37:11 39:22 40:10 42:11 44:19,22,24
**okay** 10:9,9 13:24 14:12 19:6,24 20:19 21:7 22:1 27:17 31:21 33:13 42:13 45:12
**once** 9:13 41:23
**ones** 25:4
**online** 35:21
**orange** 31:23,23
**overall** 32:7
**owners** 25:25

**P**

**P** 1:16
**PAGE** 2:3

**palms** 32:2,3
**paper** 13:17,19,20 13:21 14:5,6
**paperwork** 11:24
**part** 15:4 23:15 24:20
**pay** 11:6
**peace** 20:4,7 45:22
**people** 12:14 13:12 15:23 16:2 17:6 17:13,16,17 24:13 24:21 25:10 26:21 26:23,24
**percent** 9:14,14 11:14,23 12:19,22 18:18
**person** 20:20
**phonetic** 3:3 4:1,2 10:1,4 29:1 31:4
**pick** 37:8,12,12 39:6 41:8
**pimple** 32:16
**pissed** 27:22
**pitch** 12:23
**place** 18:6 37:1
**Plaintiffs** 1:5
**plan** 8:6
**play** 23:7
**playing** 15:18
**please** 21:15 45:14
**plummet** 9:8
**point** 16:17 28:6
**pointing** 6:10
**pointless** 35:4
**popped** 3:11
**porch** 28:25 29:2
**portal** 7:16,17
**possibility** 26:20,20
**posted** 45:14
**potential** 26:6
**potentially** 15:4
**preferred** 7:23 8:4
**prepared** 46:6
**presale** 4:20 17:5
**pretty** 4:18 11:21 33:8
**price** 9:7
**pricing** 7:24 8:5
**probably** 4:5 20:12 25:2,4 26:14 28:14 33:9 36:13
**problem** 28:7
**problems** 19:18 21:22,23
**PROCEEDING** 2:3

**proceedings** 46:5,7
**process** 16:15
**promising** 20:18
**protect** 9:1,1
**pull** 15:15 26:1,1
**pulls** 5:5
**purple** 34:16
**put** 20:11,11,13 24:11 31:6,15,20 31:24 33:6 35:5,9 35:9,10,22,25 36:1,16 37:13,18 37:23,25 38:1,3 38:15,20,25 40:17 42:7,15 44:18
**putting** 37:13

**Q**

**R**

**R** 3:2,5,8,21,24 4:8 4:13 5:2,18,25 6:3 6:7,9,16,20 7:1,5 7:7,10,13,21,25 8:3 9:5,9,15,17,22 10:4,9,19,22 11:3 11:7,12,17,21 12:1,3,8,10,18,22 12:25 13:2,5,11 13:17,20,24 14:1 14:10,12,16,18 15:2,9,12,14,18 15:21,24 16:7,9 16:16,21 17:3,11 17:13,16,23 18:1 18:5,12,16 19:1,4 19:6,11,15,19,21 19:24 20:2,7,10 20:16 21:1,3,7,12 21:14,18,20 22:3 22:7,10,13,16,20 22:23 23:4,10,17 23:22,24 24:5,8 24:14,17,19,23 25:13,20,23 26:9 26:11,18,23 27:1 27:8,12,18,21 28:2,10,13,18,24 29:4,6,9,11,15,19 29:24 30:2,9,12 30:15,17,19,23,25 31:5,7,13,19,22 32:7,11,15,20,25 33:6,9,14,21,25 34:3,6,10,13,17

34:23 35:4,8,13
35:19,24 36:4,9
36:19,24 37:2,6
37:11,17,23 38:6
38:8,13,18,24
39:3,5,9,11,16,21
40:1,8,11,21 41:2
41:7,13,17,21
42:5,9,11,14,18
42:22,24 43:4,13
43:20,24 44:2,12
44:22,24 45:4,6
45:11,13,16,18,22
**raise** 5:6
**random** 8:16
**Ray** 1:10 2:4 6:12 12:11 14:15 17:21 19:8 20:17,17,20 20:21,23 21:10 26:22 30:3 39:14 42:3 45:20
**Raymond** 1:4 9:25 9:25 18:7
**read** 23:17
**real** 6:13 24:24 25:3
**realistically** 37:19
**realize** 20:3
**really** 28:10 42:19 44:5,8
**reapply** 39:19,23 41:21
**reapplying** 41:23
**reasons** 23:14
**recommend** 43:25
**record** 3:3
**recorded** 46:8
**Recording** 3:1 45:24
**red** 8:21,24 32:17
**registered** 3:6
**regular** 33:18
**release** 9:10,12,13
**relevant** 10:15
**remember** 12:11 29:17,19,20,20 30:17
**removed** 21:9 24:21
**repeat** 16:15
**repeating** 16:4,14
**Reporters** 1:21
**Requested** 1:15
**rest** 15:16
**retarded** 28:5
**reviewing** 25:10
**rich** 4:18

