## INDEX OF EXHIBITS

**EXHIBIT A:**  Telephone Conversation

**EXHIBIT B:**  Telephone Conversation

**EXHIBIT C:**  Email String

**EXHIBIT D:**  SAFT

Open.28982.20687.29976911-1