# Exhibit
# B

USDC, Eastern District of MI        Jonna, et al. v. Jonna & GIBF GP, Inc., et al.        Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
CASE NO. 22-cv-10208


RAYMOND JONNA, SIMON JONNA
& FARID JAMARDOV,
        Plaintiffs,

        vs.

KEVIN JONNA AND GIBF GP, INC.
d/b/a BITCOIN LATINUM,
        Defendants



IN RE:  TELEPHONIC CONVERSATION BETWEEN RAY JONNA
        AND KEVIN JONNA




Requested By:  Cooper Levenson
               William P. Rubley, Esquire




Tate & Tate, Inc.
Certified Court Reporters
520 Stokes Road, Suite C-1
Medford, New Jersey 08055
(856) 983-8484
www.tate-tate.com

USDC, Eastern District of MI        Jonna, et al. v. Jonna & GIBF GP, Inc., et al.        Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

## Page 2

I N D E X

PROCEEDING                                                    PAGE

Conversation Between Ray Jonna and Kevin Jonna    3

## Page 3

(Audio Recording Commenced.)

**MR. K. JONNA:** A bunch of different things.

**MR. R. JONNA:** Crypto things?

**MR. K. JONNA:** Just a lot of different things. Crypto, cannabis. Just a lot of things.

**MR. R. JONNA:** Nice, man. You opening --

**MR. K. JONNA:** Trying to figure out --

**MR. R. JONNA:** You opening up some cannabis spots?

**MR. K. JONNA:** Yes. Vegas.

**MR. R. JONNA:** Nice, man.

**MR. K. JONNA:** Mm-hm.

**MR. R. JONNA:** Nice.

**MR. K. JONNA:** What's going on?

**MR. R. JONNA:** Chillin, man. Just wanted to catch up. I saw the little -- the cute little conversation you and Simon had. You guys were both pulling your dicks out and seeing who had the longer dick, you know?

**MR. K. JONNA:** That's just -- he's -- that's how he's always been. That's how he'll always be and I just -- you know, I accept him for who he is and it is what it is --

**MR. R. JONNA:** Yes.

**MR. K. JONNA:** -- you know? I don't really

## Page 4

care.

**MR. R. JONNA:** I mean, you're right, you know? I thought it was -- I was laughing when Simon was showing me it, but --

**MR. K. JONNA:** Everybody was -- I mean, Simon -- Simon is a special personality and everybody can agree with --

**MR. R. JONNA:** Well, Kev, I mean --

**MR. K. JONNA:** -- you know? I am not saying it in a negative or condescending way. I am just -- that's just who he is.

**MR. R. JONNA:** You're 100 percent right.

**MR. K. JONNA:** You know, it's always a competition. It's always a battle. He's been like this his whole life and it is what it is.

**MR. R. JONNA:** No, you're right. I don't think he was --

**MR. K. JONNA:** He's telling me --

**MR. R. JONNA:** I don't think he's serious about --

**MR. K. JONNA:** He knows about -- those guys, like, I -- I -- they're so far up my alley, it's not even funny. That's why -- you're, like, Marshmallow? I know him as Chris (phonetic), his real name. It's just -- but anyways --

## Page 5

**MR. R. JONNA:** Yes, but Kev, who cares about --

**MR. K. JONNA:** -- I don't give a shit.

**MR. R. JONNA:** -- like, why -- who cares about, like --

**MR. K. JONNA:** I don't. I don't.

**MR. R. JONNA:** Who cares about that shit?

**MR. K. JONNA:** It's always -- it's always him that's -- it's him. He's always attacking me on that. This and that and this, "Oh, no. Ray's guy was right there, this," and I am, like, you know, he's the one that eggs me on and gets me going every time.

**MR. R. JONNA:** Oh, man.

**MR. K. JONNA:** It's never me that --

**MR. R. JONNA:** That's all --

**MR. K. JONNA:** -- that says something --

**MR. R. JONNA:** That's all dumb shit. Who cares?

**MR. K. JONNA:** Huh?

**MR. R. JONNA:** Who cares about that, bro? Kev --

**MR. K. JONNA:** I don't, I don't, but I just (indiscernible). He wants to, like -- he wants to go at it about (indiscernible), you know what, fuck him. He can't beat me on that. So, I'm -- I'm going to

2 (Pages 2 to 5)

USDC, Eastern District of MI      Jonna, et al. v. Jonna & GIBF GP, Inc., et al.      Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

---

Page 6

1  battle him.
2      MR. R. JONNA:  On what?
3      MR. K. JONNA:  On the –- the whole Marsh –-
4  the last one, the Marshmallow –-
5      MR. R. JONNA:  Yes.
6      MR. K. JONNA:  -- (indiscernible) was right
7  there –-
8      MR. R. JONNA:  Yes.
9      MR. K. JONNA:  -- da, da, da, da, da.
10      MR. R. JONNA:  I mean, Kev –-
11      MR. K. JONNA:  You know, all of that.
12      MR. R. JONNA:  I wouldn't say this in front
13  of Simon though, but, bro, Simon's, like a –- he
14  shouldn't be talking like this to you because it's
15  very childish first of all.  He shouldn't.
16      MR. K. JONNA:  Yes.
17      MR. R. JONNA:  I think it's childish on
18  Simon's part.  Like, what are you doing?  You don't
19  have to compete with Kev.  First of all, Kev's
20  fucking, 15 years younger than you.  Okay?  So, it's a
21  different –- it's a different thing and your friends
22  are, like –- you're friends with Marshmallow and other
23  celebrities.  Simon hangs out with different crowds,
24  bro.  He's –- he's with –-
25      MR. K. JONNA:  Yes.

---

Page 7

1      MR. R. JONNA:  You know, when he says, like,
2  "I'm with bosses," he is.  He's with bosses –-
3      MR. K. JONNA:  Yes.
4      MR. R. JONNA:  -- you know, a billionaire
5  every month, but who cares?  He shouldn't –- if
6  you're a real boss, you shouldn't be talking like
7  that, you know?  Who gives a fuck about the fame and –
8  -
9      MR. K. JONNA:  No, never.
10      MR. R. JONNA:  -- shit?  Like, bro, I was in
11  Akon's booth two years ago before COVID with Akon.  My
12  boy Aneese (phonetic) -- my boy, Aneese is best
13  friends with Justin Bieber –-
14      MR. K. JONNA:  Mm-hm.
15      MR. R. JONNA:  -- and my boys –- one of my
16  boys, you probably know him, but he's with all your
17  same crowds.  Like, he was with Aoki at the Raiders
18  game, he was with Marshmallow.  He's with the
19  Chainsmokers.  He invited me with the Chainsmokers.  I
20  was with them.  I was front row at their concert.  We
21  went to their after-party at the Wynn.  Josh
22  (phonetic) –- you remember Josh from San Diego?  He
23  was best friends with Mac Miller.
24      MR. K. JONNA:  Yes.
25      MR. R. JONNA:  I am going –- I am going to

---

Page 8

1  Palm Beach in February.  You know who I am hanging
2  with?
3      MR. K. JONNA:  Who is that?
4      MR. R. JONNA:  Dustin Johnson, the number
5  golfer in the world and his wife, Paulina Gretzky, who
6  is friends with Shadd (phonetic), who is Wayne
7  Gretzky's daughter.  Who gives a fuck?  Big deal.
8      MR. K. JONNA:  Yes.
9      MR. R. JONNA:  You know?  That whole –- that
10  whole was just –- that whole thing –-
11      MR. K. JONNA:  I agree, but if you look and
12  see, it's Simon that –-
13      MR. R. JONNA:  You got a little –- Kev, you
14  got a little –- you got a little heated too and you
15  got a little, like, pull your dick out, pound your
16  chest.  I am friends with Marshmallow –-
17      MR. K. JONNA:  I'm not saying I didn't do
18  that.  I am saying Simon initiated all of that.
19      MR. R. JONNA:  Yes, but he was also –-
20      MR. K. JONNA:  That would not have taken
21  place without Simon starting.
22      MR. R. JONNA:  I agree and I think –-
23      MR. K. JONNA:  That's all –- that's all I am
24  saying.
25      MR. R. JONNA:  I think he was, kind of,

---

Page 9

1  clowning and you were, kind of, clowning and then it
2  turned into, like, something real when it shouldn't
3  have –-
4      MR. K. JONNA:  Yes.
5      MR. R. JONNA:  -- but anyways.  Also, Kev,
6  you were, like, "Yes.  You guys are begging me."
7  Like, don't talk like that, bro, you know what I
8  mean?  Nobody that does business with other people
9  says shit like that.  That's not nice.
10      MR. K. JONNA:  No.  What I meant by that was
11  he –- there was a time where for about two weeks, he
12  was calling me about this.  Then, he calls my brother
13  and then my brother told me to call him about this.
14  Yes.  That did take place.  Yes, that wasn't begging,
15  but he was pursuing it very heavily –-
16      MR. R. JONNA:  Yes.
17      MR. K. JONNA:  -- for a long period of time.
18      MR. R. JONNA:  I mean, look, Kev –-
19      MR. R. JONNA:  I wasn't pushing it.
20      MR. R. JONNA:  We're –- we're –-
21      MR. R. JONNA:  He's the one that, you know,
22  was –- you know, full gas –-
23      MR. R. JONNA:  So, just so you know –-
24      MR. R. JONNA:  -- after it for two weeks.
25      MR. R. JONNA:  Kev, we were sponsoring --

---

3 (Pages 6 to 9)

USDC, Eastern District of MI     Jonna, et al. v. Jonna & GIBF GP, Inc., et al.     Case No. 22-cv-10208

Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 10

1   we're sponsoring — we're sponsoring a
2   30-million-dollar deal in Ferndale.  We're buying a
3   60-million-dollar deal.  It's called 325 Old Woodward.
4   We're the sponsors.  Like, we're taking people's money
5   for it.  we're working on a 817 million dollar
6   apartment portfolio right now and we're going to bring
7   in investors.  Hopefully it works out.  We're the
8   sponsors.  So, we're going to be getting, like, 30,
9   40 percent returns and then there's going to be a ten
10  percent equity component for whoever wants to invest.
11  So, you know, we can include you with us as a sponsor.
12       If you said, "Ray, Simon, I want to be in on
13  that," we'd bring you in as a general partner.  So,
14  like — but we'd never say, like, "Oh, look, Kev,
15  you're begging us."  Even if you were, like, "Ray,
16  Simon, you have to, fucking, get me in on that deal,"
17  of course, you know what I mean?  That's what —
18  that's what people do for each other.  It's not, like
19  — it's not begging.  I mean, we can return the favor
20  to you 100 times.  This whole thing — this — this
21  crypto thing is amazing.  I hope we can ten x our
22  money.  That's amazing, but, like —
23       MR. K. JONNA:  Mm-hm.
24       MR. R. JONNA:  -- we'll have opportunities
25  too, believe me, you know?

Page 11

1        MR. K. JONNA:  Mm-hm.
2        MR. R. JONNA:  So, it's not begging.  Of
3   course.  Like, I was begging you, fuck yes, but you
4   don't -- you don't -- you shouldn't look at it like
5   that, you know what I mean?  Because, like, of course
6   -- if you -- if I tell you, Kev, this is going to ten
7   x, you'd be, like, "Ray, get me in, you better get me
8   in."  I'd be, like, sure.  Let's, fucking, go.  No
9   guarantees, but let's go, you know what I am saying
10  --
11       MR. K. JONNA:  Yes.
12       MR. R. JONNA:  -- but anyways, man.  I mean,
13  who cares about all of that bullshit.  Like, your
14  boys, my boys, who I know, who you know.  I mean, Kev
15  — I mean, first of all, are your boys truly your
16  boys?  I wonder that sometimes.  Like, if you were
17  getting jumped, would your boys jump in and get your
18  back?
19       MR. K. JONNA:  It depends on who we're
20  talking about.
21       MR. R. JONNA:  Right.  Are they going to
22  jump in and start scraping for you?  Like, "You ain't,
23  fucking, touching Kevin," and jump in and start
24  scrapping?  Like, if you went broke, would your boys
25  take you in?  Like, if you -- imagine if you came to

Page 12

1   me and Simon and you said, "Guys, you know, crypto
2   fell apart.  I lost all of my money.  Can I come work
3   with you guys and start over," what do you think we're
4   going to say to you?  You're Jamal's (phonetic) son.
5   What do you think we're going to say?
6        MR. K. JONNA:  Yes.
7        MR. R. JONNA:  So, like, you guys have to
8   know --
9        MR. K. JONNA:  (indiscernible).
10       MR. R. JONNA:  You have to know who your
11  people are, Kev.  We're your people over your boys.
12  So, fuck your boys, you know what I mean?
13       MR. K. JONNA:  Yes.  Mm-hm.
14       MR. R. JONNA:  You know?  And all the -- all
15  the fame, shit, like, bro, you know, I am going to be
16  honest with you, Kev.  Simon is, like, a national
17  celebrity.  He's just in different circles, you know?
18  He's not in the same circles you guys -- you guys are
19  in.  Like, he -- you know, if you go to ICSC, the
20  biggest conference in the world and you said, you know
21  -- everybody there is the most prominent millionaires
22  and billionaires in the world, everybody there will
23  know Simon Jonna.  Like, if you say who is Simon
24  Jonna, everybody will know them.
25       MR. K. JONNA:  Yes.

