# Exhibit
# C

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Rubley William**

| | |
|---|---|
| **From:** | Bitcoin Latinum <tokensales@bitcoinlatinum.com> |
| **Sent:** | Tuesday, September 07, 2021 6:53 PM |
| **To:** | Simon Jonna |
| **Cc:** | Erik Sharkey |
| **Subject:** | Re: Bitcoin Latinum Tokens |

Hi Simon, Erik:

We already closed our pre-sale #3 now.

The last sales were at $16 with a 5% bonus.
If you would like to proceed we can seek finance approval. Please finalize your amount.

Thank you for being an early supporter of Bitcoin Latinum.
Regards
Bitcoin Latinum Team

Visit updated website www.bitcoinLatinum.com
Watch Nasdaq Interview with Dr. Basile
Watch now  Feature of Cryptocurrency

On Tue, Sep 7, 2021 at 2:02 PM Simon Jonna <Simon@thejonnagroup.com> wrote:

Please advise at your earliest. Thank you.

**Simon Jonna**

**From:** Erik Sharkey <Erik@thejonnagroup.com>
**Sent:** Tuesday, September 7, 2021 4:47 PM
**To:** Bitcoin Latinum <tokensales@bitcoinlatinum.com>; Simon Jonna <Simon@thejonnagroup.com>
**Subject:** RE: Bitcoin Latinum Tokens

Looking to invest $100,000-200,000 USD. What price per token would we be purchasing the tokens at?

**Erik Sharkey**

1

BITCOIN000708

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Investment Broker | National Net Lease Group

Direct:  +1 248 226 1648 | Mobile:  +1 586 565 1095

erik@thejonnagroup.com



401 S. Old Woodward Ave, Suite 425

Birmingham, MI  48009 | USA

thejonnagroup.com

   

Legal Disclaimer

---

**From:** Bitcoin Latinum <tokensales@bitcoinlatinum.com>
**Sent:** Tuesday, September 7, 2021 3:13 PM
**To:** Simon Jonna <Simon@thejonnagroup.com>
**Cc:** Erik Sharkey <Erik@thejonnagroup.com>
**Subject:** Re: Bitcoin Latinum Tokens

Hi,

Our token sale #3 ended now.

Can you please give me some idea on how much you folks are planning, so that I can discuss with the Finance team to see if we can make some exceptions in your case.

We are in pre-sale and plan is to go mainnet in Q3 2021 along with crypto exchanges.  Once we are in mainnet, we will be publishing the Latinum  wallets into google and apple AppStores.  You need to download the wallet, create your own address and then we will transfer the tokens to your wallet.

2

BITCOIN000709

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

In any case, if you need to buy the presale tokens, you need to create an account at https://app.bitcoinlatinum.com.  Please checkout and create one.

Thank you for being an early supporter of Bitcoin Latinum.

Regards

Bitcoin Latinum Team

Visit updated website www.bitcoinLatinum.com

Watch Nasdaq Interview with Dr. Basile

Watch now  Feature of Cryptocurrency

On Tue, Sep 7, 2021 at 9:14 AM Simon Jonna <Simon@thejonnagroup.com> wrote:

We can also invest via USD $ wire etc. Just want to get in on pre-sale please. And know where it is held and what the logistics are.

Thank you. Excited about contributing.

**Simon Jonna**

BITCOIN000710

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** Erik Sharkey <Erik@thejonnagroup.com>
**Sent:** Tuesday, September 7, 2021 12:10 PM
**To:** Bitcoin Latinum <tokensales@bitcoinlatinum.com>
**Cc:** Simon Jonna <Simon@thejonnagroup.com>
**Subject:** RE: Bitcoin Latinum Tokens


We were planning to transfer some BTC and ETH from our Coinbase and Binance wallets. Can we still do this on the Latinum website? Are there easier ways to invest now?


The site told us:


"Bitcoin Latinum Token sale for Stage 2 has been finished. Thank you for your contributions. We will open for the Stage 3 sales for the week of Aug 1."


Thanks,


**Erik Sharkey**

Investment Broker | National Net Lease Group

Direct: +1 248 226 1648 | Mobile: +1 586 565 1095

erik@thejonnagroup.com





401 S. Old Woodward Ave, Suite 425

Birmingham, MI  48009 | USA


thejonnagroup.com


   

4

BITCOIN000711

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Legal Disclaimer

**From:** Bitcoin Latinum <tokensales@bitcoinlatinum.com>
**Sent:** Tuesday, September 7, 2021 11:57 AM
**To:** Erik Sharkey <Erik@thejonnagroup.com>
**Cc:** Simon Jonna <Simon@thejonnagroup.com>
**Subject:** Re: Bitcoin Latinum Tokens

You can still participate.  Let us know your plans and we can accommodate it.

Thank you for being an early supporter of Bitcoin Latinum.

Regards

Bitcoin Latinum Team

Visit updated website www.bitcoinLatinum.com

Watch Nasdaq Interview with Dr. Basile

Watch now  Feature of Cryptocurrency

On Tue, Sep 7, 2021 at 8:54 AM Erik Sharkey <Erik@thejonnagroup.com> wrote:

Thank you for the information, that is very helpful.

Is it too late to participate in the pre-sale?

5

BITCOIN000712

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Best,



**Erik Sharkey**
Investment Broker | National Net Lease Group
**Dir +1 248 226 1648 | M +1 586 565 1095**
erik@thejonnagroup.com

401 S. Old Woodward Ave, Suite 425
Birmingham MI 48009 | USA
**www.thejonnagroup.com**

---

**From:** Bitcoin Latinum <tokensales@bitcoinlatinum.com>
**Sent:** Tuesday, September 7, 2021 11:52:06 AM
**To:** Erik Sharkey <Erik@thejonnagroup.com>
**Cc:** kai.okada@bitcoinlatinum.com <kai.okada@bitcoinlatinum.com>; Simon Jonna
<Simon@thejonnagroup.com>
**Subject:** Re: Bitcoin Latinum Tokens


Hello Erik, Simon:


Thanks for reaching out to us.


Currently we are in pre-sales and plan to be launching in different crypto exchanges soon.


Please checkout our website at www.bitcoinLatinum.com and read the whitepaper. Also see the news and video sections for some of the marketing activities, which we just started.


Let us know, if you have any questions


Regards

Bitcoin Latinum Team

Visit updated website www.bitcoinLatinum.com

BITCOIN000713

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Watch Nasdaq Interview with Dr. Basile

Watch now  Feature of Cryptocurrency

On Tue, Sep 7, 2021 at 8:21 AM Erik Sharkey <Erik@thejonnagroup.com> wrote:

Hello, my partner and I are big Commercial Real Estate Investors/Brokers in the Midwest and Southeast and we would like to invest heavily in Bitcoin Latinum.

We are wondering when the next opening for purchases are. Are these tokens only available from the bitcoinlatinum.com website, or are there other sources/exchanges for purchasing these tokens?

Please respond at your earliest convenience, we would like to contribute as soon as possible.

Thank you in advance,

**Erik Sharkey**

Investment Broker | National Net Lease Group

Direct: +1 248 226 1648 | Mobile: +1 586 565 1095

erik@thejonnagroup.com



BITCOIN000714

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

401 S. Old Woodward Ave, Suite 425

Birmingham, MI  48009 | USA

thejonnagroup.com

  

Legal Disclaimer

BITCOIN000715