IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RAYMOND JONNA, SIMON JONNA,
and FARID JAMARDOV,
        Plaintiffs,

v.

KEVIN JONNA, and GIBF GP, INC.
d/b/a BITCOIN LATINUM,
        Defendants.
_____

Case No. 22-cv-10208

U.S. District Court Judge:
Hon. Laurie J. Michelson
U.S. Magistrate Judge:
Hon. Jonathan J.C. Grey

## PROOF OF SERVICE

I, Patrick C. Lannen, hereby certify that on November 10, 2022 , a copy of this Motion and Memorandum of Law was filed electronically. Notice of this filing will be sent to all parties who have appeared by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Any party, that has not so appeared, has been sent a copy via regular mail.

By:   /s/ Patrick C. Lannen
       Patrick C. Lannen, Esq. (P73031)
       38505 Woodward Ave., Suite 100
       Bloomfield Hills, MI 48304
       (248) 901-4027
       plannen@plunkettcooney.com

*Attorneys for Defendant Bitcoin Latinum*