UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND JONNA, SIMON JONNA, and FARID JAMARDOV,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GIBF GP, INC. d/b/a BITCOIN LATINUM and KEVIN JONNA,<br><br>　　　　Defendants. | Case No. 22-10208<br>Honorable Laurie J. Michelson |

**ORDER GRANTING IN PART BITCOIN LATINUM'S MOTION FOR PROTECTIVE ORDER [54] AND DENYING BITCOIN LATINUM'S MOTION TO BIFURCATE DISCOVERY [62]**

　　In September 2021, Kevin Jonna reached out to Plaintiffs with a business opportunity to invest in Bitcoin Latinum and purchase its cryptocurrency, Token. Plaintiffs allege that Kevin Jonna acted at the behest of Bitcoin Latinum and its CEO. Kevin Jonna's efforts to persuade Plaintiffs to invest were part of a larger scheme, say Plaintiffs, where Latinum enlisted poker players to market its Token in exchange for compensation, all the while making false or misleading statements to the public to induce individuals to invest.

　　Following the Court's opinions on Latinum and Kevin Jonna's motions to dismiss (ECF Nos. 41, 42), the case has proceeded to discovery. As part of that discovery, Plaintiffs issued a subpoena pursuant to Federal Rule of Civil Procedure 45 to Citibank for, among other things, "Copies of all bank statements showing deposits and withdrawals, including copies of all deposit slips and deposited checks,

relating to [Latinum's account] . . . from January 2019 to present" and "Copies of all wire transfers to and from [Latinum's account] . . . from January 2019 to present." (ECF No. 54-2, PageID.1202.) Latinum objects to the scope of this subpoena and asks the Court to issue a protective order limiting the subpoena to "only those records of transactions to and from Plaintiffs, Latinum, and/or Defendant Kevin Jonna for the time period from September 1, 2021 to the present." (ECF No. 54, PageID.1182.) Plaintiffs opposed this motion. (ECF No. 57.)

On November 15, 2022, the Court held a hearing on Latinum's motion. For reasons stated on the record, the Court GRANTS IN PART and DENIES IN PART Latinum's motion for protective order. The Court limits the temporal scope of Plaintiffs' subpoena to copies of all bank statements showing deposits and withdrawals, including copies of all deposit slips and deposited checks, relating to Latinum's Citibank account, and copies of all wire transfers to and from Latinum's Citibank account, from November 2020 to the present.

Latinum also filed a motion to bifurcate discovery (ECF No. 62), which the Court DENIES for reasons stated on the record.

SO ORDERED.

Dated: November 16, 2022

                                            s/Laurie J. Michelson
                                            LAURIE J. MICHELSON
                                            UNITED STATES DISTRICT JUDGE