## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

RAYMOND JONNA, SIMON JONNA, and
FARID JAMARDOV,

      Plaintiffs,

                                CASE NO.: 22-CV-10208

v.

                                Hon. Laurie J. Michelson

GIBF GP, Inc. d/b/a BITCOIN LATINUM,     Mag. Jonathan J.C. Grey
and KEVIN JONNA,

      Defendants.

_____

### ORDER GRANTING WITHDRAWAL OF BRIAN K. MITZEL

The matter having come before this Court by Motion for Withdrawal as counsel for Defendant Kevin Jonna in the above captioned matter.

**IT IS ORDERED** that attorney Brian K. Mitzel is permitted to withdraw as counsel on behalf of Defendant Kevin Jonna in this matter and Brian K. Mitzel's involvement in this case is concluded.

**IT IS FURTHER ORDERED** that Mr. Mitzel's request for a 30 day stay of proceedings is granted so that Defendant Kevin Jonna can obtain successor counsel.

**IT IS SO ORDERED.**


Dated:                            _____

                            District Court Judge