**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

RAYMOND JONNA; SIMON JONNA; FARID JAMARDOV

    Plaintiffs - Appellees

v.

BITCOIN LATINUM, et al.

    Defendants

GIBF GP, INC, dba Bitcoin Latinum

    Defendant - Appellant

   Upon consideration of the appellant's motion to reinstate the case, and it appearing that the default which led to dismissal of the appeal has been cured,

   It is **ORDERED** that the motion be and it hereby is **GRANTED**.

                                     **ENTERED BY ORDER OF THE COURT**
                                     Kelly L. Stephens, Clerk

Issued: March 13, 2025