**ridiculous** 28:25
**right** 7:1,13,13,25 7:25 9:3,5 15:19 16:16 17:8 18:12 18:12 21:1,1,20 22:24 23:22 24:8 24:10,14,17,19 25:20 26:17,20 27:8 31:15 34:7 45:5,13,18,20,22
**rise** 22:5
**rises** 14:23
**risks** 14:19,20,21
**Road** 1:22
**rub** 38:9,21
**rubbing** 38:21
**Rubley** 1:16
**rug** 5:5 26:1

**S**

**s/Kristin** 46:10
**salon** 29:21 31:16
**sand** 28:21
**Saturday** 5:8 37:5,6 41:11,12,13,22 44:9
**saved** 30:2
**saw** 5:9 11:17,17
**saying** 3:2,13 13:4,8 16:12,13 18:23 27:13
**says** 18:7 20:20 37:9
**scam** 3:13,14 7:12 8:7,11,12 10:15 11:5 24:7,12,20 26:6,16
**scams** 5:5 6:24 24:9 24:25 25:3 26:2 26:14
**scared** 38:11
**scary** 5:10
**scenario** 18:24
**screwed** 31:9
**scrub** 40:15,16
**SEC** 5:5 14:3 24:25
**second** 10:25 17:7 21:6 33:10
**secure** 19:24
**see** 7:16 8:21 12:3,3 14:8 19:22 24:21 25:22 33:23 35:2 35:10 37:14,14 39:17,17 40:24 41:18 44:13

(856) 983-8484          Tate & Tate, Inc.          (800) 636-8283
520 Stokes Road, Suite C-1, Medford, NJ 08055

Case 2:22-cv-10208-LJM-JJCG  ECF No. 61-2, PageID.1523  Filed 11/04/22  Page 19 of 20

USDC, Eastern District of MI    Jonna, et al. v. Jonna & GIBF, GP, Inc., et al.    Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 51

**seeing** 24:4
**seen** 8:12 10:24
  11:24,24,25 13:9
**sell** 8:21 9:4,6,19
  15:4 27:15,21,22
  27:23,24
**send** 14:9 20:24
  21:5,8 25:18,20
**sending** 5:5,8 6:11
**sent** 8:22,22 10:6
  20:20 21:5,9,9
  34:20
**sheet** 10:3,8
**shirt** 36:11,16 37:21
**shit** 3:10 4:18,25
  5:3,11,15 8:10,12
  8:19 14:3 23:25
  30:14 36:11 37:20
  38:24 40:10 44:18
**shoes** 20:11,13
**shoots** 9:20 15:3
**shop** 34:5,6,7
**shot** 13:15 15:12,14
**show** 25:14,17
  32:16
**showed** 33:4
**shower** 36:13,13
  40:19,23 42:12,15
  42:20 43:2
**showers** 39:23
  40:16
**shows** 32:17
**sic** 31:7
**sick** 26:22,24
**similar** 25:2,3
**similarity** 3:19
**Simon** 1:4 10:1 27:7
  33:4,6
**Simon's** 29:8
**simple** 24:24
**single** 29:1
**sit** 42:8
**six** 35:25
**skin** 32:11,13 40:17
  40:25
**slander** 27:19
**slandered** 27:14
**slightly** 43:14
**smarter** 8:8
**solution** 7:4
**somebody** 16:25
  20:24,24 21:5
**soon** 45:19
**space** 3:20 4:6 8:9
  12:14