Page 13

1        MR. R. JONNA:  Who there is going to know
2   Marshmallow, you know what I mean?
3        MR. K. JONNA:  Mm-hm.
4        MR. R. JONNA:  Like, so, I -- I get what
5   Simon is saying.  Like, Kev, I am with, fucking -- I'm
6   with -- he said I am with the owner of Walt Disney
7   World, he is and Virgin Hotels and Ritz Carlton and
8   all the skyscrapers in New York City.  I have Wilbur
9   Breslin's number in -- cell phone number in my phone.
10  He's, like, Mark Cuban.  Like, these are the -- but
11  it's not because we're special.  We've just been
12  doing this for 20 years.  We call the biggest property
13  owners in the country every day and we meet them, you
14  --
15       MR. K. JONNA:  Mm-hm.
16       MR. R. JONNA:  -- know?  We ain't special.
17  You know what happened once?  I'll give you a quick
18  little story.  We -- we were at the Apparatus Room
19  with one of our clients.  We're with -- we're with --
20  we walk in -- we walk in with him.  We see Daymond
21  John from Shark Tank and we start walking up to him
22  and we're, like, "Oh, shit.  That's Daymond John,
23  let's go up to him."  His bouncer stops us, puts his
24  hand on my chest.  He goes, "Hey, man.  You can't walk
25  over there."  I am, like, "Move, man."  I am, like,

4 (Pages 10 to 13)

USDC, Eastern District of MI     Jonna, et al. v. Jonna & GIBF GP, Inc., et al.     Case No. 22-cv-10208

Telephonic Conversation between Ray Jonna & Kevin Jonna

---

Page 14

1 "Back up. We're with a special guest." He's, like,
2 "Do you know who that is, motherfucker," and I am,
3 like, "Do you know who we're with, motherfucker?" I
4 said, let me show you. Kev?
5     **MR. K. JONNA:** Yes.
6     **MR. R. JONNA:** Yo. So, I was, like, "Let me
7 show you." I pulled up -- I pulled him up. His name
8 is Chuckie Whittall. He's worth 940 million and
9 Daymond John -- Daymond John waves us over because
10 Daymond John is worth, like, 300 million. He's a
11 baller too, but anyways, it means -- it means nothing,
12 bro.
13     **MR. K. JONNA:** Yes, no. I don't really -- I
14 never -- yes. I went, you know, I -- I entertained it
15 with Simon, but still. Like, I didn't --
16     **MR. R. JONNA:** I mean, Kev --
17     **MR. K. JONNA:** One sec. Nevermind. I am
18 just going to --
19     **MR. R. JONNA:** I mean, Kev. Let's be
20 honest, bro.
21     **MR. K. JONNA:** I entertained it, you're
22 right, but you have to understand. Like, it's --
23 well, no. It's not you have to understand, but he --
24 it's just --
25     **MR. R. JONNA:** Kev, Simon --

---

Page 15

1     **MR. K. JONNA:** -- you know --
2     **MR. R. JONNA:** Simon talks --
3     **MR. K. JONNA:** --- whatever. I am not even
4 --
5     **MR. R. JONNA:** No. I get it. Simon talks --
6     **MR. K. JONNA:** -- I am not even going to say
7 what I was going to say, but it is what it is.
8     **MR. R. JONNA:** Simon talks to George Marcus
9 (phonetic) once a month, the billionaire from Palo
10 Alto, once a month literally. I mean, anyway, it
11 doesn't matter. You know why it doesn't matter, Kev?
12 Because your connects -- like, your connects should be
13 my connects and my connects should be your connects.
14 Who cares, you know?
15     **MR. K. JONNA:** Mm-hm.
16     **MR. R. JONNA:** You should say, "My cousin
17 Simon knows everybody and he's my brother and he's my
18 resource, he's my weapon too," you know what I am
19 saying?
20     **MR. K. JONNA:** Yes.
21     **MR. R. JONNA:** Like, if I ever need help, if
22 I want to impress people, I'll bring Simon on. He's
23 my, fucking, weapon. My -- his people are my people.
24 That's how we should be thinking. Not, like, I have
25 people, you have people, let's compete. Who cares

---

Page 16

1 about that shit? Anyways, onto the next thing.
2 What's the deal, Kev? What's the deal with Latinum?
3 Where's our, like, tokens? Where's our confirmation?
4 Like, we have to get this, bro.
5     **MR. K. JONNA:** Yes. You keep asking for a
6 confirmation. There is no confirmation, Ray. It's
7 through me. There is no other confirmation. Like, I
8 -- I don't know how -- what other way to tell you
9 that.
10     **MR. R. JONNA:** What do you mean?
11     **MR. K. JONNA:** There is -- there's not -- I
12 am your confirmation. There's no, like -- I -- I can
13 create something for you from me. There's no other
14 way to give you -- because there's no confirmation.
15 You keep asking for these confirmations. There's just
16 no confirmation, man.
17     **MR. R. JONNA:** I don't get that though. You
18 bought -- you bought the coins, right?
19     **MR. R. JONNA:** Yes, but that's not your
20 confirmation. That's my confirmation.
21     **MR. R. JONNA:** Right.
22     **MR. K. JONNA:** That has nothing to do with
23 you guys.
24     **MR. R. JONNA:** I know, but can't you just
25 be, like, "Hey, guys. Here's your 10,000 coins or

---

Page 17

1 11,000 coins" or whatever the hell it is. "Here it is
2 in this wallet, screenshot. Here is what you guys own
3 right now." I mean, Kev, you have to understand
4 something too. It's not just me and Simon. Freddie
5 (phonetic) calls me once every three days, "Hey,
6 what's up, Ray? You talk to your cousin? Baby boy,"
7 --
8     **MR. K. JONNA:** I know.
9     **MR. R. JONNA:** -- "Baby boy, did you talk to
10 him?" --
11     **MR. K. JONNA:** Yes.
12     **MR. R. JONNA:** -- and I said -- and I said,
13 "Yes, yes, Freddie. Yes, yes. I talk to him all the
14 time, man. Everything is good. Don't worry about it,
15 don't worry about it." "Okay, okay. I am getting
16 anxious, Ray. I am getting anxious," --
17     **MR. K. JONNA:** Mm-hm.
18     **MR. R. JONNA:** -- you know? "Can we" --
19     **MR. K. JONNA:** Yes.
20     **MR. R. JONNA:** -- "I need confirmation. We
21 need to know something is going on. Should I call the
22 people at Latinum?" No, Freddie. No, no, no. Don't
23 worry.
24     **MR. K. JONNA:** Tell him to call the people
25 at Latinum. It's fine. Call the people at Latinum.

---

5 (Pages 14 to 17)

Case 2:22-cv-10208-LJM-JJCG   ECF No. 62-3, PageID.1606   Filed 11/10/22   Page 7 of 24

USDC, Eastern District of MI      Jonna, et al. v. Jonna & GIBF GP, Inc., et al.      Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 18

1  I -- I don't care.  I have nothing to hide.  Call the
2  people at Latinum.
3        MR. R. JONNA:  Should I tell him that?
4        MR. K. JONNA:  There's nothing -- there's
5  nothing -- yes.  There's nothing -- there's no
6  confirmation -- that's just not, like -- you guys are
7  under my umbrella.  So, that -- that --
8        MR. R. JONNA:  I -- Kev --
9        MR. K. JONNA:  You guys got in a very
10  private thing under a special price through me.  You
11  -- so, there's no, like, "Oh.  You guys get this and
12  this and that."  No, no, no.  It's not like that.
13  It's, like, a privileged thing --
14        MR. R. JONNA:  That's amazing.
15        MR. K. JONNA:  -- and, like, I swear, man.
16  I really, really, really, Ray, I am not saying this
17  the wrong way.  I would really, like -- it would -- I
18  would be happy giving you guys some money back plus
19  interest on the money.
20        MR. R. JONNA:  Kev --
21        MR. K. JONNA:  That would really make me
22  really happy.
23        MR. R. JONNA:  Kev, what do you mean money
24  back, bro?  You can't -- you can't say things like
25  that, brother.  That's, like, saying, "Yo, yo, I took

Page 19

1  your money" --
2        MR. K. JONNA:  When you guys -- when I am
3  getting harassed non-stop, I --
4        MR. R. JONNA:  Kev --
5        MR. K. JONNA:  -- can, bro.  It isn't worth
6  it to me.
7        MR. R. JONNA:  -- we didn't give you five
8  Gs, bro.  We gave you 500 Gs.  The least you can do is
9  get us confirmation, bro.  What -- you act -- I feel,
10  like, I am talking -- like, Kev, we sponsor deals all
11  the time.  We have 100 million of people's money right
12  now.  We know -- we know what we're saying, bro.
13  We're not rookies.  All we're asking for is
14  confirmation.  It's real simple stuff.  Like, I --
15  it's, like, "Yo, I took your money and I bought all
16  the products with it and then the products quadrupled,
17  but" --
18        MR. K. JONNA:  Mm-hm.
19        MR. R. JONNA:  -- "yo, they quadrupled in
20  value, but I am just going to give you your money
21  back."  What do you mean?  How do you --
22        MR. K. JONNA:  Yes.
23        MR. R. JONNA:  -- say stuff like that?
24  That's dangerous talk, bro.  What do you mean?
25        MR. K. JONNA:  That's not --

Page 20

1        MR. R. JONNA:  You can't just --
2        MR. K. JONNA:  That's not dangerous talk.
3  It's not dangerous talk at all, Ray.
4        MR. R. JONNA:  You can't -- you can't say
5  things like that, Kev.  It's -- we have tokens --
6        MR. K. JONNA:  I --
7        MR. R. JONNA:  -- don't we?  So, what do you
8  mean money?
9        MR. K. JONNA:  We don't have any tokens yet.
10  I told you when they will be released.
11        MR. R. JONNA:  I understand that, but you
12  have the order in for tokens.
13        MR. K. JONNA:  Yes, but I don't have the
14  tokens.
15        MR. R. JONNA:  Right.  I get that.  I -- I
16  get it.
17        MR. K. JONNA:  Nobody has the tokens.  The
18  only way you can have tokens is if you're buying
19  them off of the exchanges that they're on.
20        MR. R. JONNA:  Right.  I totally understand
21  that.
22        MR. K. JONNA:  Well, you, kind of, don't,
23  Ray.
24        MR. R. JONNA:  All I am saying is --
25        MR. K. JONNA:  You, kind -- if you totally

Page 21

1  understand that, you wouldn't be saying some of the
2  things that you guys keep saying over and over.
3        MR. R. JONNA:  What?  Get us confirmation
4  that our $500,000 is safe?  I asked you --
5        MR. K. JONNA:  I am telling you that it's
6  safe.
7        MR. R. JONNA:  I get that.
8        MR. K. JONNA:  You have to trust me --
9        MR. R. JONNA:  I -- I --
10        MR. K. JONNA:  -- and that's what it is.
11        MR. R. JONNA:  I do trust you.
12        MR. K. JONNA:  If you will trust me, then
13  that's -- well, then -- then I don't know what to tell
14  you, Ray.
15        MR. R. JONNA:  I --
16        MR. R. JONNA:  One --
17        MR. R. JONNA:  Kev --
18        MR. K. JONNA:  -- thing is missing in this
19  equation.
20        MR. R. JONNA:  No, no, it's not.
21        MR. K. JONNA:  You're contradicting
22  yourself.
23        MR. R. JONNA:  It's not at all.  It's real
24  simple, bro.  I am asking you, Kev, get us
25  confirmation.  Where is confirmation?  What happens if

USDC, Eastern District of MI       Jonna, et al. v. Jonna & GIBF GP, Inc., et al.       Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 22

1  you get hit by a bus, Kev?  What happens?
2       MR. K. JONNA:  Then -- then --
3       MR. R. JONNA:  You said Claude (phonetic)
4  had them.  Claude -- I talked to Claude.  Claude had
5  no idea what I was talking about.
6       MR. K. JONNA:  I talked to Claude and he
7  denied, "No, no, no, no, no."  You -- I asked Claude.
8  I don't know what Claude was saying, but he said he
9  didn't know that -- that -- you didn't ask him that
10  exactly.  You asked him something -- and I'll call on
11  three-way right now if you want.  I don't care.  I
12  told Claude --
13       MR. R. JONNA:  Claude seemed very confused.
14       MR. K. JONNA:  -- why wouldn't you tell him
15  -- yes.  He --
16       MR. R. JONNA:  He seemed very confused.
17       MR. K. JONNA:  Because he said you didn't
18  ask -- you asked him and he said in a different way --
19  I called Claude screaming.  I said, "Why would you
20  tell him you don't have the spreadsheet?"  He said,
21  "He didn't ask me about a spreadsheet.  He said this
22  and that," and I said, "Well, I don't know what the
23  hell you're talking about" and you spoke to Claude
24  while he had COVID, just to let you know.
25       MR. R. JONNA:  Yes.

Page 23

1       MR. K. JONNA:  Again.
2       MR. R. JONNA:  I know.  He was all stuffy,
3  but he was, like, "Ray, I am in the same exact
4  position" --
5       MR. K. JONNA:  So --
6       MR. R. JONNA:  -- "you guys are in.  I have
7  money in with Kevin.  I sent it to a guy named Jay
8  Sonato (phonetic)."  You know, he's, like, "I hope
9  it's all legit.  Like, I hope it is.  Like, I don't
10  know" -- "I don't know where your money is, I don't
11  know where my money is."  That's what he said to me
12  and I was, like, why would Kevin lie to me?  I don't
13  understand that.
14       MR. K. JONNA:  I -- well, anyways, bro.
15  that's not the situation.  I asked him -- I said, "Why
16  did you tell him there's no spreadsheet?"  He
17  immediately said, "I" -- "They never said anything
18  about a spreadsheet."  You asked him something else
19  and that's what -- whatever.
20       MR. R. JONNA:  Anyways, I don't even care,
21  bro.  I don't even care.  I just -- Kev, you -- the
22  fact that you are -- are -- are pushing back and not
23  just being, like, "Yo, Ray, I have something I can
24  send you.  It's a screenshot of my tokens that I
25  bought for you guys in the" -- "in the order, in the

Page 24

1  whatever, in the wallet.  Here's confirmation from the
2  guy you sent it to.  Here's Jay Sonato, call him.
3  Here's his number.  Here's Don Basile (phonetic), here
4  his number, call him.  He'll tell you how it is and
5  how it works."  Like, tell me something, bro.  Don't
6  just tell me, "Ray, you have to trust me and if I go
7  missing tomorrow, you're fucked."  What do you mean,
8  bro?
9       MR. K. JONNA:  See, your --
10       MR. R. JONNA:  I am your cousin.  Like, be
11  straight up with me.  Be straight up, Kev.  If this
12  was me --
13       MR. K. JONNA:  It's so funny how you --
14       MR. R. JONNA:  See --
15       MR. K. JONNA:  -- how you guys talk, man.
16  It's really --
17       MR. R. JONNA:  Kev --
18       MR. K. JONNA:  -- really funny.
19       MR. R. JONNA:  I know.  I get it.
20       MR. K. JONNA:  You go missing, this and
21  that.
22       MR. R. JONNA:  The crypto thing is
23  different.
24       MR. K. JONNA:  It's crazy.
25       MR. R. JONNA:  I get it, I get it, but bro

Page 25

1  --
2       MR. K. JONNA:  No.  You don't.  You -- you
3  sent me --- well, actually, you didn't send me.  Simon
4  sent you the text to send me about how crypto doesn't
5  really or it doesn't matter what space, now you get
6  it.  Like, bro, it's always contradicting, it's always
7  something different.
8       MR. R. JONNA:  Wait, what?
9       MR. K. JONNA:  You guys -- it's always,
10  like, you guys -- you and Simon, like, play both sides
11  to this every -- in the text you sent me, it says you
12  didn't -- it doesn't matter if it's crypto.  You know,
13  it doesn't matter.  You don't get it.  Now you're
14  telling me oh it is crypto.
15       MR. R. JONNA:  No, no, no.
16       MR. K. JONNA:  Like --
17       MR. R. JONNA:  No, Kev.
18       MR. K. JONNA:  Like, bro.
19       MR. R. JONNA:  Because I am talking about --
20       MR. K. JONNA:  This is crazy, man.
21       MR. R. JONNA:  I am talking about --
22       MR. K. JONNA:  This is absolutely --
23       MR. R. JONNA:  Kev --
24       MR. K. JONNA:  -- insane.
25       MR. R. JONNA:  I am talking about sponsoring

7 (Pages 22 to 25)

USDC, Eastern District of MI        Jonna, et al. v. Jonna & GIBF GP, Inc., et al.        Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

---

Page 26

1  a deal.  It's called common professionalism in
2  business, bro.  you're telling me crypto is not
3  business?  What we're doing is not business?
4      MR. K. JONNA:  I did not say crypto is not
5  business.
6      MR. R. JONNA:  What we're doing — what
7  we're doing is not conducting —
8      MR. K. JONNA:  What I said is —
9      MR. R. JONNA:  -- business?
10      MR. K. JONNA:  -- crypto — I said crypto is
11  a little bit different than the real estate business
12  you guys are in.
13      MR. R. JONNA:  I — I get that.  I am not
14  talking about —
15      MR. K. JONNA:  Okay?  It's not in uniform,
16  it's newer.  Everything is a little bit different.
17  It's almost more of a gray area.  It's not so black
18  and white.  There's moving targets.  There's just a
19  lot of things going on —
20      MR. R. JONNA:  Right.
21      MR. K. JONNA:  -- and especially something
22  like this where you guys came into a privileged deal
23  as early investors under my umbrella.  It's all, like
24  — it's not normal.
25      MR. R. JONNA:  So —

---

Page 27

1      MR. K. JONNA:  This isn't regular.
2      MR. R. JONNA:  So, then why — so, then why
3  — so, then should we have just — if we wanted this
4  security, if we wanted to feel good about it, like,
5  hey, here's our tokens, should we have just invested
6  with Latinum direct instead of going through you at 20
7  bucks?
8      MR. K. JONNA:  Through the website, yes.
9      MR. R. JONNA:  We should've —
10      MR. K. JONNA:  That would've been the way to
11  get your own stuff, through the website at -- at $20.
12  Yes.
13      MR. R. JONNA:  I mean, Kev —
14      MR. K. JONNA:  That's what you should've
15  done.
16      MR. R. JONNA:  -- to be honest — to be
17  honest for peace of mind, I probably would've — I
18  know it's a lot of money --
19      MR. K. JONNA:  Yes.
20      MR. R. JONNA:  -- but it's peace of mind,
21  bro, and not just that —
22      MR. K. JONNA:  Yes.
23      MR. R. JONNA:  -- you know what I wish we
24  did?  Fuck that.  I don't care about me and Simon.  I
25  wish we did that for Freddie, bro.