**speeds** 23:14
**spend** 28:14
**spot** 21:6
**spots** 38:17
**spray** 30:6,10 32:8
  32:23 33:1,16,22
  34:22,23,24 35:14
  37:24 38:1,3 40:6
  44:1,4,5,9,15
**squid** 3:10,16 5:9
**stages** 17:5
**stain** 36:3,4 42:7,8
**staining** 42:3,5
**stand** 36:20
**start** 12:16 37:13
  39:6 40:4 41:18
  41:23,24
**started** 5:4
**starting** 41:9
**starts** 40:4,8,9 41:2
**STATES** 1:2
**stay** 22:4 31:23
  42:19
**stays** 14:22
**Stokes** 1:22
**straight** 24:24
**strategy** 15:22
**street** 29:12
**stress** 28:8
**stressful** 28:18
**stressing** 16:19
**structurally** 9:12
**structure** 14:7
**stuff** 5:8,21 6:24
  13:13 16:10,14,14
  23:9 33:1,9 35:5
  37:24 39:5 43:17
  43:22 44:3,10
**stupid** 16:3
**sucks** 28:10,11
**sued** 27:11,13
**suing** 27:11,12
**Suite** 1:22
**summertime** 28:24
**sun** 31:15
**Sunday** 41:12,13
**supply** 13:14
**supposed** 36:15
**sure** 4:21 8:10
  10:24 14:4,4 17:5
  24:3 31:14,14
  33:8 45:17
**surety** 17:17
**Swanon** 4:14
**swear** 13:7

**sweat** 36:12 43:1,9
**sweating** 43:5,6,8

————— T —————

**T-shirt** 35:8
**take** 14:20 15:23
  36:13,13 37:7
  40:15,23 42:11,14
  43:14,15
**talk** 7:12 28:21
  45:18,21
**talked** 12:4
**talking** 3:15 4:1
  6:25 13:7
**tan** 30:10,21 32:18
  32:23 33:2,16,19
  33:22 34:22,23,24
  35:1,14,21 37:4
  38:19,20 39:9,10
  40:6,13 41:10
  42:19 43:17 44:1
  44:4,5,5,9,15,17
  44:23,25
**tanning** 29:21 30:6
  31:16 35:20 36:22
  37:24
**tans** 32:8
**Tate** 1:20,20 46:12
  46:12
**TELEPHONIC**
  1:10
**tell** 16:25 21:15,15
  24:24
**telling** 6:24 10:16
  13:12 16:18 21:11
  24:3
**ten** 17:9
**term** 23:2
**test** 37:18
**text** 33:3
**Thanks** 45:20
**that's** 3:8,8,12,16
  5:3,11 6:14 7:7,9
  8:1,3,3,4,21 9:17
  9:17 10:14 11:21
  12:10 13:8 14:2
  14:25 15:9,22
  17:22 18:10,10
  20:8 21:14,14,18
  22:16,17 23:19
  24:7 25:4 26:1,18
  26:19 28:2 29:6
  34:10 37:23 41:4
  43:10,21,21 44:24
  45:6,6,9

**Theorems** 4:14
**there's** 3:22 4:22,24
  5:11,13 8:15 14:3
  14:19 17:20 18:5
  18:6,6 21:22,22
  22:16,17,23,23
  23:18 24:12 25:7
  25:14,14 26:3,9
  26:12,23 28:25
  34:17,17 38:24
**they'll** 11:5,6 12:23
  31:16,19,23,25
**they're** 8:15,16,19
  9:12 10:17 12:15
  12:21 13:13 16:3
  16:25 17:8 20:4
  20:17 23:8 25:24
  27:13,16,18,22
  28:2,4
**they've** 11:15
**thing** 3:11,17 5:9,9
  7:7 8:7,22 12:12
  13:8 17:22 22:17
  27:2 31:11 37:2
  38:11 39:14,18
  40:6 42:2
**things** 3:18 6:22
  16:3 23:7 24:22
  25:2
**think** 8:12 10:22
  12:4 13:22,22
  22:3,4,5,7,8,11
  23:3,3,4,4,6 28:5
  29:24 31:4 33:2
  34:19,21 36:12
**thinking** 26:5 31:11
**thought** 26:7,11
**thoughts** 17:8
**three** 32:22 39:18
**Thursday** 40:12
  41:9,22
**time** 8:25 11:15
  24:1 28:7,18
  40:23
**timed** 17:9
**times** 9:25 34:25
**tint** 38:10
**title** 27:14,19
**today** 25:12 31:12
  37:1,14 39:7 41:8
**toenails** 31:22
**toes** 32:2
**token** 9:1 11:16,19
  13:9,10 23:16
**tokens** 4:22 6:25