---

Page 28

1      MR. K. JONNA:  Mm-hm.
2      MR. R. JONNA:  Freddie's the -- Freddie's --
3  like, it's one thing with us, bro, but it's another
4  with him.  Like, he's an outside investor who trusted
5  us who trusts you.  Like, there has to be something,
6  Kev.  I am not saying crypto is the same as real
7  estate.  All I am saying is it's -- it's the same
8  common professionalism when you're the sponsor of a
9  deal.  You have to get us -- you have to get us
10  updates, bro.  Like, you say, "Guys, why are you
11  following up with me?"  Kev, we have $500,000 with
12  you.  We have no receipt, brother.  If it wasn't you,
13  do you know — we would light the world on fire.  We
14  would have our attorneys —
15      MR. K. JONNA:  Yes.
16      MR. R. JONNA:  -- we would have Don Basile
17  at a, fucking, meeting table the next day.  What do
18  you mean, bro?  It's you though.
19      MR. K. Jonna:  Yes.
20      MR. R. JONNA:  I am trying to get an update
21  from you and you're, like —
22      MR. K. JONNA:  Well, tell your attorneys.
23      MR. R. JONNA:  -- and you're, like —
24      MR. K. JONNA:  I mean, if that's the way you
25  want to do, go ahead and talk to your attorneys.  What

---

Page 29

1  do you want me to tell you?
2      MR. R. JONNA:  I never said me.  I am saying
3  — I am saying yes.  That's what we would do.
4      MR. K. JONNA:  It is what it is.
5      MR. R. JONNA:  That's what we would do if it
6  wasn't you.  This would be —
7      MR. K. JONNA:  Yes.
8      MR. R. JONNA:  I mean, it's called
9  embezzlement, bro.  You can't -- you can't take
10  people's money and do whatever you want with it.
11      MR. K. JONNA:  Embezzlement?
12      MR. R. JONNA:  You know what I am saying?
13  No, I mean it.
14      MR. K. JONNA:  Take your money and do
15  whatever I want with it?  Okay.
16      MR. R. JONNA:  Not my money.  I am just
17  saying in general people — you can't do that.  That's
18  embezzlement, brother.  That's what Bernie Madoff did.
19  He's in prison getting ass raped right now.  So, I am
20  just saying, bro, obviously it's you.  So — so, I am
21  calling you.  I am not calling anybody else.  I am
22  calling you for the update.  I'm calling you and
23  you're telling me, "Ray, go fuck yourself.  I don't
24  have an update for you."  What are you talking about?
25      MR. K. JONNA:  That is not what I am -- bro,

---

USDC, Eastern District of MI    Jonna, et al. v. Jonna & GIBF GP, Inc., et al.    Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

---

Page 30

1  anyways, all right.
2      MR. R. JONNA:  So, can you get us some
3  confirmation, bro?  Some updates?  Get us on the phone
4  with someone?  Make us comfortable?
5      MR. K. JONNA:  What do you -- on the phone
6  with whom?
7      MR. R. JONNA:  I don't know, Kev.  You tell
8  me.  "Ray, here's what we can do.  You want to be
9  comfortable?  Let's get on the phone with," I don't,
10  fucking, know.  You tell me, bro.  I am not like --
11      MR. K. JONNA:  What is this for?  Like, I --
12  I just don't understand.
13      MR. R. JONNA:  You don't --
14      MR. K. JONNA:  You clearly --
15      MR. R. JONNA:  What do you mean you don't
16  understand?
17      MR. K. JONNA:  You clearly see the same
18  updates --
19      MR. R. JONNA:  I know.  Kev --
20      MR. K. JONNA:  -- that I told you.
21      MR. R. JONNA:  I want to know Raymond Jonna
22  has his 11,000 coins right here.  You can't touch
23  them.
24      MR. K. JONNA:  This is coming from you not
25  trusting me.

---

Page 31

1      MR. R. JONNA:  You're --
2      MR. K. JONNA:  That's where this is coming
3  from.
4      MR. R. JONNA:  You can -- you can make it --
5      MR. K. JONNA:  You guy's lack of trust in me
6  because you guys think that the coin has gone up so
7  much and when it comes out, I am not going to give you
8  guys the coin.  That is pretty much what I am
9  gathering from all of this.
10      MR. R. JONNA:  That is a pretty paranoid way
11  of thinking, Kev.
12      MR. K. JONNA:  That's not paranoid at all,
13  bro.  That's -- that's exactly what you guys are
14  telling me just in a different sneaky way.  Like, you
15  guys have your words and this and that.
16      MR. R. JONNA:  Well, Kev, I mean --
17      MR. K. JONNA:  You guys blame everything on
18  me.
19      MR. R. JONNA:  Kev --
20      MR. K. JONNA:  That's exactly what you're
21  talking about.
22      MR. R. JONNA:  Well, hold on, Kev.  If
23  you're --
24      MR. K. JONNA:  Then you're telling me, "Oh,
25  you might get hit by a bus," and, like, you say these,

---

Page 32

1  you know, derogatory --
2      MR. R. JONNA:  Well, hold on.
3      MR. K. JONNA:  -- things.
4      MR. R. JONNA:  Kev, if you said that to me
5  --
6      MR. K. JONNA:  It's just really, really
7  messed up, man.
8      MR. R. JONNA:  If you were really --
9      MR. K. JONNA:  It's unbelievable.
10      MR. R. JONNA:  If you were --
11      MR. K. JONNA:  I am like --
12      MR. R. JONNA:  If you were super straight up
13  --
14      MR. K. JONNA:  -- frustrated, turned off.
15      MR. R. JONNA:  -- super straight up the
16  whole time --
17      MR. K. JONNA:  Like, this is insane.
18      MR. R. JONNA:  Kev, if you were super
19  straight up the whole time and you're just --
20      MR. K. JONNA:  Simon sends a group text to
21  --
22      MR. R. JONNA:  -- and you were straight up
23  with us --
24      MR. K. JONNA:  -- me that you guys are in
25  cahoots and this and that.

---

Page 33

1      MR. R. JONNA:  We're not in cahoots.
2      MR. K. JONNA:  It's just --
3      MR. R. JONNA:  What cahoots, bro?  I'll take
4  Simon's phone right now.  I'll read everything in it.
5  He'll take mine and read everything in it.  There's
6  no secrets.  What -- what secrets?  Why don't we start
7  a group chat?
8      MR. K. JONNA:  There was a text you sent me
9  that he told you to send me.  How about that one?
10      MR. R. JONNA:  Which -- which one?
11      MR. K. JONNA:  But anyways --
12      MR. R. JONNA:  Wait, Kev -- Kev, which one?
13  Please tell me.
14      MR. K. JONNA:  -- Ray, I -- this isn't good
15  --
16      MR. R. JONNA:  Brett Schibaba (phonetic).
17      MR. K. JONNA:  -- for me because I need to,
18  like --
19      MR. R. JONNA:  Kev --
20      MR. K. JONNA:  I really have a few things I
21  have to do.  I can't be fighting and stuff and get on
22  calls.  My mind won't be in a good place.
23      MR. R. JONNA:  You know --
24      MR. K. JONNA:  I just -- this is not a good
25  time for me.

---

9 (Pages 30 to 33)

USDC, Eastern District of MI      Jonna, et al. v. Jonna & GIBF GP, Inc., et al.      Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 34

1    MR. R. JONNA: Well, Kev, first of all --
2    MR. K. JONNA: This is not good for me at
3    all.
4    MR. R. JONNA: You --
5    MR. K. JONNA: This is --
6    MR. R. JONNA: Real quick, what are you
7    getting so emotional about? Who cares.
8    MR. K. JONNA: I am not getting emotional.
9    MR. R. JONNA: We're talking.
10   MR. K. JONNA: It's just messed up.
11   MR. R. JONNA: It's not messed up.
12   MR. K. JONNA: It's really messed up.
13   MR. R. JONNA: Kev, for you to say that is
14   wrong.
15   MR. K. JONNA: Can I -- want to know
16   something that --
17   MR. R. JONNA: For you to say that is wrong,
18   bro.
19   MR. K. JONNA: No, no. You guys are wrong.
20   Let me tell you why. Your -- your -- your brother put
21   down my dad once. You know how?
22   MR. R. JONNA: Why?
23   MR. K. JONNA: He said that my dad -- yes,
24   yes. Now I remember -- now I remember all of the
25   funny stuff on you guy's end.

Page 35

1    MR. R. JONNA: What?
2    MR. K. JONNA: He said that my dad -- you
3    know, my dad, the nicest, fucking, person in the world
4    --
5    MR. R. JONNA: Uh-huh.
6    MR. K. JONNA: -- he's, like, "Oh, your
7    dad's been blowing me up." It's because when he had
8    the property -- you guys helped us with the property
9    --
10   MR. R. JONNA: Which one?
11   MR. K. JONNA: -- and something was going
12   on. My dad (indiscernible) was Peter --
13   MR. R. JONNA: The Burger King.
14   MR. K. JONNA: The only one that we ever
15   bought.
16   MR. R. JONNA: Yes. The Burger King. I did
17   that whole --
18   MR. K. JONNA: That one --
19   MR. R. JONNA: -- deal for you guys.
20   MR. K. JONNA: He's, like, "Oh, bro. your
21   dad's called me 20 times about this." It's, like,
22   "It's not even that much" and, like, "He's my uncle,
23   but still, like, 20 times," da da da da da, and it's
24   just, like -- it's so funny. He's, like, degrading my
25   dad. You know, an old man who doesn't know English

Page 36

1    and stuff, but when it comes -- and that was a bigger
2    amount and for this, you guys have, like, harassed,
3    make accusations, I'm using the money somewhere else.
4    I am doing this.
5    MR. R. JONNA: Kev, you've lied to me five
6    times. You've lied to me five times.
7    MR. K. JONNA: All of this stuff.
8    MR. R. JONNA: You've lied to me five
9    times, bro. If you didn't lie to me five times, then
10   I wouldn't be so anxious. You lied to me --
11   MR. K. JONNA: When did I lie to you five --
12   how did I lie to you --
13   MR. R. JONNA: Bro, you first you told us
14   the coins are going to come in two weeks. Then you
15   told me Claude had --
16   MR. K. JONNA: Yes. That's what I thought.
17   MR. R. JONNA: Then you told me Claude had
18   confirmation.
19   MR. K. JONNA: It's what I believed.
20   MR. R. JONNA: Okay. So, why didn't you
21   just say that to me? Why didn't you just say, "Ray, I
22   think, I am not exactly sure. I think it's going to
23   be, like, two weeks."
24   MR. K. JONNA: Because at the time that is
25   what I believed. So, that is what I told you. That's

Page 37

1    what I was being told. So, I --
2    MR. R. JONNA: So, what's --
3    MR. K. JONNA: So, I am going to relay the
4    same --
5    MR. R. JONNA: So, what's --
6    MR. K. JONNA: -- information that -- that I
7    am being told.
8    MR. R. JONNA: So, what's so hard about
9    getting us confirmation? I don't get it. Like, you
10   keep -- like, you use this excuse, like, "Oh, guys.
11   You don't trust me, you don't trust me." Yet, you
12   told me Claude had our wire confirmation. Claude knew
13   nothing about it and you don't want me to be
14   suspicious?
15   MR. K. JONNA: I didn't say Claude --
16   MR. R. JONNA: Hold on. You don't want me
17   --
18   MR. K. JONNA: I did not say that.
19   MR. R. JONNA: -- suspicious?
20   MR. K. JONNA: I did not say that.
21   MR. R. JONNA: Kev?
22   MR. K. JONNA: I said Claude --
23   MR. R. JONNA: You don't want me to be
24   suspicious?
25   MR. K. JONNA: -- had a spreadsheet of

Page 38

1  numbers all across the board.  That's what I said.  I
2  didn't say wire confirmation.  See, when you worded it
3  like that to him, he didn't know what you were talking
4  about.  When you say -- I never said -- I said, yes.
5  the spreadsheet with numbers and names on it.  That's
6  exactly what I said and that's exactly what he had.
7      MR. R. JONNA:  I asked him that too.  He
8  didn't have any spreadsheet.
9      MR. K. JONNA:  No.  You didn't.
10     MR. R. JONNA:  He didn't have anything.
11     MR. K. JONNA:  You did not.  You said no --
12  no.  He -- that's not true.  That is definitely not
13  true.  I asked him that and he 100 percent said no,
14  that's not what you asked him.
15     MR. R. JONNA:  Well, Kev, you know, this
16  whole thing -- you can say, like, you guys don't trust
17  me, this and that, but it's much easier, instead of
18  making that silly accusation that we don't trust you
19  because we give 500 Gs and we -- we -- we're -- we've
20  just been -- it's been a couple of months now.  We
21  haven't said anything.  We've been asking for updates
22  just like anybody would.
23     MR. K. JONNA:  You've said plenty of things.
24  Don't say you haven't said anything.  You've said --
25     MR. R. JONNA:  Yes.  Because we want updates

Page 39

1  on where our money is, bro.  Wouldn't you?
2      MR. K. JONNA:  Then don't say you haven't
3  said anything.
4      MR. R. JONNA:  Wait -- wait would you not --
5      MR. K. JONNA:  You just said you haven't
6  said anything.
7      MR. R. JONNA:  Would you not -- would you
8  just stay quiet --
9      MR. K. JONNA:  You've said plenty of things.
10     MR. R. JONNA:  "Yo, Ray, I gave you
11  $500,000.  Let me just sit back and wait and trust
12  Ray, even though he's telling me things that are not
13  really happening," you know?  I am not saying you're
14  lying, but it's misinformation, bro.  You don't say
15  you're going to have your --
16     MR. K. JONNA:  There's no misinformation,
17  none --
18     MR. R. JONNA:  -- you're going to have your
19  coins in two weeks --
20     MR. K. JONNA:  -- that I've given.  I've
21  given you all the information that I received.
22  Everything I've received, I've relayed over to you.
23     MR. R. JONNA:  It's, like, you know --
24     MR. K. JONNA:  Every single thing.
25     MR. R. JONNA:  You know what it's like?