7:16 8:21 9:3,7
  11:2,10
**told** 4:19 10:2 19:5
**tomorrow** 31:12
  37:14 41:9
**tonight** 37:18
**top** 10:17 16:23
**track** 3:3
**transaction** 23:14
**transcriber** 46:4
**transcript** 46:5,7
**tried** 27:9
**true** 12:8,8,10 46:6
**trust** 18:14,16,17,17
  20:21,22
**truth** 23:5
**try** 37:17 39:6,7
  44:10
**trying** 16:1 28:2
  33:11
**Tuesday** 40:3,14
  41:18
**turn** 31:23
**two** 3:17 20:13
  22:15 23:13 24:7
  32:22,23 39:18
**typically** 36:9

————— U —————

**Uh-huh** 6:15 24:5
  38:5
**Ulta** 37:10,12
**understand** 5:18
  8:11 16:11 19:11
  19:11 25:8
**understanding**
  12:12
**UNITED** 1:2
**use** 24:11 27:3,4
  35:5 40:2,12,19
  41:8 44:10
**usually** 24:10 36:5

————— V —————

**value** 14:22,23
**vetted** 8:10
**vs** 1:6

————— W —————

**wait** 30:1 35:24,24
**wake** 36:1 42:18
**wallet** 7:18
**want** 5:16 6:14
  14:13,20,21 16:24
  17:6,14,16,17

Case 2:22-cv-10208-LJM-JJCG   ECF No. 61-2, PageID.1524   Filed 11/04/22   Page 20 of 20

USDC, Eastern District of MI   Jonna, et al. v. Jonna & GIBF, GP, Inc., et al.   Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 52

19:9 21:18 25:17
  31:10 33:18 36:21
  36:21,21 37:3,3
  39:19 42:19 44:16
  44:16,17
**wants** 17:2
**wash** 36:6,14,15
**washer** 43:17
**wasn't** 4:15 6:23
  20:25
**way** 3:13 25:7 26:12
  43:6
**we'll** 19:17
**we're** 32:13
**wear** 36:5,5,6,9,10
  36:10 38:19 41:15
  41:18
**wearing** 35:6,8
  42:25 43:7
**website** 5:13 7:15
  12:7 13:23 18:7
  25:6
**websites** 8:15,17
**wedding** 31:12
**week** 31:12
**weekend** 32:22
  40:13,16
**weekends** 32:9
  33:18
**weeks** 31:24
**weird** 8:16 13:14
**went** 5:12 22:24,25
  29:14,16,21
**weren't** 6:24
**what's** 11:3,8,8
  27:6 44:4
**when's** 37:2
**where's** 13:17
**white** 13:17,19,20
  13:21 14:4,5,6
  30:20,20 32:13,13
  34:18 36:5,20
  40:17
**William** 1:16
**win** 28:6
**wipe** 33:17 43:7
**wire** 20:20
**withholding** 18:3
**won't** 22:9 42:20
**work** 40:14 44:7
**works** 11:13 34:12
  37:15 39:17
**world** 8:13 11:1
**world's** 12:5
**worry** 6:13 10:11

18:8,10,18,18,21
**worst** 18:23
**would've** 17:24
**wouldn't** 3:18
  20:23
**wow** 44:19
**written** 10:7
**www.tate-tate.com**
  1:25

___ **X** ___
**x** 2:2 13:16

___ **Y** ___
**years** 24:7 43:22
**yesterday** 5:7,9
  7:12
**you'll** 39:9,17,17
  40:24 41:11,13,18
  41:24 43:14,16
  44:6
**you're** 6:16 8:8,9
  10:12 12:12,13,18
  15:18 18:5 24:3
  26:22 27:11,11,23
  27:24 30:3,4 32:1
  36:2,12,15,17
  37:7,21 38:18,19
  38:19,20 39:13,22
  40:1,2,3 42:12
  43:1,5,6,7,13 44:3
  44:3,12,13,13,14
**you've** 10:24 24:2

___ **Z** ___
**zero** 5:6

___ **0** ___
**08055** 1:23

___ **1** ___
**100** 11:14 12:18
  13:15 28:14
**11/4/2022** 46:12
**150** 22:22

___ **2** ___
**20** 5:13 9:13,14 24:7
**200** 6:3
**200,000** 20:14
**200s** 15:3
**2018** 4:11
**2019** 24:4
**22-cv-10208** 1:3

___ **3** ___
**3** 2:4

___ **4** ___

___ **5** ___
**50** 8:15 28:14
**500** 15:15
**520** 1:22

___ **6** ___

___ **7** ___

___ **8** ___
**856** 1:24

___ **9** ___
**983-8484** 1:24