Page 40

1      MR. K. JONNA:  Everything.
2      MR. R. JONNA:  It's, like, saying, "Yo, Ray,
3  the sky is green," and I am, like, "No, Kev.  The sky
4  is blue, but you know what?  I'll trust you.  Why
5  would you lie to me, right?"  Then I go look outside
6  and it's --
7      MR. K. JONNA:  It's not saying that at all.
8      MR. R. JONNA:  -- and then I go look outside
9  and I see the sky is blue and I am, like, "Kev, the
10  sky is blue," and then you're, like, "Ray, why are
11  you" -- "you don't trust me, bro?  Fuck you, Ray.  You
12  don't trust me?"  No, bro.  "The sky is blue."  What
13  do you mean?  Like, why are you getting upset that I
14  am asking you, bro?  I don't get -- Kev, that's --
15  honestly --
16     MR. K. JONNA:  Nobody is getting upset, man.
17     MR. R. JONNA:  You know what makes me -- you
18  know what makes me even more suspicious?  The fact
19  that you act like this when I'm asking you a simple
20  question.  Kev, where's my, fucking, 250 Gs or
21  whatever I gave you?  Like, that's big money for me,
22  bro.  I want to know where it is.
23     MR. K. JONNA:  Yes.
24     MR. R. JONNA:  I am looking at my bank
25  account every day and I am counting my dollars every

Page 41

1  day, looking at my investments every day.  I want to
2  know where this big chunk of change is.  It's with my
3  cousin Kevin and he doesn't want to give me any
4  updates on it.  That's not cool, bro.
5      MR. K. JONNA:  Doesn't want to give you
6  updates?
7      MR. R. JONNA:  It's not cool.
8      MR. K. JONNA:  You know what, Ray?  I am
9  really at the point where I think I am going to send
10  the money back.  I think --
11     MR. R. JONNA:  Well, Kev --
12     MR. K. JONNA:  -- that's what I am going to
13  do.
14     MR. R. JONNA:  Well, Kev, that's going to be
15  a huge problem, bro.  I am just telling you.
16     MR. K. JONNA:  It's not going to be a huge
17  --
18     MR. R. JONNA:  It's not money.
19     MR. K. JONNA:  -- problem.  You guys want to
20  threaten me?  You can do whatever --
21     MR. R. JONNA:  It's not money, bro.  It's
22  coins.
23     MR. K. JONNA:  -- you want.  You guys have
24  harassed me.  You guys have just -- this is crazy.
25  Like, absolutely crazy.

11 (Pages 38 to 41)

USDC, Eastern District of MI      Jonna, et al. v. Jonna & GIBF GP, Inc., et al.      Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 42

1    MR. R. JONNA: Harassing you?  All you have
2  to do is send —
3    MR. K. JONNA: The way —
4    MR. R. JONNA: All you have to do is send —
5    MR. K. JONNA: -- it's been nonstop
6  harassing.
7    MR. R. JONNA: -- confirmation.
8    MR. K. JONNA: Ray, this, that, this.  I'm
9  the bad guy.  You guys are telling other people about
10  this.  I am not going to mention one, fucking, word --
11    MR. R. JONNA: Other people?
12    MR. K. JONNA: -- but I've heard this in —
13    MR. R. JONNA: What other people?
14    MR. K. JONNA: I heard this from a
15  different -- I am letting you know I am not even going
16  to get — it doesn't matter.
17    MR. R. JONNA: No, no.  What other people?
18    MR. K. JONNA: This has just gotten —
19    MR. R. JONNA: You know what's funny, Kev?
20    MR. K. JONNA: This has just gotten —
21    MR. R. JONNA: You know what's funny?
22    MR. K. JONNA: -- really —
23    MR. R. JONNA: Me and Simon speak nothing
24  but, fucking, the world about you and you know — you
25  keep talking about Simon.

Page 43

1    MR. K. JONNA: Yes.
2    MR. R. JONNA: It's funny, bro.
3    MR. K. JONNA: You just —
4    MR. R. JONNA: You know how much Simon --
5    MR. K. JONNA: -- think about nothing but
6  the world —
7    MR. R. JONNA: You know how much Simon talks
8  about you, bro?  "My cousin, Kevin, the, fucking,
9  crypto king."  Do you know how much he's talked about
10  you in these parts?  People know who you are because
11  Simon brags about you.  It's funny.  You say Simon,
12  like, oh that's just the way he is.  He brags.  You're
13  right.  He does brag, but Simon has such a big heart
14  that he'll brag about himself and he'll brag about you
15  even more.  Do you know how much he's bragged about
16  you, bro?  Do you know how much he's talked about you?
17  I don't -- you know actually.  You know because you
18  were here.  You probably got it from everybody.
19  Everybody has crazy respect for you because Simon
20  brags about you.  So, don't say that, bro.
21    MR. K. JONNA: I -- I don't care about
22  bragging.
23    MR. R. JONNA: We've been nothing but good
24  to you.
25    MR. K. JONNA: I don't care about that, Ray.

Page 44

1  That really -- it's not -- you know, that's for -- I
2  know what I am.  I know what I stand for and I am -- I
3  am comfortable with that.
4    MR. R. JONNA: Good.
5    MR. K. JONNA: I am comfortable with my own
6  space.  I don't need acknowledgement from anybody
7  else, bro —
8    MR. R. JONNA: Good.
9    MR. K. JONNA: -- because at the end of the
10  day, nobody gives a fuck about anybody but themselves.
11  Everybody wants what's best for themselves.
12    MR. R. JONNA: I mean, that's —
13    MR. K. JONNA: Nobody cares about anybody
14  else.
15    MR. R. JONNA: That's not true, man.  Why do
16  you say that?
17    MR. K. JONNA: That's very true.  I am not
18  saying that about anyone specific.  I am just saying
19  generally that's how the world is.
20    MR. R. JONNA: No —
21    MR. K. JONNA: Nobody cares about anybody.
22    MR. R. JONNA: There's self-interest.
23    MR. K. JONNA: Everybody cares about
24  themselves.
25    MR. R. JONNA: There's --

Page 45

1    MR. K. JONNA: They go in for what --
2    MR. R. JONNA: Yes.  There's definitely,
3  like, number one, numeral uno, it's called.  People
4  care about themselves first, but I wouldn't say they
5  don't —
6    MR. K. JONNA: Yes.
7    MR. R. JONNA: -- care about other people
8  too.  I mean, everybody —
9    MR. K. JONNA: Yes.
10    MR. R. JONNA: -- the way people are is they
11  want what's best for them and then after they get
12  what's best for them, then they'll do good for others.
13  That's how you —
14    MR. K. JONNA: Yes.
15    MR. R. JONNA: That's how you should be at
16  least, you know?
17    MR. K. JONNA: Mm-hm.
18    MR. R. JONNA: That's the way it should be
19  --
20    MR. K. JONNA: Yes.
21    MR. R. JONNA: -- but I get it.  Some people
22  — you're right.  There's a lot of ruthless people out
23  there.  I am not one of those people, Simon is not one
24  of those people.  Simon's made a lot of people
25  millionaires, a lot of people millionaires.  We both

12 (Pages 42 to 45)

USDC, Eastern District of MI      Jonna, et al. v. Jonna & GIBF GP, Inc., et al.      Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 46

1  have and that's why we've been doing what we've been
2  doing for 20 years --
3       **MR. K. JONNA:** Yes.
4       **MR. R. JONNA:** -- and we have a good
5  reputation. You -- you have a long life -- we have
6  long lives ahead of us, bro. We have 30, 40, 50 years
7  of doing big -- big deals. Like --
8       **MR. K. JONNA:** Yes.
9       **MR. R. JONNA:** -- nobody wants to ruin that
10  over one deal, two deals. Your reputation is all you
11  have. It can go south in one -- in five minutes.
12  Takes -- have you ever heard the expression it takes
13  20 years to build, five minutes to ruin?
14       **MR. K. JONNA:** Mm-hm.
15       **MR. R. JONNA:** So, it's not how we are, bro.
16  We're -- we're good with everybody around here, every,
17  kind of, personality and, dude, Freddie is a very,
18  very respected businessman in this town. He's a
19  Russian, he's one of the Russians, bro. There's a
20  huge community of Russians out here. He's asking me
21  every day, "Ray, what's the update?" I am, like,
22  "Don't worry, Freddie. I am going to call Kevin.
23  He's going to get us an update, he's going to get us
24  confirmation of our tokens," and he's, like, "All
25  right, baby boy. Baby boy, I am getting anxious, I'm

Page 47

1  getting anxious." I'm like, "Don't worry, don't
2  worry." What do you want me to tell him now? Kev
3  didn't tell me nothing? I mean, like, I know you're
4  telling me things, but you can't get us some, kind of,
5  confirmation, bro? I don't get it. Huh?
6       **MR. K. JONNA:** One sec. Hold on. Hello?
7       **MR. R. JONNA:** Yo.
8       **MR. K. JONNA:** Yo.
9       **MR. R. JONNA:** Anyways, I mean, Kev, if --
10  if -- if the roles were reversed and I was in your
11  position, I would tell you everything without
12  hesitation. I would say, Kev, you know, don't say
13  anything, keep this between you and I, but here's what
14  happening. Okay? I know this guy from my Bitcoin
15  days. His name is Steve. I met him playing poker.
16  He told me about Latinum, boom, boom, boom, boom. I
17  made a lot of money in -- I would tell you everything
18  because I have nothing to hide, bro and, like, you're
19  my cousin, I can trust you, I think. I hope, you
20  know --
21       **MR. K. JONNA:** Yes.
22       **MR. R. JONNA:** -- but anyway, man. What do
23  I tell Freddie now, Kev? What do I tell him? You
24  tell me what to tell him. Freddie's a -- I was saying
25  earlier, man. He's a highly respected businessman

Page 48

1  around here. Like, what -- what am I supposed -- how
2  am I supposed to update Freddie? He's, like, "Kevin's
3  not picking up my calls or responding to me." What do
4  I tell him? You tell me. Should I tell him,
5  "Freddie," --
6       **MR. K. JONNA:** That Bitcoins are being
7  released in February and that's when we will all have
8  our coins.
9       **MR. R. JONNA:** Right, but Ray, where's my --
10  like, where's my token confirmation? "What happens if
11  your cousin goes missing? What happens if" -- you
12  know, you can't get any type of confirmation? I don't
13  understand that, Kev.
14       **MR. K. JONNA:** The -- the -- I -- I -- I
15  just don't understand what other way to tell you. You
16  guys are under my umbrella. You're under my deal.
17  Any confirmation I give you would have to be through
18  me. I can send you a paper from myself saying you
19  have this many coins with me. That's what I can do.
20  Beyond that, I -- that's all I can do. Everything
21  else is with me. You're under my umbrella. If you
22  want a confirmation from me saying you have x amount
23  of tokens with me, that's fine.
24       **MR. R. JONNA:** I mean, bro, at the very
25  least, yes, sure. That's cool. I mean, I think

Page 49

1  Freddie will be a little happy with that and we will
2  too, but at the end of the day, bro, I mean, you know,
3  we can't get any, kind of, official confirmation,
4  "Ray, this was the presale group. Here's what your
5  coins are worth." I think I have 100,000 at $14 and
6  100,000 at $25. "It comes out to this many coins.
7  We'll release them in February." Like, give us an
8  update, bro. Give us something. Give us something,
9  Kev. I am asking you as a cousin. Again, bro, I am
10  not a -- I am not a multi-millionaire where I can piss
11  away 200 Gs, bro.
12       **MR. K. JONNA:** Ray, I just told you, man.
13  I'll give you a confirmation through myself. I'll
14  give you a confirmation through myself and seeing you
15  have this many coins with me and beyond that, I just
16  don't know what -- what else you want. Okay? I -- I
17  don't know how -- what else I can do. So --
18       **MR. R. JONNA:** All right. Well, should I
19  tell Freddie to reach out to Latinum?
20       **MR. K. JONNA:** He can do whatever he wants.
21       **MR. R. JONNA:** I am saying if he asks me,
22  "Ray, I am going to call the Latinum people," should I
23  be, like, "No, don't" or "Go ahead and do it?"
24       **MR. R. JONNA:** He can, but the Latinum
25  people aren't to get -- I am saying this for a reason

13 (Pages 46 to 49)

Page 50

1   by the way.  Just -- I am giving you full disclosure
2   because this has happened with other -- this is not
3   the first problem -- well, not problem, but this is
4   not the first -- hold on.  I have to answer this -- I
5   just have to send this text.
6          MR. R. JONNA:  Go ahead.  Are you going to
7   Mr. Jones, man?
8          MR. K. JONNA:  I don't even -- I am not even
9   positive if I am going to be there --
10         MR. R. JONNA:  Oh.
11         MR. K. JONNA:  -- anymore.  I will --
12         MR. R. JONNA:  I think we're going to go by
13  the way.
14         MR. K. JONNA:  Okay.
15         MR. R. JONNA:  Simon's boy Brett (phonetic)
16  --
17         MR. K. JONNA:  Feel free to go.
18         MR. R. JONNA:  Yes.  Why don't you come?
19  Roll.
20         MR. K. JONNA:  What is it?
21         MR. R. JONNA:  Huh?
22         MR. K. JONNA:  What did you say?  What did
23  you say last?
24         MR. R. JONNA:  Nothing.  I just said roll to
25  Mr. Jones.

Page 51

1          MR. K. JONNA:  You said Mr. Jones.
2          MR. R. JONNA:  Yes.  Why don't you come?
3          MR. K. JONNA:  See, I just -- if I can -- if
4   I can be there, I'll be there, but I just have a lot
5   of things happening really quickly.  So, I -- I -- if
6   I can be there, I will be there.
7          MR. R. JONNA:  Got you.  All right.  So, I
8   am just going to tell Freddie, "Yo, Kevin is going to
9   send us, like" --
10         MR. K. JONNA:  Oh, oh.  This is what I was
11  telling you.  What I was telling you was other people
12  that I guess in this whole same scenario -- like, this
13  is not the first situation that's happening because
14  other people also told -- like, came under people's
15  umbrellas and they're wondering where the coins are
16  and whatever.  Most are okay with it, but there's been
17  a few little -- there's been a few instances I heard
18  where people are reaching out to Bitcoin Latinum and
19  they're saying, "Oh," da, da da.  "I got them through
20  him and this," and then Bitcoin Latium is telling
21  them, "We can't give you any information on anybody.
22  It's against, like, privacy laws and that's legal.
23  Like, we're just not going to do that.  So, we can't
24  tell you anybody's business."  So, that's part of the
25  -- I'm just being honest with you.  That's part of the

Page 52

1   reason and I said -- that's what's going to happen.
2   If he says something, they're going to be, like, "Well
3   what" -- you know what -- then he's going to say my
4   name and then they're going to say, "We're not going
5   to talk about somebody else with."  I mean, that's
6   just not -- "but we just don't do that."  I am just
7   being honest with you.  That's what is going to
8   happen.  So --
9          MR. R. JONNA:  What if he gets a hold of Don
10  Basile direct?
11         MR. K. JONNA:  Even if he -- he's the worst
12  one.  He is more spooked out than anybody.  He plays
13  more by the book than anybody.  Don is not -- I mean,
14  Don has a lot at stake.  He's not going to talk about
15  others and --
16         MR. R. JONNA:  Yes, but Kev --
17         MR. K. JONNA:  Plus, there's all, kinds of,
18  rumors and drama and every -- you know, like, when
19  things like this happen when it goes up so much,
20  everybody has motives and this guy's saying this and
21  that.
22         MR. R. JONNA:  Yes.
23         MR. K. JONNA:  He's, like, in Puerto Rico by
24  the way.  He's not even around.
25         MR. R. JONNA:  Yes, but I mean, Kev, if the

Page 53

1   right person --
2          MR. K. JONNA:  But no.  I -- I don't care.
3   He can -- he can do whatever he wants.  I am just
4   telling you what's going to happen.  He is more than
5   welcome to do whatever he wants.
6          MR. R. JONNA:  Yes, but Kev, if the right
7   person gets a hold of Don that he respects a lot, then
8   he's --
9          MR. K. JONNA:  Okay, bro.  You --
10         MR. R. JONNA:  You know what I mean?
11         MR. K. JONNA:  -- can think whatever you
12  want, bro.  You can think the right person, this,
13  that.  I know exactly what's going to happen.  This is
14  not -- anyways, but that's fine.  Let the right person
15  get a hold of Don.
16         MR. R. JONNA:  So --
17         MR. K. JONNA:  It's all good.
18         MR. R. JONNA:  So, it's under your umbrella,
19  Kev.  What -- how do you know you have them?  Don't
20  you have something that says here are your tokens, you
21  have 50,000 tokens, whatever.  Don't you have
22  something like that?
23         MR. K. JONNA:  Yes.  I do.
24         MR. R. JONNA:  So, why can't you bifurcate
25  that and send us ours?

14 (Pages 50 to 53)

USDC, Eastern District of MI      Jonna, et al. v. Jonna & GIBF GP, Inc., et al.      Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 54

1      MR. K. JONNA:  Hello?  Hello?
2      MR. R. JONNA:  Yo.  Is there a --
3      MR. K. JONNA:  Hello?
4      MR. R. JONNA:  -- is there a way to
5  bifurcate it and send us ours?
6      MR. K. JONNA:  What do you mean?
7      MR. R. JONNA:  Like, just -- like, parcelize
8  it out?  You know what I mean?  Like, these are mine
9  and here guys, here are yours.  Here's Ray, Freddie,
10  Simon.  These are your tokens.
11      MR. K. JONNA:  No, because it's all -- it's
12  one package for me.  I distribute them when I get
13  them.
14      MR. R. JONNA:  And they are where?  In your
15  wallet or whatever?
16      MR. K. JONNA:  No, no.  I am saying in my
17  agreement.
18      MR. R. JONNA:  Okay.  Okay.  So -- so, no
19  confirmations?  We're not getting confirmations?
20      MR. K. JONNA:  I can give you a
21  confirmation.  See, again, now you're twisting my --
22      MR. R. JONNA:  No, yes.  That's fine.  Get a
23  --
24      MR. K. JONNA:  This is crazy.
25      MR. R. JONNA:  You get us -- Kev --

Page 55

1      MR. K. JONNA:  This is crazy right now.
2      MR. R. JONNA:  -- you get us something for
3  sure.
4      MR. K. JONNA:  This is making me extremely
5  uncomfortable, man.  I am being honest with you.
6  Like, just to the extreme.
7      MR. R. JONNA:  I don't know how you can say
8  that, bro.  I am your first cousin.
9      MR. K. JONNA:  It's very simple.  Everything
10  you're saying is very, like --
11      MR. R. JONNA:  I am your first cousin.
12      MR. K. JONNA:  It's --
13      MR. R. JONNA:  I am not some guy you just
14  met on the phone, bro.
15      MR. K. JONNA:  Well --
16      MR. R. JONNA:  We grew up together.
17      MR. K. JONNA:  I understand that, but --
18      MR. R. JONNA:  What's wrong with you?
19      MR. K. JONNA:  -- it's still --
20      MR. R. JONNA:  You, fucking, had --
21      MR. K. JONNA:  -- just very --
22      MR. R. JONNA:  -- you, fucking, had -- you,
23  fucking, had self-tanner on your forehead and I,
24  fucking, wiped it down for you and licked it.  I am
25  your first, fucking, cousin, bro.

Page 56

1      MR. K. JONNA:  I had what?
2      MR. R. JONNA:  I -- I cleaned your,
3  fucking, forehead from a self-tanner before the
4  wedding.  That's how close we are.
5      MR. K. JONNA:  Yes.
6      MR. R. JONNA:  It's Raymond, bro.  It's me.
7  It's Raymond.  It's your cousin.
8      MR. K. JONNA:  I understand, but still --
9      MR. R. JONNA:  What do you mean you're
10  getting uncomfortable, bro?
11      MR. K. JONNA:  Well, you play both sides of
12  this.
13      MR. R. JONNA:  No, I don't.  Bro --
14      MR. K. JONNA:  I'll be very honest with you.
15      MR. R. JONNA:  I told you, bro.
16      MR. K. JONNA:  Yes, you do.  Yes, you do.
17      MR. R. JONNA:  I am not a multi-millionaire,
18  bro.  I have 200 Gs with you.  I want to know where
19  the fuck it is, bro.  It's not that complicated.  I
20  don't get it.  It's me asking --
21      MR. K. JONNA:  Oh, my god.
22      MR. R. JONNA:  -- you, bro.  It's not some
23  -- if I were a random dude, you'd be, like, "You know
24  what?  Go fuck yourself.  I am not giving you shit."
25  That's different, bro.  It's me.  I'm Zuhar's

Page 57

1  (phonetic) son.
2      MR. K. JONNA:  Yes.
3      MR. R. JONNA:  Like, all you have to do
4  is, "Ray, yo, I don't do this for anybody, bro, but I
5  am going to do it for you just so you get comfortable.
6  Here's" -- "Here's" -- I don't know.  I don't know,
7  bro.  This is your world.  Again, like, I am sure
8  there's something you can do.  Put me on the phone
9  with, fucking, Jay Sonato.  Let him say, "Raymond, I
10  have your money.  Here's a receipt and here's your
11  token" -- "here's your token receipt."  I don't know.
12  Something.  Not to mention, I have this, fucking, guy
13  calling me every single day.  "What's up?  What's the
14  latest?"  I am, like, "Don't worry, Freddie.  I'll get
15  you an update.  He's my cousin."
16      MR. K. JONNA:  Yes.  I really, like -- that
17  -- that was -- that was just a, fucking -- just
18  terrible decision.
19      MR. R. JONNA:  What?
20      MR. K. JONNA:  That was -- just all that and
21  honestly it came from Simon.
22      MR. R. JONNA:  I wish Freddie wasn't
23  involved.  I wish Freddie wasn't involved, bro.
24      MR. K. JONNA:  I --
25      MR. R. JONNA:  I would feel so much more

15 (Pages 54 to 57)

Page 58

1  comfortable if Freddie wasn't involved.  I am still
2  uncomfortable because again, my money went to a guy
3  that you say you know and I believe you, you know him.
4  I believe you February 26 .  That's all cool, that
5  makes me a little comfortable.  Freddie, though, is a
6  whole other, fucking, guy that we –– we don't need his
7  burden, bro.  Like, he's burdening us because we know
8  you.  Like, you know what I mean?  We're the middle
9  men here.
10      **MR. K. JONNA:**  Yes.
11      **MR. R. JONNA:**  –– and I wish –– I wish he
12  wasn't involved.  I would just, fucking -- you know,
13                                    th
14  fuck it.  Wait until February 26 .  Let's see what
15  happens.  Hopefully Latinum stays –– stays strong and
16  I can sell off a little and keep a lot.  That's –– I
17  mean, assuming it's going to keep going up.  I hope it
18  does. I don't know, Kev.  You get –– you get my
19  predicament, bro.  I am your first cousin.  Don't
20  treat me like I am not.  I am asking you simple
21  questions.  Pick up my calls, pick up my texts.  Let's
22  talk, let's stay in touch.  If you just say things,
23  like, "Ray, you know" –– if you said from the very
24  beginning, "Yo, Simon, Ray, Freddie, I am not sure
25  when your coins are coming, I have no idea.  I don't

Page 59

1  really have any confirmation you sent the wire.  I
2  can't get you confirmation on how many coins you have,
3  okay?  You guys just have to trust me on this.  Okay?
4  We're going to, fucking, kill it."  If you say that to
5  us -- if you said that to us from the beginning, then
6  nobody is going to be calling you, bro.  Do you
7  agree? Hello? Hello? Hello? Kev? Hello? Hey
8  babe.  On my way home.
9          (Audio Recording Concluded.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 60

1
2          CERTIFICATION
3      I, KRISTIN CORRADO, the assigned transcriber, do
4  hereby certify the foregoing transcript of proceedings
5  is prepared to the best of my ability and and is a
6  true and accurate transcript of the proceedings, as
7  recorded.
8
9  BY:  /s/Kristin Corrado
10      Tate & Tate, Inc.          11/4/2022
11      Agency Name                Date
12
13
14
15
16
17
18
19

Case 2:22-cv-10208-LJM-JJCG   ECF No. 62-3, PageID.1617   Filed 11/10/22   Page 18 of 24

USDC, Eastern District of MI        Jonna, et al. v. Jonna & GIBF GP, Inc., et al.        Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 61

**A**

ability 60:5
absolutely 25:22
    41:25
accept 3:22
account 40:25
accurate 60:6
accusation 38:18
accusations 36:3
acknowledgement
    44:6
act 19:9 40:19
after-party 7:21
Agency 60:11
ago 7:11
agree 4:7 8:11,22
    59:7
agreement 54:17
ahead 28:25 46:6
    49:23 50:6
ain't 11:22 13:16
Akon 7:11
Akon's 7:11
alley 4:22
Alto 15:10
amazing 10:21,22
    18:14
amount 36:2 48:22
Aneese 7:12,12
answer 50:4
anxious 17:16,16
    36:10 46:25 47:1
anybody 29:21
    38:22 44:6,10,13
    44:21 51:21 52:12
    52:13 57:4
anybody's 51:24
anymore 50:11
anyway 15:10 47:22
anyways 4:25 9:5
    11:12 14:11 16:1
    23:14,20 30:1
    33:11 47:9 53:14
Aoki 7:17
apart 12:2
apartment 10:6
Apparatus 13:18
area 26:17
aren't 49:25
asked 21:4 22:7,10
    22:18 23:15,18
    38:7,13,14
asking 16:5,15
    19:13 21:24 38:21
    40:14,19 46:20

49:9 56:20 58:20
asks 49:21
ass 29:19
assigned 60:3
assuming 58:17
attacking 5:9
attorneys 28:14,22
    28:25
Audio 3:1 59:9

**B**

babe 59:8
baby 17:6,9 46:25
    46:25
back 11:18 14:1
    18:18,24 19:21
    23:22 39:11 41:10
bad 42:9
baller 14:11
bank 40:24
Basile 24:3 28:16
    52:10
battle 4:14 6:1
Beach 8:1
beat 5:25
begging 9:6,14
    10:15,19 11:2,3
beginning 58:24
    59:5
believe 10:25 58:3,4
believed 36:19,25
Bernie 29:18
best 7:12,23 44:11
    45:11,12 60:5
better 11:7
beyond 48:20 49:15
Bieber 7:13
bifurcate 53:24
    54:5
big 8:7 40:21 41:2
    43:13 46:7,7
bigger 36:1
biggest 12:20 13:12
billionaire 7:4 15:9
billionaires 12:22
bit 26:11,16
Bitcoin 1:7 47:14
    51:18,20
Bitcoins 48:6
black 26:17
blame 31:17
blowing 35:7
blue 40:4,9,10,12
board 38:1
book 52:13

boom 47:16,16,16
    47:16
booth 7:11
boss 7:6
bosses 7:2,2
bought 16:18,18
    19:15 23:25 35:15
bouncer 13:23
boy 7:12,12 17:6,9
    46:25,25 50:15
boys 7:15,16 11:14
    11:14,15,16,17,24
    12:11,12
brag 43:13,14,14
bragged 43:15
bragging 43:22
brags 43:11,12,20
Breslin's 13:9
Brett 33:16 50:15
bring 10:6,13 15:22
bro 5:20 6:13,24
    7:10 9:7 12:15
    14:12,20 16:4
    18:24 19:5,8,9,12
    19:24 21:24 23:14
    23:21 24:5,8,25
    25:6,18 26:2
    27:21,25 28:3,10
    28:18 29:9,20,25
    30:3,10 31:13
    33:3 34:18 35:20
    36:9,13 39:1,14
    40:11,12,14,22
    41:4,15,21 43:2,8
    43:16,20 44:7
    46:6,15,19 47:5
    47:18 48:24 49:2
    49:8,9,11 53:9,12
    55:8,14,25 56:6
    56:10,13,15,18,19
    56:22,25 57:4,7
    57:23 58:7,19
    59:6
broke 11:24
brother 9:12,13
    15:17 18:25 28:12
    29:18 34:20
bucks 27:7
build 46:13
bullshit 11:13
bunch 3:2
burden 58:7
burdening 58:7
Burger 35:13,16
bus 22:1 31:25

business 9:8 26:2,3
    26:3,5,9,11 51:24
businessman 46:18
    47:25
buying 10:2 20:18

**C**

C-1 1:19
cahoots 32:25 33:1
    33:3
call 9:13 13:12
    17:21,24,25 18:1
    22:10 24:2,4
    46:22 49:22
called 10:3 22:19
    26:1 29:8 35:21
    45:3
calling 9:12 29:21
    29:21,22,22 57:13
    59:6
calls 9:12 17:5
    33:22 48:3 58:21
can't 5:25 13:24
    16:24 18:24,24
    20:1,4,4 29:9,17
    30:22 33:21 47:4
    48:12 49:3 51:21
    51:23 53:24 59:2
cannabis 3:5,8
care 4:1 18:1 22:11
    23:20,21 27:24
    43:21,25 45:4,7
    53:2
cares 5:1,4,7,18,20
    7:5 11:13 15:14
    15:25 34:7 44:13
    44:21,23
Carlton 13:7
CASE 1:2
catch 3:16
celebrities 6:23
celebrity 12:17
cell 13:9
CERTIFICATION
    60:2
Certified 1:18
certify 60:4
Chainsmokers 7:19
    7:19
change 41:2
chat 33:7
chest 8:16 13:24
childish 6:15,17
Chillin 3:15
Chris 4:24

Chuckie 14:8
chunk 41:2
circles 12:17,18
City 13:8
Claude 22:3,4,4,4,6
    22:7,8,12,13,19
    22:23 36:15,17
    37:12,12,15,22
cleaned 56:2
clearly 30:14,17
clients 13:19
close 56:4
clowning 9:1,1
coin 31:6,8
coins 16:18,25 17:1
    30:22 36:14 39:19
    41:22 48:8,19
    49:5,6,15 51:15
    58:25 59:2
come 12:2 36:14
    50:18 51:2
comes 31:7 36:1
    49:6
comfortable 30:4,9
    44:3,5 57:5 58:1,5
coming 30:24 31:2
    58:25
Commenced 3:1
common 26:1 28:8
community 46:20
compete 6:19 15:25
competition 4:14
complicated 56:19
component 10:10
concert 7:20
Concluded 59:9
condescending 4:10
conducting 26:7
conference 12:20
confirmation 16:3,6
    16:6,7,12,14,16
    16:20,20 17:20
    18:6 19:9,14 21:3
    21:25,25 24:1
    30:3 36:18 37:9
    37:12 38:2 42:7
    46:24 47:5 48:10
    48:12,17,22 49:3
    49:13,14 54:21
    59:1,2
confirmations
    16:15 54:19,19
confused 22:13,16
connects 15:12,12
    15:13,13,13

Case 2:22-cv-10208-LJM-JJCG    ECF No. 62-3, PageID.1618    Filed 11/10/22    Page 19 of 24

USDC, Eastern District of MI        Jonna, et al. v. Jonna & GIBF GP, Inc., et al.        Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 62

**contradicting** 21:21
  25:6
**conversation** 1:10
  2:4 3:17
**cool** 41:4,7 48:25
  58:4
**Cooper** 1:14
**Corrado** 60:3,9
**counting** 40:25
**country** 13:13
**couple** 38:20
**course** 10:17 11:3,5
**Court** 1:1,18
**cousin** 15:16 17:6
  24:10 41:3 43:8
  47:19 48:11 49:9
  55:8,11,25 56:7
  57:15 58:19
**COVID** 7:11 22:24
**crazy** 24:24 25:20
  41:24,25 43:19
  54:24 55:1
**create** 16:13
**crowds** 6:23 7:17
**crypto** 3:3,5 10:21
  12:1 24:22 25:4
  25:12,14 26:2,4
  26:10,10 28:6
  43:9
**Cuban** 13:10
**cute** 3:16

**D**

**D** 2:2
**d/b/a** 1:7
**da** 6:9,9,9,9,9 35:23
  35:23,23,23,23
  51:19,19,19
**dad** 34:21,23 35:2,3
  35:12,25
**dad's** 35:7,21
**dangerous** 19:24
  20:2,3
**Date** 60:11
**daughter** 8:7
**day** 13:13 28:17
  40:25 41:1,1
  44:10 46:21 49:2
  57:13
**Daymond** 13:20,22
  14:9,9,10
**days** 17:5 47:15
**deal** 8:7 10:2,3,16
  16:2,2 26:1,22
  28:9 35:19 46:10

48:16
**deals** 19:10 46:7,10
**decision** 57:18
**Defendants** 1:8
**definitely** 38:12
  45:2
**degrading** 35:24
**denied** 22:7
**depends** 11:19
**derogatory** 32:1
**dick** 3:19 8:15
**dicks** 3:18
**didn't** 8:17 14:15
  19:7 22:9,9,17,21
  25:3,12 36:9,20
  36:21 37:15 38:2
  38:3,8,9,10 47:3
**Diego** 7:22
**different** 3:2,4 6:21
  6:21,23 12:17
  22:18 24:23 25:7
  26:11,16 31:14
  42:15 56:25
**direct** 27:6 52:10
**disclosure** 50:1
**Disney** 13:6
**distribute** 54:12
**DISTRICT** 1:1,1
**doesn't** 15:11,11
  25:4,5,12,13
  35:25 41:3,5
  42:16
**doing** 6:18 13:12
  26:3,6,7 36:4 46:1
  46:2,7
**dollar** 10:5
**dollars** 40:25
**Don** 24:3 28:16
  52:9,13,14 53:7
  53:15
**don't** 3:25 4:16,19
  5:3,6,6,22,22 6:18
  9:7 11:4,4 14:13
  16:8,17 17:14,15
  17:22 18:1 20:7,9
  20:13,22 21:13
  22:8,11,20,22
  23:9,10,10,12,20
  23:21 24:5 25:2
  25:13 27:24 29:23
  30:7,9,12,13,15
  33:6 37:9,11,11
  37:13,16,23 38:16
  38:18,24 39:2,14
  40:11,12,14 43:17

43:20,21,25 44:6
  45:5 46:22 47:1,1
  47:5,12 48:12,15
  49:16,17,23 50:8
  50:18 51:2 52:6
  53:2,19,21 55:7
  56:13,20 57:4,6,6
  57:11,14 58:6,18
  58:19,25
**drama** 52:18
**dude** 46:17 56:23
**dumb** 5:17
**Dustin** 8:4

**E**

**E** 2:2
**earlier** 47:25
**early** 26:23
**easier** 38:17
**EASTERN** 1:1
**eggs** 5:12
**embezzlement** 29:9
  29:11,18
**emotional** 34:7,8
**English** 35:25
**entertained** 14:14
  14:21
**equation** 21:19
**equity** 10:10
**especially** 26:21
**Esquire** 1:14
**estate** 26:11 28:7
**everybody** 4:5,6
  12:21,22,24 15:17
  43:18,19 44:11,23
  45:8 46:16 52:20
**exact** 23:3
**exactly** 22:10 31:13
  31:20 36:22 38:6
  38:6 53:13
**exchanges** 20:19
**excuse** 37:10
**expression** 46:12
**extreme** 55:6
**extremely** 55:4

**F**

**fact** 23:22 40:18
**fame** 7:7 12:15
**far** 4:22
**FARID** 1:4
**favor** 10:19
**February** 8:1 48:7
  49:7 58:4,14
**feel** 19:9 27:4 50:17

57:25
**fell** 12:2
**Ferndale** 10:2
**fighting** 33:21
**figure** 3:7
**fine** 17:25 48:23
  53:14 54:22
**fire** 28:13
**first** 6:15,19 11:15
  34:1 36:13 45:4
  50:3,4 51:13 55:8
  55:11,25 58:19
**five** 19:7 36:5,6,8,9
  36:11 46:11,13
**following** 28:11
**foregoing** 60:4
**forehead** 55:23 56:3
**Freddie** 17:4,13,22
  27:25 46:17,22
  47:23 48:2,5 49:1
  49:19 51:8 54:9
  57:14,22,23 58:1
  58:5,24
**Freddie's** 28:2,2
  47:24
**free** 50:17
**friends** 6:21,22 7:13
  7:23 8:6,16
**front** 6:12 7:20
**frustrated** 32:14
**fuck** 5:24 7:7 8:7
  11:3 12:12 27:24
  29:23 40:11 44:10
  56:19,24 58:14
**fucked** 24:7
**fucking** 6:20 10:16
  11:8,23 13:5
  15:23 28:17 30:10
  35:3 40:20 42:10
  42:24 43:8 55:20
  55:22,23,24,25
  56:3 57:9,12,17
  58:6,12 59:4
**full** 9:22 50:1
**funny** 4:23 24:13,18
  34:25 35:24 42:19
  42:21 43:2,11

**G**

**game** 7:18
**gas** 9:22
**gathering** 31:9
**general** 10:13 29:17
**generally** 44:19
**George** 15:8

**getting** 10:8 11:17
  17:15,16 19:3
  29:19 34:7,8 37:9
  40:13,16 46:25
  47:1 54:19 56:10
**GIBF** 1:7
**give** 5:3 13:17 16:14
  19:7,20 31:7
  38:19 41:3,5
  48:17 49:7,8,8,13
  49:14 51:21 54:20
**given** 39:20,21
**gives** 7:7 8:7 44:10
**giving** 18:18 50:1
  56:24
**go** 5:23 11:8,9 12:19
  13:23 24:6,20
  28:25 29:23 40:5
  40:8 45:1 46:11
  49:23 50:6,12,17
  56:24
**god** 56:21
**goes** 13:24 48:11
  52:19
**going** 3:14 5:12,25
  7:25,25 10:6,8,9
  11:6,21 12:4,5,15
  13:1 14:18 15:6,7
  17:21 19:20 26:19
  27:6 31:7 35:11
  36:14,22 37:3
  39:15,18 41:9,12
  41:14,16 42:10,15
  46:22,23,23 49:22
  50:6,9,12 51:8,8
  51:23 52:1,2,3,4,4
  52:7,14 53:4,13
  57:5 58:17,17
  59:4,6
**golfer** 8:5
**good** 17:14 27:4
  33:14,22,24 34:2
  43:23 44:4,8
  45:12 46:4,16
  53:17
**gotten** 42:18,20
**GP** 1:7
**gray** 26:17
**green** 40:3
**Gretzky** 8:5
**Gretzky's** 8:7
**grew** 55:16
**group** 32:20 33:7
  49:4
**Gs** 19:8,8 38:19

Case 2:22-cv-10208-LJM-JJCG   ECF No. 62-3, PageID.1619   Filed 11/10/22   Page 20 of 24

USDC, Eastern District of MI        Jonna, et al. v. Jonna & GIBF GP, Inc., et al.        Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 63

40:20 49:11 56:18
**guarantees** 11:9
**guess** 51:12
**guest** 14:1
**guy** 5:10 23:7 24:2
  42:9 47:14 55:13
  57:12 58:2,6
**guy's** 31:5 34:25
  52:20
**guys** 3:17 4:21 9:6
  12:1,3,7,18,18
  16:23,25 17:2
  18:6,9,11,18 19:2
  21:2 23:6,25
  24:15 25:9,10
  26:12,22 28:10
  31:6,8,13,15,17
  32:24 34:19 35:8
  35:19 36:2 37:10
  38:16 41:19,23,24
  42:9 48:16 54:9
  59:3

**H**

**hand** 13:24
**hanging** 8:1
**hangs** 6:23
**happen** 52:1,8,19
  53:4,13
**happened** 13:17
  50:2
**happening** 39:13
  47:14 51:5,13
**happens** 21:25 22:1
  48:10,11 58:15
**happy** 18:18,22
  49:1
**harassed** 19:3 36:2
  41:24
**harassing** 42:1,6
**hard** 37:8
**haven't** 38:21,24
  39:2,5
**he'll** 3:21 24:4 33:5
  43:14,14
**he's** 3:20,21 4:14,18
  4:19 5:9,11 6:24
  6:24 7:2,16,18
  9:21 12:17,18
  14:1,8,10 15:17
  15:17,18,22 23:8
  28:4 29:19 35:6
  35:20,22,24 39:12
  43:9,15,16 46:18
  46:19,20,23,23,24

47:25 48:2 52:3
52:11,14,23,24
53:8 57:15 58:7
**heard** 42:12,14
  46:12 51:17
**heart** 43:13
**heated** 8:14
**heavily** 9:15
**hell** 17:1 22:23
**Hello** 47:6 54:1,1,3
  59:7,7,7,7
**help** 15:21
**helped** 35:8
**here's** 16:25 24:1,2
  24:3,3 27:5 30:8
  47:13 49:4 54:9
  57:6,6,10,10,11
**hesitation** 47:12
**hey** 13:24 16:25
  17:5 27:5 59:7
**hide** 18:1 47:18
**highly** 47:25
**hit** 22:1 31:25
**hold** 31:22 32:2
  37:16 47:6 50:4
  52:9 53:7,15
**home** 59:8
**honest** 12:16 14:20
  27:16,17 51:25
  52:7 55:5 56:14
**honestly** 40:15
  57:21
**hope** 10:21 23:8,9
  47:19 58:17
**Hopefully** 10:7
  58:15
**Hotels** 13:7
**huge** 41:15,16
  46:20
**Huh** 5:19 47:5
  50:21

**I**

**I'd** 11:8
**I'll** 13:17 15:22
  22:10 33:3,4 40:4
  49:13,13 51:4
  56:14 57:14
**I'm** 5:25,25 7:2
  8:17 13:5 29:22
  36:3 40:19 42:8
  46:25 47:1 51:25
  56:25
**I've** 39:20,20,22,22
  42:12

**ICSC** 12:19
**idea** 22:5 58:25
**imagine** 11:25
**immediately** 23:17
**impress** 15:22
**include** 10:11
**indiscernible** 5:23
  5:24 6:6 12:9
  35:12
**information** 37:6
  39:21 51:21
**initiated** 8:18
**insane** 25:24 32:17
**instances** 51:17
**interest** 18:19
**invest** 10:10
**invested** 27:5
**investments** 41:1
**investor** 28:4
**investors** 10:7
  26:23
**invited** 7:19
**involved** 57:23,23
  58:1,12
**isn't** 19:5 27:1
  33:14
**it's** 4:13,14,22,24
  5:8,8,9,14 6:14,17
  6:20,21 8:12 10:3
  10:18,19 11:2
  14:22,23,24 16:6
  17:4,25 18:12,13
  19:14,15 20:3,5
  21:5,20,23,23
  23:9,24 24:13,16
  24:24 25:6,6,9,12
  26:1,15,16,17,17
  26:23,24 27:18,20
  28:3,3,7,7,18 29:8
  29:20 32:6,9 33:2
  34:10,11,12 35:7
  35:21,22,23,24
  36:19,22 38:17,20
  39:14,23,25 40:2
  40:6,7 41:2,7,16
  41:18,21,21 42:5
  43:2,11 44:1 45:3
  46:15 53:17,18
  54:11,11 55:9,12
  55:19 56:6,6,7,7
  56:19,20,22,25
  58:17

**J**

**Jamal's** 12:4

**JAMARDOV** 1:4
**Jay** 23:7 24:2 57:9
**Jersey** 1:19
**John** 13:21,22 14:9
  14:9,10
**Johnson** 8:4
**Jones** 50:7,25 51:1
**Jonna** 1:4,4,7,10,11
  2:4,4 3:2,3,4,6,7,8
  3:10,11,12,13,14
  3:15,20,24,25 4:2
  4:5,8,9,12,13,16
  4:18,19,21 5:1,3,4
  5:6,7,8,13,14,15
  5:16,17,19,20,22
  6:2,3,5,6,8,9,10
  6:11,12,16,17,25
  7:1,3,4,9,10,14,15
  7:24,25 8:3,4,8,9
  8:11,13,17,19,20
  8:22,23,25 9:4,5
  9:10,16,17,18,19
  9:20,21,23,24,25
  10:23,24 11:1,2
  11:11,12,19,21
  12:6,7,9,10,13,14
  12:23,24,25 13:1
  13:3,4,15,16 14:5
  14:6,13,16,17,19
  14:21,25 15:1,2,3
  15:5,6,8,15,16,20
  15:21 16:5,10,11
  16:17,19,21,22,24
  17:8,9,11,12,17
  17:18,19,20,24
  18:3,4,8,9,14,15
  18:20,21,23 19:2
  19:4,5,7,18,19,22
  19:23,25 20:1,2,4
  20:6,7,9,11,13,15
  20:17,20,22,24,25
  21:3,5,7,8,9,10,11
  21:12,15,16,17,18
  21:20,21,23 22:2
  22:3,6,13,14,16
  22:17,25 23:1,2,5
  23:6,14,20 24:9
  24:10,13,14,15,17
  24:18,19,20,22,24
  24:25 25:2,8,9,15
  25:16,17,18,19,20
  25:21,22,23,24,25
  26:4,6,8,9,10,13
  26:15,20,21,25
  27:1,2,8,9,10,13

27:14,16,19,20,22
27:23 28:1,2,15
28:16,19,20,22,23
28:24 29:2,4,5,7,8
29:11,12,14,16,25
30:2,5,7,11,13,14
30:15,17,19,20,21
30:21,24 31:1,2,4
31:5,10,12,16,17
31:19,20,22,24
32:2,3,4,6,8,9,10
32:11,12,14,15,17
32:18,20,22,24
33:1,2,3,8,10,11
33:12,14,16,17,19
33:20,23,24 34:1
34:2,4,5,6,8,9,10
34:11,12,13,15,17
34:19,22,23 35:1
35:2,5,6,10,11,13
35:14,16,18,19,20
36:5,7,8,11,13,16
36:17,19,20,24
37:2,3,5,6,8,15,16
37:18,19,20,21,22
37:23,25 38:7,9
38:10,11,15,23,25
39:2,4,5,7,9,10,16
39:18,20,23,24,25
40:1,2,7,8,16,17
40:23,24 41:5,7,8
41:11,12,14,16,18
41:19,21,23 42:1
42:3,4,5,7,8,11,12
42:13,14,17,18,19
42:20,21,22,23
43:1,2,3,4,5,7,21
43:23,25 44:4,5,8
44:9,12,13,15,17
44:20,21,22,23,25
45:1,2,6,7,9,10,14
45:15,17,18,20,21
46:3,4,8,9,14,15
47:6,7,8,9,21,22
48:6,9,14,24
49:12,18,20,21,24
50:6,8,10,11,12
50:14,15,17,18,20
50:21,22,24 51:1
51:2,3,7,10 52:9
52:11,16,17,22,23
52:25 53:2,6,9,10
53:11,16,17,18,23
53:24 54:1,2,3,4,6
54:7,11,14,16,18

Case 2:22-cv-10208-LJM-JJCG   ECF No. 62-3, PageID.1620   Filed 11/10/22   Page 21 of 24

USDC, Eastern District of MI        Jonna, et al. v. Jonna & GIBF GP, Inc., et al.        Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 64

54:20,22,24,25
55:1,2,4,7,9,11,12
55:13,15,16,17,18
55:19,20,21,22
56:1,2,5,6,8,9,11
56:13,14,15,16,17
56:21,22 57:2,3
57:16,19,20,22,24
57:25 58:10,11
**Josh** 7:21,22
**jump** 11:17,22,23
**jumped** 11:17
**Justin** 7:13

**K**
**K** 3:2,4,7,10,12,14
3:20,25 4:5,9,13
4:18,21 5:3,6,8,14
5:16,19,22 6:3,6,9
6:11,16,25 7:3,9
7:14,24 8:3,8,11
8:17,20,23 9:4,10
9:17,19,21,24
10:23 11:1,11,19
12:6,9,13,25 13:3
13:15 14:5,13,17
14:21 15:1,3,6,15
15:20 16:5,11,19
16:22 17:8,11,17
17:19,24 18:4,9
18:15,21 19:2,5
19:18,22,25 20:2
20:6,9,13,17,22
20:25 21:5,8,10
21:12,16,18,21
22:2,6,14,17 23:1
23:5,14 24:9,13
24:15,18,20,24
25:2,9,16,18,20
25:22,24 26:4,8
26:10,15,21 27:1
27:8,10,14,19,22
28:1,15,19,22,24
29:4,7,11,14,25
30:5,11,14,17,20
30:24 31:2,5,12
31:17,20,24 32:3
32:6,9,11,14,17
32:20,24 33:2,8
33:11,14,17,20,24
34:2,5,8,10,12,15
34:19,23 35:2,6
35:11,14,18,20
36:7,11,16,19,24
37:3,6,15,18,20

37:22,25 38:9,11
38:23 39:2,5,9,16
39:20,24 40:1,7
40:16,23 41:5,8
41:12,16,19,23
42:3,5,8,12,14,18
42:20,22 43:1,3,5
43:21,25 44:5,9
44:13,17,21,23
45:1,6,9,14,17,20
46:3,8,14 47:6,8
47:21 48:6,14
49:12,20,24 50:8
50:11,14,17,20,22
51:1,3,10 52:11
52:17,23 53:2,9
53:11,17,23 54:1
54:3,6,11,16,20
54:24 55:1,4,9,12
55:15,17,19,21
56:1,5,8,11,14,16
56:21 57:2,16,20
57:24 58:10
**keep** 16:5,15 21:2
37:10 42:25 47:13
58:16,17
**Kev** 4:8 5:1,21 6:10
6:19 8:13 9:5,18
9:25 10:14 11:6
11:14 12:11,16
13:5 14:4,16,19
14:25 15:11 16:2
17:3 18:8,20,23
19:4,10 20:5
21:17,24 22:1
23:21 24:11,17
25:17,23 27:13
28:6,11 30:7,19
31:11,16,19,22
32:4,18 33:12,12
33:19 34:1,13
36:5 37:21 38:15
40:3,9,14,20
41:11,14 42:19
47:2,9,12,23
48:13 49:9 52:16
52:25 53:6,19
54:25 58:18 59:7
**Kev's** 6:19
**Kevin** 1:7,11 2:4
11:23 23:7,12
41:3 43:8 46:22
51:8
**Kevin's** 48:2
**kill** 59:4

**kind** 8:25 9:1 20:22
20:25 46:17 47:4
49:3
**kinds** 52:17
**king** 35:13,16 43:9
**knew** 37:12
**know** 3:19,22,25
4:3,9,13,24 5:11
5:24 6:11 7:1,4,7
7:16 8:1,9 9:7,21
9:22,23 10:11,17
10:25 11:5,9,14
11:14 12:1,8,10
12:12,14,15,17,19
12:20,23,24 13:1
13:2,16,17 14:2,3
14:14 15:1,11,14
15:18 16:8,24
17:8,18,21 19:12
19:12 21:13 22:8
22:9,22,24 23:2,8
23:10,10,11 24:19
25:12 27:18,23
28:13 29:12 30:7
30:10,19,21 32:1
33:23 34:15,21
35:3,25,25 38:3
38:15 39:13,23,25
40:4,17,18,22
41:2,8 42:15,19
42:21,24 43:4,7,9
43:10,15,16,17,17
44:1,2,2 45:16
47:3,12,14,20
48:12 49:2,16,17
52:3,18 53:10,13
53:19 54:8 55:7
56:18,23 57:6,6
57:11 58:3,3,7,8
58:12,18,23
**knows** 4:21 15:17
**KRISTIN** 60:3

**L**
**lack** 31:5
**latest** 57:14
**Latinum** 1:7 16:2
17:22,25,25 18:2
27:6 47:16 49:19
49:22,24 51:18
58:15
**Latium** 51:20
**laughing** 4:3
**laws** 51:22
**legal** 51:22

**legit** 23:9
**let's** 11:8,9 13:23
14:19 15:25 30:9
58:14,21,22
**letting** 42:15
**Levenson** 1:14
**licked** 55:24
**lie** 23:12 36:9,11,12
40:5
**lied** 36:5,6,8,10
**life** 4:15 46:5
**light** 28:13
**literally** 15:10
**little** 3:16,16 8:13
8:14,14,15 13:18
26:11,16 49:1
51:17 58:5,16
**lives** 46:6
**long** 9:17 46:5,6
**longer** 3:18
**look** 8:11 9:18
10:14 11:4 40:5,8
**looking** 40:24 41:1
**lost** 12:2
**lot** 3:4,5 26:19
27:18 45:22,24,25
47:17 51:4 52:14
53:7 58:16
**lying** 39:14

**M**
**Mac** 7:23
**Madoff** 29:18
**making** 38:18 55:4
**man** 3:6,11,15 5:13
11:12 13:24,25
16:16 17:14 18:15
24:15 25:20 32:7
35:25 40:16 44:15
47:22,25 49:12
50:7 55:5
**Marcus** 15:8
**Mark** 13:10
**Marsh** 6:3
**Marshmallow** 4:23
6:4,22 7:18 8:16
13:2
**matter** 15:11,11
25:5,12,13 42:16
**mean** 4:2,5,8 6:10
9:8,18 10:17,19
11:5,12,14,15
12:12 13:2 14:16
14:19 15:10 16:10
17:3 18:23 19:21

19:24 20:8 24:7
27:13 28:18,24
29:8,13 30:15
31:16 40:13 44:12
45:8 47:3,9 48:24
48:25 49:2 52:5
52:13,25 53:10
54:6,8 56:9 58:8
58:17
**means** 14:11,11
**meant** 9:10
**Medford** 1:19
**meet** 13:13
**meeting** 28:17
**men** 58:9
**mention** 42:10
57:12
**messed** 32:7 34:10
34:11,12
**met** 47:15 55:14
**MICHIGAN** 1:1
**middle** 58:8
**Miller** 7:23
**million** 10:5 14:8,10
19:11
**millionaires** 12:21
45:25,25
**mind** 27:17,20
33:22
**mine** 33:5 54:8
**minutes** 46:11,13
**misinformation**
39:14,16
**missing** 21:18 24:7
24:20 48:11
**Mm-hm** 3:12 7:14
10:23 11:1 12:13
13:3,15 15:15
17:17 19:18 28:1
45:17 46:14
**money** 10:4,22 12:2
18:18,19,23 19:1
19:11,15,20 20:8
23:7,10,11 27:18
29:10,14,16 36:3
39:1 40:21 41:10
41:18,21 47:17
57:10 58:2
**month** 7:5 15:9,10
**months** 38:20
**motherfucker** 14:2
14:3
**motives** 52:20
**Move** 13:25
**moving** 26:18

Case 2:22-cv-10208-LJM-JJCG   ECF No. 62-3, PageID.1621   Filed 11/10/22   Page 22 of 24

USDC, Eastern District of MI      Jonna, et al. v. Jonna & GIBF GP, Inc., et al.      Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 65

multi-millionaire 49:10 56:17

**N**

N 2:2
name 4:24 14:7 47:15 52:4 60:11
named 23:7
names 38:5
national 12:16
need 15:21 17:20,21 33:17 44:6 58:6
negative 4:10
never 5:14 7:9 10:14 14:14 23:17 29:2 38:4
Nevermind 14:17
New 1:19 13:8
newer 26:16
nice 3:6,11,13 9:9
nicest 35:3
non-stop 19:3
nonstop 42:5
normal 26:24
number 8:4 13:9,9 24:3,4 45:3
numbers 38:1,5
numeral 45:3

**O**

obviously 29:20
official 49:3
oh 5:10,13 10:14 13:22 18:11 25:14 31:24 35:6,20 37:10 43:12 50:10 51:10,10,19 56:21
okay 6:20 17:15,15 26:15 29:15 36:20 47:14 49:16 50:14 51:16 53:9 54:18 54:18 59:3,3
old 10:3 35:25
once 13:17 15:9,10 17:5 34:21
opening 3:6,8
opportunities 10:24
order 20:12 23:25
outside 28:4 40:5,8
owner 13:6
owners 13:13

**P**

P 1:14
package 54:12

PAGE 2:3
Palm 8:1
Palo 15:9
paper 48:18
paranoid 31:10,12
parcelize 54:7
part 6:18 51:24,25
partner 10:13
parts 43:10
Paulina 8:5
peace 27:17,20
people 9:8 10:18 12:11,11 15:22,23 15:23,25,25 17:22 17:24,25 18:2 29:17 42:9,11,13 42:17 43:10 45:3 45:7,10,21,22,23 45:24,24,25 49:22 49:25 51:11,14,18
people's 10:4 19:11 29:10 51:14
percent 4:12 10:9 10:10 38:13
period 9:17
person 35:3 53:1,7 53:12,14
personality 4:6 46:17
Peter 35:12
phone 13:9,9 30:3,5 30:9 33:4 55:14 57:8
phonetic 4:24 7:12 7:22 8:6 12:4 15:9 17:5 22:3 23:8 24:3 33:16 50:15 57:1
pick 58:21,21
picking 48:3
piss 49:10
place 8:21 9:14 33:22
Plaintiffs 1:5
play 25:10 56:11
playing 47:15
plays 52:12
Please 33:13
plenty 38:23 39:9
plus 18:18 52:17
point 41:9
poker 47:15
portfolio 10:6
position 23:4 47:11
positive 50:9

pound 8:15
predicament 58:19
prepared 60:5
presale 49:4
pretty 31:8,10
price 18:10
prison 29:19
privacy 51:22
private 18:10
privileged 18:13 26:22
probably 7:16 27:17 43:18
problem 41:15,19 50:3,3
PROCEEDING 2:3
proceedings 60:4,6
products 19:16,16
professionalism 26:1 28:8
prominent 12:21
property 13:12 35:8 35:8
Puerto 52:23
pull 8:15
pulled 14:7,7
pulling 3:18
pursuing 9:15
pushing 9:19 23:22
put 34:20 57:8
puts 13:23

**Q**

quadrupled 19:16 19:19
question 40:20
questions 58:21
quick 13:17 34:6
quickly 51:5
quiet 39:8

**R**

R 3:3,6,8,11,13,15 3:24 4:2,8,12,16 4:19 5:1,4,7,13,15 5:17,20 6:2,5,8,10 6:12,17 7:1,4,10 7:15,25 8:4,9,13 8:19,22,25 9:5,16 9:18,20,23,25 10:24 11:2,12,21 12:7,10,14 13:1,4 13:16 14:6,16,19 14:25 15:2,5,8,16 15:21 16:10,17,21

16:24 17:9,12,18
17:20 18:3,8,14
18:20,23 19:4,7
19:19,23 20:1,4,7
20:11,15,20,24
21:3,7,9,11,15,17
21:20,23 22:3,13
22:16,25 23:2,6
23:20 24:10,14,17
24:19,22,25 25:8
25:15,17,19,21,23
25:25 26:6,9,13
26:20,25 27:2,9
27:13,16,20,23
28:2,16,20,23
29:2,5,8,12,16
30:2,7,13,15,19
30:21 31:1,4,10
31:16,19,22 32:2
32:4,8,10,12,15
32:18,22 33:1,3
33:10,12,16,19,23
34:1,4,6,9,11,13
34:17,22 35:1,5
35:10,13,16,19
36:5,8,13,17,20
37:2,5,8,16,19,21
37:23 38:7,10,15
38:25 39:4,7,10
39:18,23,25 40:2
40:8,17,24 41:7
41:11,14,18,21
42:1,4,7,11,13,17
42:19,21,23 43:2
43:4,7,23 44:4,8
44:12,15,20,22,25
45:2,7,10,15,18
45:21 46:4,9,15
47:7,9,22 48:9,24
49:18,21 50:6,10
50:12,15,18,21,24
51:2,7 52:9,16,22
52:25 53:6,10,16
53:18,24 54:2,4,7
54:14,18,22,25
55:2,7,11,13,16
55:18,20,22 56:2
56:6,9,13,15,17
56:22 57:3,19,22
57:25 58:11
Raiders 7:17
random 56:23
raped 29:19
Ray 1:10 2:4 10:12 10:15 11:7 16:6

17:6,16 18:16
20:3,23 21:14
23:3,23 24:6
29:23 30:8 33:14
36:21 39:10,12
40:2,10,11 41:8
42:8 43:25 46:21
48:9 49:4,12,22
54:9 57:4 58:23
58:24
Ray's 5:10
Raymond 1:4 30:21 56:6,7 57:9
reach 49:19
reaching 51:18
read 33:4,5
real 4:24 7:6 9:2 19:14 21:23 26:11 28:6 34:6
really 3:25 14:13 18:16,16,16,17,21 18:22 24:16,18 25:5 32:6,6,8 33:20 34:12 39:13 41:9 42:22 44:1 51:5 57:16 59:1
reason 49:25 52:1
receipt 28:12 57:10 57:11
received 39:21,22
recorded 60:7
Recording 3:1 59:9
regular 27:1
relay 37:3
relayed 39:22
release 49:7
released 20:10 48:7
remember 7:22 34:24,24
Reporters 1:18
reputation 46:5,10
Requested 1:14
resource 15:18
respect 43:19
respected 46:18 47:25
respects 53:7
responding 48:3
return 10:19
returns 10:9
reversed 47:10
Rico 52:23
right 4:2,12,16 5:11 6:6 10:6 11:21 14:22 16:18,21

Case 2:22-cv-10208-LJM-JJCG  ECF No. 62-3, PageID.1622  Filed 11/10/22  Page 23 of 24

USDC, Eastern District of MI       Jonna, et al. v. Jonna & GIBF GP, Inc., et al.       Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 66

17:3 19:11 20:15
20:20 22:11 26:20
29:19 30:1,22
33:4 40:5 43:13
45:22 46:25 48:9
49:18 51:7 53:1,6
53:12,14 55:1
**Ritz** 13:7
**Road** 1:19
**roles** 47:10
**roll** 50:19,24
**rookies** 19:13
**Room** 13:18
**row** 7:20
**Rubley** 1:14
**ruin** 46:9,13
**rumors** 52:18
**Russian** 46:19
**Russians** 46:19,20
**ruthless** 45:22

**S**

**s/Kristin** 60:9
**safe** 21:4,6
**San** 7:22
**saw** 3:16
**saying** 4:9 8:17,18
8:24 11:9 13:5
15:19 18:16,25
19:12 20:24 21:1
21:2 22:8 28:6,7
29:2,3,12,17,20
39:13 40:2,7
44:18,18 47:24
48:18,22 49:21,25
51:19 52:20 54:16
55:10
**says** 5:16 7:1 9:9
25:11 52:2 53:20
**scenario** 51:12
**Schibaba** 33:16
**scraping** 11:22
**scrapping** 11:24
**screaming** 22:19
**screenshot** 17:2
23:24
**sec** 14:17 47:6
**secrets** 33:6,6
**security** 27:4
**see** 8:12 13:20 24:9
24:14 30:17 38:2
40:9 51:3 54:21
58:14
**seeing** 3:18 49:14
**self-interest** 44:22

**self-tanner** 55:23
56:3
**sell** 58:16
**send** 23:24 25:3,4
33:9 41:9 42:2,4
48:18 50:5 51:9
53:25 54:5
**sends** 32:20
**sent** 23:7 24:2 25:3
25:4,11 33:8 59:1
**serious** 4:19
**Shadd** 8:6
**Shark** 13:21
**shit** 5:3,7,17 7:10
9:9 12:15 13:22
16:1 56:24
**should've** 27:9,14
**shouldn't** 6:14,15
7:5,6 9:2 11:4
**show** 14:4,7
**showing** 4:4
**sides** 25:10 56:11
**silly** 38:18
**Simon** 1:4 3:17 4:3
4:6,6 6:13,23 8:12
8:18,21 10:12,16
12:1,16,23,23
13:5 14:15,25
15:2,5,8,17,22
17:4 25:3,10
27:24 32:20 42:23
42:25 43:4,7,11
43:11,13,19 45:23
54:10 57:21 58:24
**Simon's** 6:13,18
33:4 45:24 50:15
**simple** 19:14 21:24
40:19 55:9 58:20
**single** 39:24 57:13
**sit** 39:11
**situation** 23:15
51:13
**sky** 40:3,3,9,10,12
**skyscrapers** 13:8
**sneaky** 31:14
**somebody** 52:5
**son** 12:4 57:1
**Sonato** 23:8 24:2
57:9
**south** 46:11
**space** 25:5 44:6
**speak** 42:23
**special** 4:6 13:11,16
14:1 18:10
**specific** 44:18

**spoke** 22:23
**sponsor** 10:11
19:10 28:8
**sponsoring** 9:25
10:1,1 25:25
**sponsors** 10:4,8
**spooked** 52:12
**spots** 3:9
**spreadsheet** 22:20
22:21 23:16,18
37:25 38:5,8
**stake** 52:14
**stand** 44:2
**start** 11:22,23 12:3
13:21 33:6
**starting** 8:21
**STATES** 1:1
**stay** 39:8 58:22
**stays** 58:15,15
**Steve** 47:15
**Stokes** 1:19
**stops** 13:23
**story** 13:18
**straight** 24:11,11
32:12,15,19,22
**strong** 58:15
**stuff** 19:14,23 27:11
33:21 34:25 36:1
36:7
**stuffy** 23:2
**Suite** 1:19
**super** 32:12,15,18
**supposed** 48:1,2
**sure** 11:8 36:22
48:25 55:3 57:7
58:24
**suspicious** 37:14,19
37:24 40:18
**swear** 18:15

**T**

**table** 28:17
**take** 9:14 11:25
29:9,14 33:3,5
**taken** 8:20
**takes** 46:12,12
**talk** 9:7 17:6,9,13
19:24 20:2,3
24:15 28:25 52:5
52:14 58:22
**talked** 22:4,6 43:9
43:16
**talking** 6:14 7:6
11:20 19:10 22:5
22:23 25:19,21,25

26:14 29:24 31:21
34:9 38:3 42:25
**talks** 15:2,5,8 43:7
**Tank** 13:21
**targets** 26:18
**Tate** 1:18,18 60:10
60:10
**TELEPHONIC**
1:10
**tell** 11:6 16:8 17:24
18:3 21:13 22:14
22:20 23:16 24:4
24:5,6 28:22 29:1
30:7,10 33:13
34:20 47:2,3,11
47:17,23,23,24,24
48:4,4,4,15 49:19
51:8,24
**telling** 4:18 21:5
25:14 26:2 29:23
31:14,24 39:12
41:15 42:9 47:4
51:11,11,20 53:4
**ten** 10:9,21 11:6
**terrible** 57:18
**text** 25:4,11 32:20
33:8 50:5
**texts** 58:21
**th** 58:13
**that's** 3:20,20,21
4:11,23 5:9,15,17
8:23,23 9:9 10:17
10:18,22 13:22
15:24 16:19,20
18:6,14,25 19:24
19:25 20:2 21:10
21:13 23:11,15,19
27:14 28:24 29:3
29:5,17,18 31:2
31:12,13,13,20
36:16,25 38:1,5,6
38:12,14 40:14,21
41:4,12,14 43:12
44:1,12,15,17,19
45:13,15,18 46:1
48:7,19,20,23,25
51:13,22,24,25
52:1,5,7 53:14
54:22 56:4,25
58:4,16
**there's** 10:9 16:11
16:12,13,14,15
18:4,4,5,5,11
23:16 26:18,18
33:5 39:16 44:22

44:25 45:2,22
46:19 51:16,17
52:17 57:8
**they'll** 45:12
**they're** 4:22 20:19
51:19 52:2,4
**thing** 6:21 8:10
10:20,21 16:1
18:10,13 21:18
24:22 28:3 38:16
39:24
**things** 3:2,3,5,5
18:24 20:5 21:2
26:19 32:3 33:20
38:23 39:9,12
47:4 51:5 52:19
58:22
**think** 4:17,19 6:17
8:22,25 12:3,5
31:6 36:22,22
41:9,10 43:5
47:19 48:25 49:5
50:12 53:11,12
**thinking** 15:24
31:11
**thought** 4:3 36:16
**threaten** 41:20
**three** 17:5
**three-way** 22:11
**time** 5:12 9:11,17
17:14 19:11 32:16
32:19 33:25 36:24
**times** 10:20 35:21
35:23 36:6,6,9,9
**token** 48:10 57:11
57:11
**tokens** 16:3 20:5,9
20:12,14,17,18
23:24 27:5 46:24
48:23 53:20,21
54:10
**told** 9:13 20:10
22:12 30:20 33:9
36:13,15,17,25
37:1,7,12 47:16
49:12 51:14 56:15
**tomorrow** 24:7
**totally** 20:20,25
**touch** 30:22 58:22
**touching** 11:23
**town** 46:18
**transcriber** 60:3
**transcript** 60:4,6
**treat** 58:20
**true** 38:12,13 44:15

USDC, Eastern District of MI      Jonna, et al. v. Jonna & GIBF GP, Inc., et al.      Case No. 22-cv-10208
Telephonic Conversation between Ray Jonna & Kevin Jonna

Page 67

44:17 60:6
**truly** 11:15
**trust** 21:8,11,12
  24:6 31:5 37:11
  37:11 38:16,18
  39:11 40:4,11,12
  47:19 59:3
**trusted** 28:4
**trusting** 30:25
**trusts** 28:5
**trying** 3:7 28:20
**turned** 9:2 32:14
**twisting** 54:21
**two** 7:11 9:11,24
  36:14,23 39:19
  46:10
**type** 48:12

**U**
**Uh-huh** 35:5
**umbrella** 18:7
  26:23 48:16,21
  53:18
**umbrellas** 51:15
**unbelievable** 32:9
**uncle** 35:22
**uncomfortable** 55:5
  56:10 58:2
**understand** 14:22
  14:23 17:3 20:11
  20:20 21:1 23:13
  30:12,16 48:13,15
  55:17 56:8
**uniform** 26:15
**UNITED** 1:1
**uno** 45:3
**update** 28:20 29:22
  29:24 46:21,23
  48:2 49:8 57:15
**updates** 28:10 30:3
  30:18 38:21,25
  41:4,6
**upset** 40:13,16
**use** 37:10

**V**
**value** 19:20
**Vegas** 3:10
**Virgin** 13:7
**vs** 1:6

**W**
**wait** 25:8 33:12
  39:4,4,11 58:14
**walk** 13:20,20,24

**walking** 13:21
**wallet** 17:2 24:1
  54:15
**Walt** 13:6
**want** 10:12 15:22
  22:11 28:25 29:1
  29:10,15 30:8,21
  34:15 37:13,16,23
  38:25 40:22 41:1
  41:3,5,19,23
  45:11 47:2 48:22
  49:16 53:12 56:18
**wanted** 3:15 27:3,4
**wants** 5:23,23 10:10
  44:11 46:9 49:20
  53:3,5
**wasn't** 9:14,19
  28:12 29:6 57:22
  57:23 58:1,12
**waves** 14:9
**way** 4:10 16:8,14
  18:17 20:18 22:18
  27:10 28:24 31:10
  31:14 42:3 43:12
  45:10,18 48:15
  50:1,13 52:24
  54:4 59:8
**Wayne** 8:6
**we'd** 10:13,14
**we'll** 10:24 49:7
**we're** 9:20,20 10:1
  10:1,2,4,4,5,6,7,8
  11:19 12:3,5,11
  13:11,19,19,22
  14:1,3 19:12,13
  19:13 26:3,6,7
  33:1 34:9 38:19
  46:16,16 50:12
  51:23 52:4 54:19
  58:8 59:4
**we've** 13:11 38:19
  38:21 43:23 46:1
  46:1
**weapon** 15:18,23
**website** 27:8,11
**wedding** 56:4
**weeks** 9:11,24 36:14
  36:23 39:19
**welcome** 53:5
**went** 7:21 11:24
  14:14 58:2
**what's** 3:14 16:2,2
  17:6 37:2,5,8
  42:19,21 44:11
  45:11,12 46:21

52:1 53:4,13
  55:18 57:13,13
**where's** 16:3,3
  40:20 48:9,10
**white** 26:18
**Whittall** 14:8
**wife** 8:5
**Wilbur** 13:8
**William** 1:14
**wiped** 55:24
**wire** 37:12 38:2
  59:1
**wish** 27:23,25 57:22
  57:23 58:11,11
**won't** 33:22
**wonder** 11:16
**wondering** 51:15
**Woodward** 10:3
**word** 42:10
**worded** 38:2
**words** 31:15
**work** 12:2
**working** 10:5
**works** 10:7 24:5
**world** 8:5 12:20,22
  13:7 28:13 35:3
  42:24 43:6 44:19
  57:7
**worry** 17:14,15,23
  46:22 47:1,2
  57:14
**worst** 52:11
**worth** 14:8,10 19:5
  49:5
**would've** 27:10,17
**wouldn't** 6:12 21:1
  22:14 36:10 39:1
  45:4
**wrong** 18:17 34:14
  34:17,19 55:18
**www.tate-tate.com**
  1:20
**Wynn** 7:21

**X**
**x** 2:2 10:21 11:7
  48:22

**Y**
**years** 6:20 7:11
  13:12 46:2,6,13
**yo** 14:6 18:25,25
  19:15,19 23:23
  39:10 40:2 47:7,8
  51:8 54:2 57:4

58:24
**York** 13:8
**you'd** 11:7 56:23
**you're** 4:2,12,16,23
  6:22 7:6 10:15
  12:4 14:21 20:18
  21:21 22:23 24:7
  25:13 26:2 28:8
  28:21,23 29:23
  31:1,20,23,24
  32:19 39:13,15,18
  40:10 43:12 45:22
  47:3,18 48:16,21
  54:21 55:10 56:9
**you've** 36:5,6,8
  38:23,24 39:9
**younger** 6:20

**Z**
**Zuhar's** 56:25

**0**
**08055** 1:19

**1**
**10,000** 16:25
**100** 4:12 10:20
  19:11 38:13
**100,000** 49:5,6
**11,000** 17:1 30:22
**11/4/2022** 60:10
**14** 49:5
**15** 6:20

**2**
**20** 13:12 27:6,11
  35:21,23 46:2,13
**200** 49:11 56:18
**22-cv-10208** 1:2
**25** 49:6
**250** 40:20
**26** 58:4,14

**3**
**3** 2:4
**30** 10:8 46:6
**30-million-dollar**
  10:2
**300** 14:10
**325** 10:3

**4**
**40** 10:9 46:6

**5**

**50** 46:6
**50,000** 53:21
**500** 19:8 38:19
**500,000** 21:4 28:11
  39:11
**520** 1:19

**6**
**60-million-dollar**
  10:3

**7**

**8**
**817** 10:5
**856** 1:20

**9**
**940** 14:8
**983-8484** 1:20